Case 8:22-cr-00209-PJM   Document 4   Filed 06/08/22   Page 1 of 1

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:16 pm, Jun 08 2022
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY __TTS__ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

v.                              *     Case No.  TJS 22-mj-01848

NICHOLAS JOHN ROSKE             *

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this __8th__ day of __June__, __2022__, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge