Case 8:22-cr-00209-PJM   Document 6   Filed 06/08/22   Page 1 of 1

✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

4:16 pm, Jun 08 2022
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___TTS___ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. TJS 22-mj-1848 |
| NICHOLAS JOHN ROSKE | * | |

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by ___Andrew Szekely___, and the Government was represented by Assistant United States Attorney ___Kathleen Gavin___, it is

**ORDERED,** this __8th__ day of __June__ __2022__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge