June 17, 2022

U.S. District Court,
United States Courthouse,
6500 Cherrywood Lane
Greenbelt, MD 20770

To the Court:

    Enclosed please find my enclosed habeas petition.

    Thanking you for your kind attention, I am
very truly yours,

*[signature]*

Mark Marvin
135 Mills Road
Walden, N.Y. 12586
845-778-4693