## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| v. | : | Case No. PJM-22-0209 |
| | : | |
| **NICHOLAS ROSKE,** | : | |
| | : | |
| **Defendant** | : | |

## CONSENT SCHEDULING MOTION

Nicholas Roske, the Defendant, by and through Andrew R. Szekely and Meghan G. Michael, Assistant Federal Public Defenders, hereby moves this Honorable Court to remove the August 23, 2022, trial date from the Court's calendar and to extend the pretrial motions deadline to September 6, 2022. In support thereof he states as follows:

1. On June 8, 2022, Mr. Roske appeared before the Court for an initial appearance on a complaint charging him with Attempt to Murder a United States Judge, in violation of 18 U.S.C. § 115(a)(1)(A).

2. On June 22, 2022, Mr. Roske appeared before the Court for an initial appearance and arraignment on an indictment charging him with Attempt to Assassinate a Justice of the United States, in violation of 18 U.S.C. § 351(c).

3. The Court set the case for trial on August 23, 2022, with a chambers conference on August 17, 2022. Pretrial motions are due to be filed on or before July 6, 2022.

4. The parties conducted their discovery conference on June 17, 2022. The government made its first discovery production on June 29, 2022. Mr. Roske anticipates the government will be making additional productions in the coming weeks.

5. Given that discovery is ongoing, Mr. Roske asks that the Court remove the August 23, 2022, trial from its calendar. He further asks that the pretrial motions deadline be extended to September 6, 2022.

6. On behalf of the government, Assistant United States Attorney Kathleen Gavin consents to this request.

Wherefore, Mr. Roske asks that the Court remove the August 23, 2022, trial date from its calendar and that the pretrial motions deadline be extended to September 6, 2022.

        Respectfully submitted,

        James Wyda
        Federal Public Defender
        for the District of Maryland

        ___/s/_____
        Andrew R. Szekely (#16407)
        Meghan G. Michael (#81137)
        Assistant Federal Public Defenders
        100 South Charles Street
        Tower II, 9th Floor
        Baltimore, Maryland 21201
        Phone: (410) 962-3962
        Fax: (410) 962-3976
        Email: andrew_szekely@fd.org
                meghan_michael@fd.org