IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : Case No. PJM-22-0209 |
| | : |
| NICHOLAS ROSKE, | : |
| | : |
| Defendant | : |

ORDER

Upon consideration of the Defendant's Consent Scheduling Motion it is this ___6___ day of July, 2022, hereby:

**ORDERED**, that the motion is **GRANTED**; and it is further

**ORDERED**, that the August 23, 2022, trial date is removed from the Court's calendar; and it is further

**ORDERED**, that the August 17, 2022, pretrial conference and filing deadlines associated with the pretrial conference are vacated; and it is further

**ORDERED**, that the deadline for the filing of pretrial motions is extended to September 6, 2022.

_____
Peter J. Messitte
Senior United States District Judge

1