# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. PJM-22-0209 |
| NICHOLAS ROSKE | : | |
| Defendant | : | |

**MOTION FOR LEAVE TO FILE ADDITIONAL PRETRIAL MOTIONS**

Nicholas Roske, the Defendant, by and through Andrew R. Szekely and Meghan G. Michael, Assistant Federal Public Defenders, hereby moves for leave to file additional pretrial motions in this case and in support therefore states as follows.

Mr. Roske is filing a Motion to Suppress Statements contemporaneously with the filing of this motion. The government has made one discovery production to date and is preparing a second. Counsel is also conducting an independent investigation into the case. Additionally, review of the *Jencks* and similar material now in the exclusive possession of the prosecution, the defense investigation, as well as further opportunity of Mr. Roske to review the material provided to date, and facts and issues raised at subsequent court proceedings will generate additional issues that may properly be the subject of motions or which would require the filing of supplemental motions and memoranda in support of previously filed motions.

The motions that the defense seeks to defer filing at this time fall essentially into two groups: (1) motions which for one reason or another cannot be filed now because evidence necessary as a predicate to filing the motion is not available to Mr. Roske and counsel, or motions which depend upon the disposition of a currently filed motion; and (2) motions that principally relate to evidentiary matters at trial which are most providently filed closer to the trial date.

Wherefore, for the foregoing reasons, the Mr. Roske respectfully requests this Honorable Court to grant him leave to file additional motions.

> Respectfully submitted,
> James Wyda
> Federal Public Defender
>   for the District of Maryland
>
> ___/s/_____
> Andrew R. Szekely (#16407)
> Meghan G. Michael (#81137)
> Assistant Federal Public Defender
> 100 South Charles Street
> Tower II, 9th Floor
> Baltimore, Maryland 21201
> Phone: (410) 962-3962
> Fax: (410) 962-0872
> Email: andrew_szekely@fd.org
> Email: meghan_michael@fd.org