## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| v. | : | Case No.  PJM-22-0209 |
| | : | |
| **NICHOLAS ROSKE,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

Upon consideration of the Defendant's Motion to Suppress Statements it is this _____ day of July, 2022, hereby:

**ORDERED**, that the motion is **GRANTED**; and it is further

**ORDERED**, that the Defendant's custodial statements are excluded from use in the government's case-in-chief; and it further

**ORDERED**, that the Defendant's custodial statements are excluded from use as impeachment evidence.

_____
Peter J. Messitte
Senior United States District Judge

1