# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. PJM-22-0209** |
| | : | |
| **NICHOLAS ROSKE,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of the Defendant's Motion for Leave to File Additional Pretrial Motions it is this _____ day of July, 2022, hereby:

**ORDERED**, that the motion is **GRANTED**; and it is further

**ORDERED**, that the Defendant may file additional pretrial motions pursuant to the briefing schedule to be set at a later date.

_____
Peter J. Messitte
Senior United States District Judge

1