# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :    Criminal No. PJM-22-209 |
| | : |
| NICHOLAS JOHN ROSKE, | : |
|     Defendant. | : |
| | : |
| | : |

...oOo...

## ORDER

Upon consideration of the Consent Motion for Order Regarding Speedy Trial Status, it is this _19_ day of July, 2022,

ORDERED, that the Consent Motion for Order Regarding Speedy Trial Status shall be, and the same hereby is, GRANTED; and it is further

ORDERED, that pursuant to 18 U.S.C. §3161(h)(1)(D), the period of time between the filing of the defendant's Motion to Suppress Statements and Motion For Leave to File Additional Pretrial Motions and the conclusion of any hearing or other final disposition as to those motions shall be excluded for purposes of calculating the time under the Speedy Trial Act in which the defendant must be tried.

                                                        _____
                                                        Peter J. Messitte
                                                        United States District Judge