

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

Kathleen O. Gavin Suite 400 DIRECT: 410-209-4887
Assistant United States Attorney
Chief, National Security and Cybercrime 36 S. Charles Street MAIN: 410-209-4800
Kathleen.Gavin@usdoj.gov Baltimore, MD 21201-3119 FAX: 410-962-3091

July 28, 2022

Honorable Peter J. Messitte
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

 Re: *United States v. Roske*
 Criminal No. PJM-22-209

Dear Judge Messitte:

 I am writing to provide a brief status report regarding this matter.

 On June 22, 2022, the defendant made his initial appearance and arraignment on the pending Indictment in which he is charged with attempted assassination of a United States Supreme Court Justice in violation of 18 U.S.C. § 351(c). The defendant has been detained by agreement since his arrest on June 8, 2022.

 On July 6, 2022, this Court granted the defendant's unopposed motion to continue the trial date and to extend the deadline for filing pretrial motions to September 6, 2022. On July 12, 2022, the defense filed a Motion to Suppress Statements and Motion for Leave to File Additional Motions. On July 19, 2022, your Honor entered a Speedy Trial Order tolling the time between the filing of those motions and the final resolution or hearing on the motions.

 The government has produced extensive discovery to date. The defense has requested, and the government has agreed, that the government not respond at this time to the pending Motion to Suppress Statements in order to allow the defense sufficient time to consider the possibility of engaging in discussions regarding a pretrial resolution.

 Accordingly, the government requests the Court's permission to file its response to the pending Motion to Suppress, if such a response becomes necessary, at a future date. The government further requests permission to submit another status report on or before September 1, 2022.

I am available at the Court's convenience if further information is needed.

Very truly yours,

Erek L. Barron
United States Attorney

Kathleen O. Gavin
Assistant United States Attorney

cc: Andrew Szekely, Esquire
    Meghan Michael, Esquire