

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Kathleen O. Gavin* | *Suite 400* | *DIRECT: 410-209-4887* |
| *Assistant United States Attorney* | | |
| *Chief, National Security and Cybercrime* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Kathleen.Gavin@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-3091* |

October 3, 2022

Honorable Peter J. Messitte
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: *United States v. Roske*
   Criminal No. PJM-22-209

Dear Judge Messitte:

As your Honor may recall, the defendant in the above-referenced matter has been charged by indictment with attempted assassination of a United States Supreme Court Justice in violation of 18 U.S.C. § 351(c). He has been detained by consent since his arrest on June 28, 2022. Discovery has been produced and a Speedy Trial Order is in place.

The parties have been in communication and respectfully request a scheduling/status conference.

I am available at the Court's convenience if further information is needed.

Very truly yours,

Erek L. Barron
United States Attorney

Kathleen O. Gavin
Assistant United States Attorney

cc: Andrew Szekely, Esquire
   Meghan Michael, Esquire