IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No.: PJM-22-0209 |
| **NICHOLAS ROSKE** | * | |

\* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

Undersigned counsel writes to provide the Court with an update on the status of Nicholas Roske's case and to respectfully request that the parties be permitted to provide another status update in 60 days.

Counsel continues to investigate defenses to the government's allegations and requires additional time to determine whether a resolution may be reached short of trial. Therefore, without objection from the government, the defense respectfully requests that they be permitted to provide a further update the Court on or after February 28, 2022.

The defense consents to tolling the speedy trial clock and excluding this period of delay pursuant to 18 U.S.C. § 3161(h)(7)(A) as the ends of justice are served by permitting the parties a brief delay in light of the defense's need to thoroughly investigate the case.

1

WHEREFORE, Mr. Roske, without objection from the government, requests that the parties be permitted to file a further status update on or after February 28, 2022.

        Respectfully submitted,

        JAMES WYDA
        Federal Public Defender
          for the District of Maryland

        /s/_____

        Andrew R. Szekely
        Meghan G. Michael
        Assistant Federal Public Defender
        100 S. Charles Street, Tower II
        Suite 900
        Baltimore, MD 21201
        Tel:   (410) 962-3962
        Fax:   (410) 962-3976
        Email:   andrew_szekely@fd.org
                  meghan_michael@fd.org