IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**       *

v.                                 *       Crim. No.: PJM-22-0209

**NICHOLAS ROSKE**                 *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STATUS REPORT

Undersigned counsel writes to provide the Court with an update on the status of Nicholas Roske's case and to respectfully request that the parties be permitted to provide another status update in 60 days.

Counsel continues to investigate defenses to the government's allegations and requires additional time to determine whether a resolution may be reached short of trial. Mr. Roske believes that the parties will soon be in a position to determine whether the Court should issue a full scheduling order for his matter.

Counsel for Mr. Roske has conferred with counsel for the government, Assistant United States Attorney Kathleen Gavin, regarding scheduling in this matter. Ms. Gavin consents to Mr. Roske's request for an additional 60 days to investigate this matter.

Therefore, without objection from the government, the defense respectfully requests that they be permitted to provide a further update the Court on or before August 7, 2023.

The defense consents to tolling the speedy trial clock and excluding this period

1

of delay pursuant to 18 U.S.C. § 3161(h)(7)(A) as the ends of justice are served by permitting the parties a brief delay in light of the defense's need to thoroughly investigate the case

WHEREFORE, Mr. Roske, without objection from the government, requests that the parties be permitted to file a further status update on or after August 7, 2023.

    Respectfully submitted,

    JAMES WYDA
    Federal Public Defender
      for the District of Maryland

    /s/_____

    Andrew R. Szekely
    Meghan G. Michael
    Assistant Federal Public Defender
    100 S. Charles Street, Tower II
    Suite 900
    Baltimore, MD 21201
    Tel:   (410) 962-3962
    Fax:   (410) 962-3976
    Email:   andrew_szekely@fd.org
             meghan_michael@fd.org

3