IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No.: PJM-22-0209 |
| **NICHOLAS ROSKE** | * | |

\* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

Undersigned counsel writes to provide the Court with an update on the status of Nicholas Roske's case. The parties' discussions regarding a pretrial resolution are ongoing. To permit these discussions to continue, the parties request they be permitted to provide a further status report on or before February 29, 2024.

The defense consents to tolling the speedy trial clock and excluding this period of delay pursuant to 18 U.S.C. § 3161(h)(7)(A) as the ends of justice are served by permitting the parties a delay in light of the ongoing discussions.

WHEREFORE, Mr. Roske, without objection from the government, requests that the parties be permitted to file a further status update on or after February 29, 2024.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

/s/ _____

Andrew R. Szekely

Assistant Federal Public Defender
100 S. Charles Street, Tower II
Suite 900
Baltimore, MD 21201
Tel:  (410) 962-3962
Fax:  (410) 962-3976
Email:  andrew_szekely@fd.org