IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No.: PJM-22-0209 |
| NICHOLAS ROSKE | * | |

* * * * * * * * * *

## STATUS REPORT

Undersigned counsel writes to provide the Court with an update on the status of Nicholas Roske's case. The parties' discussions regarding a pretrial resolution are ongoing. To permit these discussions to continue, the parties request they be permitted to provide a further status report on or before February 29, 2024.

The defense consents to tolling the speedy trial clock and excluding this period of delay pursuant to 18 U.S.C. § 3161(h)(7)(A) as the ends of justice are served by permitting the parties a delay in light of the ongoing discussions.

WHEREFORE, Mr. Roske, without objection from the government, requests that the parties be permitted to file a further status update on or after February 29, 2024.

"APPROVED" THIS _1_ DAY of _FEB_, 20_24_.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

1