UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      :
                              :
          v.                  :      CRIMINAL NO. PJM-22-209
                              :
NICHOLAS JOHN ROSKE,          :
                              :
     Defendant.               :
                              :
                              :

...oOo...

## ORDER

Having read and considered the Government's Status Report, it is this __ day of July, 2024, it is hereby

**ORDERED**, that the government shall submit another status report on or before July 19, 2024.

_____
Honorable Peter J. Messitte
United States District Judge