UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. PJM-22-209 |
| : | |
| NICHOLAS JOHN ROSKE, : | |
| : | |
| Defendant. : | |
| : | |
| : | |
| : | |
| : | |

...oOo...

### GOVERNMENT'S STATUS REPORT

The United States of America, by its undersigned attorneys, hereby submits this status report in the above-referenced matter, and states as follows:

1. On June 8, 2022, the defendant was arrested and made his initial appearance on a Criminal Complaint charging him with a violation of 18 U.S.C. § 115(a)(1)(A)(Attempt to Murder United States Judge). ECF 1. At the initial appearance, the defendant consented to pretrial detention and he remains in custody to date. ECF 6.

2. On June 15, 2022, the grand jury returned a one count Indictment against the defendant, charging him with attempted assassination of a United States Supreme Court Justice in violation of 18 U.S. C. § 351(c). ECF 10. The defendant made his initial appearance and was arraigned on the Indictment on June 22, 2022. ECF 12.

3. On July 12, 2022, the defendant filed a Motion to Suppress Statements and a Motion for Leave to File Additional Pretrial Motions. ECF 17 and 18. On July 24, 2022, the Court

issued a Speedy Trial Order, pursuant to 18 U.S.C. § 3161(h)(1)(D), excluding the period of time between the filing of those defense motions and the conclusion of any hearing or other final disposition as to those motions for purposes of calculating the time under the Speedy Trial Act in which the defendant must be tried. ECF 23. Because those defense motions remain pending, only twenty days have passed under the Speedy Trial Act. ECF 20.

4.      Since late 2022, defense counsel, without objection from the government, has reported regularly to the Court regarding the status of its investigation into the allegations set forth in the Indictment, its investigation of potential mitigation factors, the fact that the parties were engaged in ongoing discussions regarding a potential pretrial resolution of this case, and requesting additional periods of time in which to complete those efforts.

5.      As of this date, the parties have not been able to agree upon the terms for a pretrial resolution of this case.

6.      Accordingly, the government requests a scheduling conference to set in dates for pretrial motions and trial. Counsel for the defendant has advised that he joins in this request.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: /s/

Kathleen O. Gavin
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

*Filed via ECF/CM*