IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : Case No. PJM-22-0209 |
| | : |
| NICHOLAS ROSKE | : |
| | : |
| Defendant | : |

## ORDER

Upon consideration of the Defendant's Consent Request for Scheduling it is this ____ day of October, 2024, hereby:

**ORDERED**, that the motion is granted; and it is further

**ORDERED**, that the pretrial motions hearing is rescheduled to April 8, 2025, at 11am; and it is further

**ORDERED**, that the pretrial briefing schedule is as follows:

- Additional and supplemental defense suppression motions are due December 30, 2024;
- Government responses are due January 31, 2025; and
- Any defense replies are due February 28, 2025; and it is further

**ORDERED**, that the pretrial conference is rescheduled to May 14, 2025; and it is further

**ORDERED**, that the pretrial briefing schedule is as follows:

- Motions in Limine are due May 2, 2025; and
- Responses and joint proposed voir dire and jury instructions are due May 9, 2025

Peter J. Messitte
Senior United States District Judge

1