# EXHIBIT A

# PLACEHOLDER EXHIBIT

# FULL AUDIO EXHIBIT FILED UNDER SEAL AND PROVIDED TO CHAMBERS