June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

REDACTED

911 CALL OF

NICOLAS ROSKE

FILE NAME: 22-1208T 2_R

- - - - -

IN RE: USA V. NICHOLAS ROSKE

CASE: PJM-22-209

June 8, 2022

Transcriptionist:   Donna R. McCormick

Transcription
  Service:          AMICUS TRANSCRIPTION, LLC
                   320 Townsend Road
                   Baltimore, Maryland 21221

                   (410)585-5422

Interview recorded by digital media with video.

Transcript produced by transcription service.

June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

```
1                REDACTED 911 CALL OF NICHOLAS ROSKE
2        (Recording begins.)
3        Starting date, Wednesday, June 8th, 2022, 01:39:19.
4             MR. ROSKE:  Hello.
5             THE DISPATCHER:  Montgomery County 911.
6   Recorder 1.  You said you have an emergency.  What's the
7   address?  I'm sorry?  What's your name?
8             Information that could happen.
9             MR. ROSKE:  I'm having thoughts.
10            THE DISPATCHER:  Say your last name again.
11            Okay.  So tell me exactly what happened when you
12  said "these thoughts."
13            MR. ROSKE:  I've been having them for a long
14  time.  I'm from California.  I came over here last
15  (indiscernible).
16            THE DISPATCHER:  Just one moment.  This address
17  on -- are you at the location now?
18            MR. ROSKE:  Yes.  I'm looking at --
19            THE DISPATCHER:  Are you thinking of hurting
20  anyone, including yourself?
21            MR. ROSKE:  Yes.
22            THE DISPATCHER:  Do you have access to any
23  weapons?
24            MR. ROSKE:  Yes.  I brought a firearm with me,
25  but it's unloaded and locked in a case.
```

June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

1       THE DISPATCHER: Okay. And where's the firearm
2 now?
3       MR. ROSKE: It's in a suitcase. It's a black
4 suitcase. It's -- I'm standing near it, but the suitcase
5 is zip-tied shut from -- I just came from the airport.
6       THE DISPATCHER: Can I get your description
7 (indiscernible)?
8       MR. ROSKE: I'm white. I have short, light-
9 brown hair. I'm wearing a gray shirt and black pants.
10      THE DISPATCHER: How old are you?
11      MR. ROSKE: I'm 26.
12      THE DISPATCHER: And you mentioned a suitcase.
13 Are you carrying a suitcase or do you have any other items
14 you're carrying?
15      MR. ROSKE: There's a backpack, but the backpack
16 just has like jackets and random stuff and there are no
17 weapons in there.
18      THE DISPATCHER: What's your height and weight?
19      MR. ROSKE: I am about 6 feet tall and I weigh
20 170 pounds.
21      THE DISPATCHER: Have you been using alcohol or
22 drugs today?
23      MR. ROSKE: No.
24      THE DISPATCHER: Do you need medical attention?
25      MR. ROSKE: I need psychiatric help.

June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

```
 1              THE DISPATCHER:  Okay.
 2              MR. ROSKE:  But no, I'm not injured, if that's
 3   what you're asking.  Not physically.
 4              THE DISPATCHER:  All right. So I want to make
 5   sure you understand, don't approach officers with any
 6   weapons in your hands, okay.  Make sure you keep your
 7   hands visible at all times.  Make sure you follow their
 8   commands when they come out and speak with you and they're
 9   going to be dispatched as soon as possible.
10              And again, you said that you have light brown
11   hair.
12              MR. ROSKE:  Yes.
13              THE DISPATCHER:  And with a suitcase.
14              MR. ROSKE:  Sure.
15              THE DISPATCHER:  And a gray shirt and black
16   pants.  Is anyone else there with you?
17              MR. ROSKE:  No, I'm by myself.
18              THE DISPATCHER:  Are you on foot?  Are you in a
19   car?
20              MR. ROSKE:  I'm on foot and I'm just standing in
21   front of the house on the sidewalk.  I'm on the other side
22   of the street from where I left the suitcase.  I can move
23   it further away from myself, if that's advisable.
24              THE DISPATCHER:  Yeah.  Move far away from the
25   weapon.  So the suitcase is in front of this address?
```

