# EXHIBIT C

# PLACEHOLDER EXHIBIT

# FULL VIDEO EXHIBIT FILED UNDER SEAL AND PROVIDED TO CHAMBERS