# EXHIBIT E

# PLACEHOLDER EXHIBIT

# FULL VIDEO EXHIBIT FILED UNDER SEAL AND PROVIDED TO CHAMBERS