IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. PJM-22-0209** |
| | : | |
| **NICHOLAS ROSKE** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

Upon consideration of the Defendant's Motion to Suppress Warrantless Search and Seizure it is this ___ day of April 2025, hereby:

**ORDERED**, that the motion is granted for the reasons stated on the record during the April 8, 2025, pretrial motions hearing.

_____
Peter J. Messitte
Senior United States District Judge

1