IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | **CRIM. NO. DLB-22-209** |
| NICHOLAS JOHN ROSKE, | * | |
| Defendant. | * | |

## SCHEDULING ORDER

Following a January 23, 2025 status teleconference, the Court sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| February 14, 2025 | Expert witness disclosures deadline |
| February 24, 2025 | Deadline for government's responses to pretrial motions |
| February 28, 2025 | Deadline for the defendant's notice of any challenges to expert witness disclosures |
| March 17, 2025 | Deadline for the defendant's replies re pretrial motions |
| **April 8 and 9, 2025, 10:00 a.m.** | **Motions Hearing**, Courtroom 4A. The defendant must be present. |
| April 23, 2025 | Deadline for filing motions *in limine* |
| May 2, 2025 | Deadline for responses to motions *in limine* |
| May 2, 2025 | Deadline for receipt in chambers of proposed voir dire, proposed jury instructions, and a proposed jury verdict form; these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_DLBChambers@mdd.uscourts.gov<br><br>Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, and a verdict form, and to the fullest extent possible make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings. |
| **May 14, 2025, 2 p.m.** | **Pretrial Conference**, Courtroom 4A. The defendant must be present. |

| | |
|---|---|
| May 19, 2025 | Deadline for summary charts of online data |
| **June 9, 2025, 9:30 a.m.** | **Jury Trial**, Courtroom 4A, scheduled to conclude by **June 17, 2025**. The Court will not sit in trial on Fridays. |
| | Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. |

The government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. No changes to this schedule will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk. The government remains responsible for ensuring compliance with the Speedy Trial Act.

DATED this 23rd day of January, 2025.

                                          Deborah L. Boardman
                                          United States District Judge