# **EXHIBIT 1**

| Disposition | Disposition Desc | All Comments |
|---|---|---|
| 15212 | 15212-WEAPONPOSSESSINHANDGUN | 2022-06-08 01:42:19 16096: LATITUDE: ▇▇▇, LONGITUDE: ▇▇▇ LATITUDE: ▇▇▇ LONGITUDE: ▇▇▇<br><br>CAD RESPONSE: VIOLMO<br>DISPATCH LEVEL: 121D02<br>DISPATCH SUFFIX: W<br>PROBLEM: CALLER SAYS HE IS HAVING SUICIDAL AND HOMICIDAL THOUGHTS CAME FROM CALIFORNIA TO ACT ON THEM<br><br>PERSON 1 INFO<br>-- DESCRIPTION: SUBJECT<br>-- RACE: W<br>-- SEX: M<br>-- AGE: 26<br>-- CLOTHING: GRY SHI/BLK PANTS<br>-- HEIGHT: 6'<br>-- WEIGHT: 170<br>-- HAIR: SHORT LIGHT BRO HAI<br>-- CHARACTERISTICS: BLK SUITCASE THAT HAS THE GUN IN IT///BACKPACK<br><br>1. CALLER ON SCENE.<br>2. CALLER IN CRISIS ON SCENE.<br>3. CALLER RESPONDING APPROPRIATELY.<br>4. SUBJ THINKING OF HURTING SELF/OTHERS: SAYS YES<br>5. CALLER HAS WPNS.<br>6. CALLER HAS GUN: CALLER SAYS HE HAS A FIREARM WITH HIM THAT IS UNLOADED AND LOCKED IN A CASE<br>7. WPN WITH SUBJ.<br>8. CALLER DESC:<br><br>2022-06-08 01:42:19 16096: Pers 2<br><br>, :<br>Clothing: gry shi/blk pants<br>Characteristics: blk suitcase that has the gun in it///backpack<br><br>2022-06-08 01:42:37 16096: 9. SUBJ RPTS NO ALCOHOL/DRUG USE.<br>10. CALLER NEEDS MEDICAL: PSYCH HELP |

2022-06-08 01:44:13 16096: CALLER ON FOOT STANDING IFO HSE//SUITCASE IFO ADDY//CALLER MOVING 20YDS AWAY FROM SUITCASE WHERE GUN IS LOC///NOW SITTING AT CURVE OF ▮▮▮▮ AND ▮▮▮▮

2022-06-08 01:44:28 12044: 7D32 GETTING SHIELD FRM STATION

2022-06-08 01:44:40 16096: < PEPPER SPRAY//KNIFE//FIREARM AND VARIOUS TOOLS IN SUITCASE >

2022-06-08 01:45:40 15649: H10 CAPT D▮▮▮▮ DIRECT ON CALL VIA LL // ION

2022-06-08 01:45:41 SYSTEM: <UNIT: P/7D22 SELF-DISPATCHED ONTO INCIDENT>

2022-06-08 01:45:47 16096: CALLER CAME TO KILL SUPREME COURT JUSTICE ▮▮▮▮ //CALLER CAME FROM CALIFRONIA //

2022-06-08 01:46:17 16096: TOOK TAXI FROM AIRPORT TO LOC

2022-06-08 01:46:56 SYSTEM: <UNIT: P/9X7 SELF-DISPATCHED ONTO INCIDENT>

2022-06-08 01:47:06 16096: CALLER SAYS HE DOESNT HAVE ANY WEAPONS WITH HIM CURRENTLY AND IS EMPTINY POCKETS AT CORNER

2022-06-08 01:49:26 SYSTEM: <UNIT: P/7D23 SELF-DISPATCHED ONTO INCIDENT>

2022-06-08 01:49:49 16096: SIMI VALLEY CA IS WHERE CALLER CAME FROM PLANE LANDED THIS EVENING TOOK TAXI TO ▮ LOC//FOUND ADDY FROM WASH POST ARTICLE OF PIC THAT WAS LISTED//WIKI PAGE SAID CHEVY CHASE//COMPARED PICS TO MATCH JUSTICE'S LOC ADDY//

2022-06-08 01:51:39 16096: STILL LL//HEARING SIRENS

2022-06-08 01:51:49 16096: CALLER SEES UNMARKED CAR

2022-06-08 01:52:31 SYSTEM: <UNIT: P/7D10 SELF-DISPATCHED ONTO INCIDENT>

2022-06-08 01:52:52 12044: 7D32 REST AIR

2022-06-08 01:53:01 16096: DISCO//TALKING WITH OFC

2022-06-08 01:54:18 12044: < 7D32 > ONE IN CUSTODY>

2022-06-08 01:55:40 15874: ( ANOTHER CALLER / ▮▮▮▮▮ / OFFICER ONS OF THE SC DETAIL ADV THAT THE SUBJ MATCHING THAT DESCRIPTION WALKED BY W/ A BLK SUITCASE 20 MINS AGO , BUT WAS WALKING AWAY TWDS ▮▮▮▮▮ ST / DIDNT SAY ANYTHING / GOT OUT OF A CAB AND HASNT SEEN HIM SINCE )

2022-06-08 02:00:41 12044: 7D10 LIFT AIR

2022-06-08 02:05:12 12044: 7D42 M ROSKE, NICHOLAS WM ▮▮▮1996

2022-06-08 02:06:03 12044: 7E12  > GUN SERIAL BTMH315 GLOCK 17

2022-06-08 02:27:41 12044: 7D10 FIREARMS TO CALL ME

2022-06-08 02:32:21 12044: T.U;7D12.UL;.DST;2D.OM;422 ADULT MALE

2022-06-08 02:33:26 15649: CPL RACHEL DIRECT TO CALL 7D10 VIA LL // ION

2022-06-08 02:35:36 12044: PSA DIRECT - ON CALL DB

2022-06-08 02:35:41 16295: B273/D▮▮▮▮ DIRECT TO CALL 7D10 - PSA CLAY

2022-06-08 02:35:41 16295: B273/D▮▮▮▮ DIRECT TO CALL 7D10 - PSA CLAY

2022-06-08 04:34:05 16109: 7D12 - START FRS TO 2D STATION // 1 ADULT MALE ALERT/CONSC / CHECKUP

2022-06-08 04:35:51 kitzms01: <Incid #:F2200068902  Location: ▮▮▮▮▮▮▮▮▮▮ ) Incid Type: MOR(POLASST)  Priority: 6(5)>

2022-06-08 04:35:51 SYSTEM: MO-BLS (POL) -ROUTINE RESPONSE: MO-BLS (POL) -ROUTINE RESPONSE[Agency/IRF]

2022-06-08 06:35:00 SYSTEM: <UNIT: P/2E22 SELF-DISPATCHED ONTO INCIDENT>

2022-06-08 06:50:05 SYSTEM: <UNIT: P/6D27 SELF-DISPATCHED ONTO INCIDENT>

2022-06-09 08:15:48 12009: ECC RECORDING 22-1208]