# EXHIBIT 2

☐ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** _____
                                                              City/County

Located at _____ Case No. _____
              Court Address

In the Matter of _____

# PETITION FOR EMERGENCY EVALUATION
(Maryland Code, Health General Article § 10-620 et seq.)

The petitioner, _____, requests that this court order an emergency evaluation of
                   Name of Petitioner
_____ and in support of this petition states as follows:
Name of Person to be Evaluated (Evaluee)

1. Petitioner: Address _____
   Cell Phone/Pager # _____ Home Phone _____ Work Phone _____
   If petitioner is a physician, psychologist, clinical social worker, licensed clinical professional counselor, clinical nurse specialist in psychiatric and mental health nursing, psychiatric nurse practitioner, licensed clinical marriage and family therapist, or health officer or designee of a health officer who has examined the evaluee, then the petitioner's specialty is _____ and the petitioner's license number is _____.
   Relationship to or interest in evaluee _____.

2. Evaluee: Address _____ DOB _____
   Sex _____ Race _____ Ht. _____ Wt. _____ Hair _____ Eyes _____ Complexion _____
   Other _____

3. If not petitioner, name of spouse, child, parent, or other relative, or other individual interested in the evaluee:
   Name _____ Relationship _____
   Address _____
   Home Phone _____ Work Phone _____

4. A petition for emergency evaluation of the evaluee was filed previously on _____
                                                                                 Date
   and was ☐ granted ☐ denied.

5. The evaluee has been hospitalized in the past at the following facilities:
   _____  _____  _____
   When            Where           Diagnosis
   _____  _____  _____
   When            Where           Diagnosis

6. The evaluee currently is receiving psychiatric treatment from:
   _____  _____  _____
   Name            Address         Phone
   _____  _____  _____
   Name            Address         Phone

7. The evaluee has been prescribed the following medication for their mental disorder: _____
   _____

8. The evaluee ☐ **is** ☐ **is not** taking the medication as prescribed **OR** ☐ I do not know whether the evaluee is taking medication as prescribed.

9. The evaluee is demonstrating the following behavior that leads me to conclude that they currently have a mental disorder: _____
   (Attach additional sheets if necessary)
   _____

10. The evaluee presents a danger to the life or safety of the evaluee or others because: _____
    _____
    (Attach additional sheets if necessary)

11. The evaluee has access to the following firearms/weapons: _____

**I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.**

_____          _____
Date                    Petitioner
                        _____
                        Fax         E-mail

**TO THE PETITIONER:** You may be required to appear before the court. You have made the statements above under penalties of perjury. If an evaluation is ordered, it would be helpful if you could accompany the evaluee to the emergency facility and provide emergency facility authorities with all information that is pertinent to this petition. A petitioner who, in good faith and with reasonable grounds, submits or completes the Petition for Emergency Evaluation is not civilly or criminally liable for submitting or completing the petition.

**CC-DC-013** (Rev. 12/09/2020)          (front)                                    PEEEV

A. Duties of Peace Officer

1. Caution to Petitioner. A peace officer shall explain to a physician, psychologist, clinical social worker, licensed clinical professional counselor, clinical nurse specialist in psychiatric and mental health nursing, psychiatric nurse practitioner, a licensed clinical marriage and family therapist, or a health officer or designee of a health officer, who presents a petition to the peace officer:

    a. the serious nature of the petition; and

    b. the meaning and content of the petition.

2. Delivery to Facility. To the extent practicable, a peace officer shall notify the emergency facility in advance that the peace officer is bringing an emergency evaluee to the emergency facility. A peace officer shall bring an evaluee to the nearest emergency facility if the officer has a petition that:

    a. has been endorsed by a court within the last five (5) days; or

    b. is signed and submitted by a physician, psychologist, clinical social worker, licensed clinical professional counselor, clinical nurse specialist in psychiatric and mental health nursing, psychiatric nurse practitioner, a licensed clinical marriage and family therapist, or a health officer or designee of a health officer, or peace officer.

3. Documentation of Delivery. A peace officer shall complete a Return of Service by Peace Officer form (CC-DC-027) and have an agent for the emergency facility sign the form.

4. Remaining with Evaluee.

    a. After a peace officer brings an evaluee to an emergency facility, the officer need not stay unless, because the evaluee is violent, emergency facility personnel ask the supervisor of the peace officer to have the peace officer stay.

    b. A peace officer shall stay until the officer's supervisor responds to the request for assistance.

5. Return of Service. A peace officer shall file a completed Return of Service with the court issuing the Endorsement and Order immediately after an evaluee is delivered to an emergency facility or immediately after expiration of the five-day period for taking the evaluee into custody.

B. Duty of Supervisor. A supervisor shall allow a peace officer to stay with a violent evaluee.

C. Duties of Emergency Facility

1. Documentation of Delivery. An agent of the emergency facility shall sign the Return of Service by Peace Officer form completed by a peace officer transporting an evaluee to the emergency facility.

2. Examination. If emergency facility personnel ask that a peace officer stay, a physician shall examine the evaluee as promptly as possible to determine whether the evaluee meets the requirements for involuntary admission. In any event, a physician shall examine an evaluee within six (6) hours after an officer brings the evaluee to the emergency facility.

3. Release or Admission. Promptly after an examination, an evaluee shall be released unless the evaluee:

    a. asks for voluntary admission; or

    b. meets the requirements for involuntary admission.

4. Detention Period. An emergency evaluee may not be kept at an emergency facility for more than thirty (30) hours.