# **EXHIBIT 3**







