# EXHIBIT 4

# (Officer L.C. Cruiser Camera)

# (Provided as electronic file on CD)