# **EXHIBIT 6**

Department of Police
Montgomery County, Maryland

MCP 810
Rev. 08/14

## Detainee Processing and Detention Log

| Location Held | Date | Time | ☒ Adult ☐ Juvenile | CR# |
|---|---|---|---|---|
| | 06-08-22 | 0245 | | 220024513 |

| Arresting Officer (Name/ID #) | Searched by (Name/ID #) | Officer (Name/ID #) placing detainee in cell |
|---|---|---|
| C▮▮▮ | (U)▮▮▮ | C▮▮▮ |

Is Juvenile Detainee a CINS or CINA?   ☐ YES (Do not place in holding cell)   ☐ NO

| Supervisor Notified (Name/ID #) | Time | Date |
|---|---|---|
| H▮▮▮ | 0245 | 06-08-22 |

ALL BLOCKS MUST BE FILLED IN – USE N/A IN BLOCKS THAT DO NOT APPLY

| Detainee's Name (Last, First, MI) | Violation Probation/Court Order | Residence (County/State) |
|---|---|---|
| Roske, Nicholas, J | | CA |

| Sex | Race | DOB | Primary Charge (Must be specific) |
|---|---|---|---|
| M | W | ▮▮▮-96 | 1521 |

| Emergency Notification | Phone | Relationship |
|---|---|---|
| Olivia Roske | ▮▮▮ | sister |

MEDICAL SCREENING INFORMATION BLOCKS 1, 2, 3, 4 MUST BE FILLED IN!
Does detainee have any medical problems at the present time, especially those that are not readily visible? Officers will obtain the appropriate level of medical care, if needed. USE CONTINUATION ON BACK FOR ADDITIONAL INFORMATION.

1) Does detainee have any visible injuries, body deformities, trauma markings, bruises, lesions, jaundice, difficulty moving, etc.?
☐ Yes ☒ No   If yes, specify: _____

2) Any medications now taking? _____

3) Detainee's behavior/state of consciousness: calm

4) CAUTIONS - Check all appropriate boxes (Use reverse for additional information)

☒ *ANY SUICIDAL SYMPTOMS/STATEMENTS/HISTORY*
☐ ESCAPE RISK
☒ Carries Weapons
☐ Police Fighter/Resists Arrest
☐ Under Influence Drugs/Alcohol
☐ Other (Explain) _____
☐ Has Hepatitis/TB
☐ Has HIV/AIDS
☐ Contagious Diseases

*Supervisor Notified for any Suicidal Detainee: Name: _____ Date: _____ Time: _____

Prisoner Property: (Place in storage bag and secure in facility prisoner property storage drawer)

| Item (Fully describe; Continue on reverse if necessary) | Color/Style/Make/Serial Number | Quantity |
|---|---|---|
| | | |

Detainee Signature (receipt of returned property): _____ Date: _____ Time: _____

Welfare Checks must be completed every half-hour while detainee remains in cell. In lower box, initial and indicate status by "OK" or "OTH". For all input of OTH, explain on reverse, identified by time.
Juveniles cannot be held in a secure area for more than 6 hours (cumulative).

| Time | 0245 | 0315 | | | 0635 | 0705 | 0735 | 0805 | 0835 | 0905 | 0935 | 1005 | 1035 | 1105 | 1135 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Initials/ Status | LC OK | LC OK | | OK | LC OK | MR OK | GD OK | GD OK | GD OK | GD OK | GD OK | ▮ OK | ▮ OK | ▮ OK | ▮ OK |

| Released from (Location) | Date Released | Time Released | Released By (Name/ID #) |
|---|---|---|---|
| 2D STATION | 6-8-22 | | D▮▮▮ 1613 |

| Released to (Name/ID #) | Relationship | Cell Searched by (Name/ID #) & Condition |
|---|---|---|
| M▮▮▮ H▮▮▮ FBI | ARRESTING OFFICER | D▮▮▮ / 600 |

Function Code: 810
CALEA: 72.5.3, 72.6.3, 72.9.6.g
Proponent Unit: Policy and Planning Division