# <u>EXHIBIT 7</u>

## (Officer L.C. Body-Worn Camera starting at 4:11 a.m.)

## (Provided as electronic file on CD)