June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

```
 1              MR. ROSKE:  Yes.
 2              THE DISPATCHER:  And where are you standing now?
 3              MR. ROSKE:  I'm moving down the street.  I'm
 4    about 20 yards away from the suitcase now.  I'm at the
 5    corner of --
 6              THE DISPATCHER:  You said a corner?
 7              MR. ROSKE:  I'm sitting on the curb.
 8              THE DISPATCHER:  Do you have any other weapons
 9    with you?
10              MR. ROSKE:  There are other weapons in the
11    suitcase, but I do not have any in my possession.
12              THE DISPATCHER:  What other weapons are in the
13    suitcase?
14              MR. ROSKE:  There is pepper spray.  There is a
15    knife.  There are various tools.  No other firearms.  No
16    explosives, nothing like that.
17              THE DISPATCHER:  And you said you came from
18    California.  Do you know someone down here?
19              MR. ROSKE:  Brett Kavanaugh.
20              THE DISPATCHER:  You said red, like that color?
21              MR. ROSKE:  Brett.
22              THE DISPATCHER:  Brett.
23              MR. ROSKE:  The Supreme Court Justice.
24              THE DISPATCHER:  Okay.  And you came alone?
25              MR. ROSKE:  Correct.
```

June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

```
 1              THE DISPATCHER:  Okay.  And why were you coming
 2   there?  Just to hurt yourself and him or what was going to
 3   happen?
 4              MR. ROSKE:  Correct.
 5              THE DISPATCHER:  Okay.  And again, you're still
 6   sitting at the curb?
 7              MR. ROSKE:  I'm standing now, but I can sit,
 8   whatever -- I want to be fully compliant, so whatever they
 9   want me to do, I'll do.
10              THE DISPATCHER:  Okay.  All right.  So again,
11   they're going to be in contact with you as soon as
12   possible, okay.  And did you come in a vehicle previously
13   and then starting walking to the --
14              MR. ROSKE:  I took a taxi from the airport.
15              THE DISPATCHER:  Okay.  And the taxi dropped you
16   off there at Thorn Apple or somewhere else?
17              MR. ROSKE:  It dropped me off at his address.
18   I'm just around the corner from it.
19              THE DISPATCHER:  Okay.  And where you are now,
20   you don't have any other items or weapons or anything; is
21   that what you're saying?
22              MR. ROSKE:  No.  No, I don't.  I -- here, I'm
23   going to completely empty my pockets.  I have some, like,
24   pieces of paper from the airport, but nothing else.
25              THE DISPATCHER:  And you're still standing at
```

June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

```
 1  the curb, correct?
 2          MR. ROSKE:  Correct.
 3          THE DISPATCHER:  And are you holding anything
 4  else, besides the cell phone I would assume?  Anything
 5  else that you're holding or --
 6          MR. ROSKE:  No.
 7          THE DISPATCHER:  Nothing (indiscernible).
 8          MR. ROSKE:  No.  I just have my clothing and the
 9  cell phone with me right now.
10          THE DISPATCHER:  Okay.  All right.
11  (indiscernible) just talking to me here, Nicholas.  Okay?
12          MR. ROSKE:  Okay.
13          THE DISPATCHER:  Just bear with me one moment.
14  It might be quiet on my end, but I'm still right here
15  working, okay?
16          MR. ROSKE:  Okay.
17          THE DISPATCHER:  Okay.  And again, I'm still
18  right here.  You're at -- you said you came from the
19  airport and a taxi.  You're plane landed today, I'm
20  assuming, or last night?
21          MR. ROSKE:  Correct.  Yes.
22          THE DISPATCHER:  What part of California --
23          MR. ROSKE:  I am from Simi Valley, California,
24  where the Ronald Reagan library is.
25          THE DISPATCHER:  Simi Valley?
```

June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

```
1              MR. ROSKE:  Simi Valley.  S-i-m-i.
2              THE DISPATCHER:  Okay.
3              MR. ROSKE:  Yeah.  It's just outside Los
4     Angeles.
5              THE DISPATCHER:  All right, sir.  I'm assuming
6     -- did you Google or how did you find the --
7              MR. ROSKE:  How did I find the address?
8              THE DISPATCHER:  Yeah.
9              MR. ROSKE:  I -- let me think.  I'm not sure how
10    I found the street, but there's a -- I read an article
11    that has a picture of the front of his house on it and it
12    has the street number.  And then I cross referenced it
13    with -- okay, so I took -- so the house said -- Conner.
14    And then I looked and there's (indiscernible) in Maryland
15    so like I'm only (indiscernible) the address that's in
16    Maryland and it was here.  And I would put the pictures
17    from the press, you know, from various protests, whatever,
18    and I compared it to the outside of his house in an app.
19             THE DISPATCHER:  Okay.  Now, I understand you
20    said that you need psychiatric help and, again, they are
21    going to come and help you, okay.
22             MR. ROSKE:  Okay.
23             THE DISPATCHER:  Were you trying to hurt
24    yourself as well, like in this process?
25             MR. ROSKE:  Yes, I was going to kill myself.
```

June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

```
1              THE DISPATCHER:  Okay.
2              MR. ROSKE:  And why did you want to do that if
3    you -- you were thinking about hurting someone else and
4    yourself, or -- I'm just trying to --
5              MR. ROSKE:  Because I didn't think I could get
6    away with it, and also I've been suicidal for a long time.
7    I've been hospitalized multiple times.  I hear police
8    sirens, currently.
9              THE DISPATCHER:  Yeah.  They're coming with
10   lights and sirens, but they're coming to help you.  Just
11   keep talking to me, Nicholas.  You're doing fine.
12             MR. ROSKE:  Okay.
13             THE DISPATCHER:  Okay.  So you said you thought
14   about this before?
15             MR. ROSKE:  Correct.
16             THE DISPATCHER:  Okay.  Just keep breathing.
17   You're doing fine.
18             MR. ROSKE:  Okay.
19             THE DISPATCHER:  And why did you want to hurt
20   yourself before?
21             MR. ROSKE:  I've been diagnosed with various
22   mental illnesses.
23             THE DISPATCHER:  Do you have family in
24   California out there in Simi Valley?
25             MR. ROSKE:  Yes.  I live -- I live with my
```

June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

```
 1   parents.
 2            THE DISPATCHER:  Do they know what's going on
 3   or --
 4            MR. ROSKE:  No.  They're on vacation in Hawaii.
 5            THE DISPATCHER:  Any children or any loved ones?
 6            MR. ROSKE:  I do not have any children.
 7            THE DISPATCHER:  Okay.  Any pets, any
 8   (indiscernible) or anything?
 9            MR. ROSKE:  Yeah.  I have a -- there's a dog at
10   home.
11            THE DISPATCHER:  What's your dog's name?
12            MR. ROSKE:  Molly.
13            THE DISPATCHER:  Molly.  What kind of a dog do
14   you have?
15            MR. ROSKE:  It's cockapoo.
16            THE DISPATCHER:  Okay.  Is that your first dog
17   or --
18            MR. ROSKE:  No, I've had dogs previously.
19            THE DISPATCHER:  Okay.
20            MR. ROSKE:  Oh, they're almost here.  There's a
21   car just stopped in the middle of the street, like, it
22   doesn't have --
23            THE DISPATCHER:  Again, they're only coming to
24   help you.
25            MR. ROSKE:  No, no, no.  It's not -- it doesn't
```

June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

```
 1   have the flashing lights or anything.  It's just like an
 2   unmarked car with its headlights on.
 3              THE DISPATCHER:  Okay.
 4              MR. ROSKE:  Down the corner.  No one's coming
 5   out of there or anything that I can see.
 6              THE DISPATCHER:  That's all right.  Just stay --
 7   you know, like I said, just make sure everything stays
 8   visible.
 9              MR. ROSKE:  Yes.
10              THE DISPATCHER:  If they give you any commands
11   or anything, we can always disconnect, okay, but just make
12   sure you follow their commands, okay?
13              MR. ROSKE:  Okay.
14              THE DISPATCHER:  And you said -- maybe I missed
15   it, I apologize -- you said Molly was how old?  I know you
16   said that's not your first dog.
17              MR. ROSKE:  She's 18 years old.
18              THE DISPATCHER:  Oh, wow.  Okay.
19              MR. ROSKE:  I really got riot gear and all that.
20              THE DISPATCHER:  Did you grow up in California?
21              MR. ROSKE:  Yup.
22              THE DISPATCHER:  Your whole life.  Never lived
23   anywhere else?
24              MR. ROSKE:  No.
25              THE DISPATCHER:  No?
```

June 8, 2022
US v. NICHOLAS ROSKE REDACTED 911 CALL FILE NAME: 22-1208T 2_R

1            MR. ROSKE:  No.  I lived in Seattle briefly.
2            THE DISPATCHER:  Okay.  Which one do you like
3  better, Seattle?  Because I would assume that's a
4  different atmosphere there, compared to, you know, outside
5  of Los Angeles.
6            MR. ROSKE:  It is a different atmosphere.
7            THE DISPATCHER:  Which one did you like more?
8            MR. ROSKE:  Well, I never -- yes.  They're here.
9  I'm going to hang up.
10           THE DISPATCHER:  Okay.  Go on and speak with
11  them.
12       End date, Wednesday, June 8th, 2022, 01:53:04.
13       (End of recording - 1:53:04.)
14
15
16
17
18
19
20
21
22
23
24
25

1       TRANSCRIBER'S CERTIFICATE

2              This is to certify that the foregoing redacted 911
3   call FILE NAME: 22-1208T 2_R of Nicholas Roske in the
4   matter of US v. Nicholas Roske, Case No. PJM-22-209, was
5   recorded on digital media with video on June 8, 2022.
6              I hereby certify that the redacted 911 call
7   herein contained was transcribed by me or under my
8   direction.  That said transcript is a true and accurate
9   record to the best of my ability and constitutes the
10  official transcript thereof.
11             In witness thereof, I have hereunto subscribed
12  my name this 25th day of August , 2022.

16                  *Kelly Taylor-Marshall* (signature)
17  _____
18       Kelly Taylor-Marshall, President

## A
ability 13:9
access 2:22
accurate 13:8
address 2:7,16 4:25 6:17 8:7,15
advisable 4:23
airport 3:5 6:14,24 7:19
alcohol 3:21
AMICUS 1:17
Angeles 8:4 12:5
apologize 11:15
app 8:18
Apple 6:16
approach 4:5
article 8:10
asking 4:3
assume 7:4 12:3
assuming 7:20 8:5
atmosphere 12:4,6
attention 3:24
August 13:12

## B
backpack 3:15,15
Baltimore 1:18
bear 7:13
begins 2:2
best 13:9
better 12:3
black 3:3,9 4:15
breathing 9:16
Brett 5:19,21,22
briefly 12:1
brought 2:24
brown 3:9 4:10

## C
California 2:14 5:18 7:22,23 9:24 11:20
call 1:2 2:1 13:3,6
car 4:19 10:21 11:2
carrying 3:13,14
case 1:7 2:25 13:4
cell 7:4,9
CERTIFICATE 13:1
certify 13:2,6
children 10:5,6
clothing 7:8
cockapoo 10:15
color 5:20
come 4:8 6:12 8:21
coming 6:1 9:9,10 10:23 11:4
commands 4:8 11:10 11:12
compared 8:18 12:4
completely 6:23
compliant 6:8
Conner 8:13
constitutes 13:9
contact 6:11
contained 13:7
corner 5:5,6 6:18 11:4
correct 5:25 6:4 7:1,2 7:21 9:15
County 2:5
Court 5:23
cross 8:12
curb 5:7 6:6 7:1
currently 9:8

## D
date 2:3 12:12
day 13:12
description 3:6
diagnosed 9:21
didn't 9:5
different 12:4,6
digital 1:24 13:5
direction 13:8
disconnect 11:11
dispatched 4:9
DISPATCHER 2:5 2:10,16,19,22 3:1,6 3:10,12,18,21,24 4:1,4,13,15,18,24 5:2,6,8,12,17,20,22 5:24 6:1,5,10,15,19 6:25 7:3,7,10,13,17 7:22,25 8:2,5,8,19 8:23 9:1,9,13,16,19 9:23 10:2,5,7,11,13 10:16,19,23 11:3,6 11:10,14,18,20,22 11:25 12:2,7,10
doesn't 10:22,25
dog 10:9,13,16 11:16
dog's 10:11
dogs 10:18
doing 9:11,17
don't 4:5 6:20,22
Donna 1:14
dropped 6:15,17
drugs 3:22

## E
emergency 2:6
empty 6:23
exactly 2:11
explosives 5:16

## F
family 9:23
far 4:24
feet 3:19
FILE 1:4 13:3
find 8:6,7
fine 9:11,17
firearm 2:24 3:1
firearms 5:15
first 10:16 11:16
flashing 11:1
follow 4:7 11:12
foot 4:18,20
foregoing 13:2
found 8:10
front 4:21,25 8:11
fully 6:8
further 4:23

## G
gear 11:19
give 11:10
Go 12:10
going 4:9 6:2,11,23 8:21,25 10:2 12:9
Google 8:6
gray 3:9 4:15
grow 11:20

## H
hair 3:9 4:11
hands 4:6,7
hang 12:9
happen 2:8 6:3
happened 2:11
Hawaii 10:4
headlights 11:2
hear 9:7
height 3:18
Hello 2:4
help 3:25 8:20,21 9:10 10:24
hereunto 13:11
holding 7:3,5
home 10:10
hospitalized 9:7
house 4:21 8:11,13 8:18
hurt 6:2 8:23 9:19
hurting 2:19 9:3

## I
I'll 6:9
I'm 2:7,9,14,18 3:4,8 3:9,11 4:2,17,20,20 4:21 5:3,3,4,7 6:7 6:18,22 7:14,17,19 8:5,9,15 9:4 12:9
I've 2:13 9:6,7,21 10:18
illnesses 9:22
including 2:20
indiscernible 2:15 3:7 7:7,11 8:14,15 10:8
Information 2:8
injured 4:2

**Interview** 1:24
**it's** 2:25 3:3,3,4 8:3 10:15,25 11:1
**items** 3:13 6:20

### J

**jackets** 3:16
**June** 1:10 2:3 12:12 13:5
**Justice** 5:23

### K

**Kavanaugh** 5:19
**keep** 4:6 9:11,16
**Kelly** 13:18
**kill** 8:25
**kind** 10:13
**knife** 5:15
**know** 5:18 8:17 10:2 11:7,15 12:4

### L

**landed** 7:19
**left** 4:22
**library** 7:24
**life** 11:22
**light** 4:10
**light-** 3:8
**lights** 9:10 11:1
**live** 9:25,25
**lived** 11:22 12:1
**LLC** 1:17
**location** 2:17
**locked** 2:25
**long** 2:13 9:6
**looked** 8:14
**looking** 2:18
**Los** 8:3 12:5
**loved** 10:5

### M

**Maryland** 1:18 8:14 8:16
**matter** 13:4
**McCormick** 1:14
**media** 1:24 13:5

**medical** 3:24
**mental** 9:22
**mentioned** 3:12
**middle** 10:21
**missed** 11:14
**Molly** 10:12,13 11:15
**moment** 2:16 7:13
**Montgomery** 2:5
**move** 4:22,24
**moving** 5:3
**multiple** 9:7

### N

**name** 1:4 2:7,10 10:11 13:3,12
**near** 3:4
**need** 3:24,25 8:20
**never** 11:22 12:8
**Nicholas** 1:6 2:1 7:11 9:11 13:3,4
**NICOLAS** 1:3
**night** 7:20
**number** 8:12

### O

**officers** 4:5
**official** 13:10
**Oh** 10:20 11:18
**okay** 2:11 3:1 4:1,6 5:24 6:1,5,10,12,15 6:19 7:10,11,12,15 7:16,17 8:2,13,19 8:21,22 9:1,12,13 9:16,18 10:7,16,19 11:3,11,12,13,18 12:2,10
**old** 3:10 11:15,17
**one's** 11:4
**ones** 10:5
**outside** 8:3,18 12:4

### P

**pants** 3:9 4:16
**paper** 6:24
**parents** 10:1
**part** 7:22

**pepper** 5:14
**pets** 10:7
**phone** 7:4,9
**physically** 4:3
**picture** 8:11
**pictures** 8:16
**pieces** 6:24
**PJM-22-209** 1:7 13:4
**plane** 7:19
**pockets** 6:23
**police** 9:7
**possession** 5:11
**possible** 4:9 6:12
**pounds** 3:20
**President** 13:18
**press** 8:17
**previously** 6:12 10:18
**process** 8:24
**produced** 1:25
**protests** 8:17
**psychiatric** 3:25 8:20
**put** 8:16

### Q

**quiet** 7:14

### R

**R** 1:14
**random** 3:16
**read** 8:10
**Reagan** 7:24
**really** 11:19
**record** 13:9
**recorded** 1:24 13:5
**Recorder** 2:6
**recording** 2:2 12:13
**red** 5:20
**redacted** 1:1 2:1 13:2 13:6
**referenced** 8:12
**right** 4:4 6:10 7:9,10 7:14,18 8:5 11:6
**riot** 11:19
**Road** 1:17
**Ronald** 7:24

**Roske** 1:3,6 2:1,4,9 2:13,18,21,24 3:3,8 3:11,15,19,23,25 4:2,12,14,17,20 5:1 5:3,7,10,14,19,21 5:23,25 6:4,7,14,17 6:22 7:2,6,8,12,16 7:21,23 8:1,3,7,9,22 8:25 9:2,5,12,15,18 9:21,25 10:4,6,9,12 10:15,18,20,25 11:4 11:9,13,17,19,21,24 12:1,6,8 13:3,4

### S

**S-i-m-i** 8:1
**saying** 6:21
**Seattle** 12:1,3
**see** 11:5
**service** 1:17,25
**She's** 11:17
**shirt** 3:9 4:15
**short** 3:8
**shut** 3:5
**side** 4:21
**sidewalk** 4:21
**Simi** 7:23,25 8:1 9:24
**sir** 8:5
**sirens** 9:8,10
**sit** 6:7
**sitting** 5:7 6:6
**soon** 4:9 6:11
**sorry** 2:7
**speak** 4:8 12:10
**spray** 5:14
**standing** 3:4 4:20 5:2 6:7,25
**starting** 2:3 6:13
**stay** 11:6
**stays** 11:7
**stopped** 10:21
**street** 4:22 5:3 8:10 8:12 10:21
**stuff** 3:16
**subscribed** 13:11

**suicidal** 9:6
**suitcase** 3:3,4,4,12,13 4:13,22,25 5:4,11 5:13
**Supreme** 5:23
**sure** 4:5,6,7,14 8:9 11:7,12

**T**
**talking** 7:11 9:11
**tall** 3:19
**taxi** 6:14,15 7:19
**Taylor-Marshall** 13:18
**tell** 2:11
**that's** 4:2,23 8:15 11:6,16 12:3
**there's** 3:15 8:10,14 10:9,20
**thereof** 13:10,11
**they're** 4:8 6:11 9:9 9:10 10:4,20,23 12:8
**think** 8:9 9:5
**thinking** 2:19 9:3
**Thorn** 6:16
**thought** 9:13
**thoughts** 2:9,12
**time** 2:14 9:6
**times** 4:7 9:7
**today** 3:22 7:19
**tools** 5:15
**Townsend** 1:17
**transcribed** 13:7
**TRANSCRIBER'S** 13:1
**transcript** 1:25 13:8 13:10
**transcription** 1:16,17 1:25
**Transcriptionist** 1:14
**true** 13:8
**trying** 8:23 9:4

**U**

**understand** 4:5 8:19
**unloaded** 2:25
**unmarked** 11:2
**USA** 1:6

**V**
**v** 1:6 13:4
**vacation** 10:4
**Valley** 7:23,25 8:1 9:24
**various** 5:15 8:17 9:21
**vehicle** 6:12
**video** 1:24 13:5
**visible** 4:7 11:8

**W**
**walking** 6:13
**want** 4:4 6:8,9 9:2,19
**weapon** 4:25
**weapons** 2:23 3:17 4:6 5:8,10,12 6:20
**wearing** 3:9
**Wednesday** 2:3 12:12
**weigh** 3:19
**weight** 3:18
**what's** 2:6,7 3:18 10:2,11
**where's** 3:1
**white** 3:8
**witness** 13:11
**working** 7:15
**wow** 11:18

**X**

**Y**
**yards** 5:4
**Yeah** 4:24 8:3,8 9:9 10:9
**years** 11:17
**you're** 3:14 4:3 6:5 6:21,25 7:5,18,19 9:11,17
**Yup** 11:21

**Z**
**zip-tied** 3:5

**0**
**01:39:19** 2:3
**01:53:04** 12:12

**1**
**1** 2:6
**1:53:04** 12:13
**170** 3:20
**18** 11:17

**2**
**2_R** 1:4 13:3
**20** 5:4
**2022** 1:10 2:3 12:12 13:5,12
**21221** 1:18
**22-1208T** 1:4 13:3
**25th** 13:12
**26** 3:11

**3**
**320** 1:17

**4**
**410)585-5422** 1:19

**5**

**6**
**6** 3:19

**7**

**8**
**8** 1:10 13:5
**8th** 2:3 12:12

**9**
**911** 1:2 2:1,5 13:2,6