# **EXHIBIT 8**



**Department of Police**
**Montgomery County, Maryland**

| MCP 50 |
|---|
| Rev. 09/10 |

# ADVICE OF RIGHTS FORM

CR #: ▮▮▮▮

Person to be interviewed: _ROSKE, Nicholas John_
           (Last)        (First)        (Middle)

Location of interview: _2D_

Date of birth: ▮▮▮▮ _76_  Physical condition: ▮▮▮▮    Sobriety: _YES_

Medication: ▮▮▮▮    Education level: _B.A._

Time Advice of Rights Form read: _0427_    Date: _6-8-22_

Languages: _ENGLISH_

---

_NR_ 1. You have the right now and at any time to remain silent.

_NR_ 2. Anything you say may be used against you.

_NR_ 3. You have the right to a lawyer before and during any questioning.

_NR_ 4. If you cannot afford a lawyer, one will be appointed for you.

_NR_ 5. *(NOTE: #5 will only be used for an arrestee who will be charged as an adult.)* You have the right to be taken promptly before a District Court Commissioner who is a judicial officer not connected with the police. A Commissioner will inform you of each offense you are charged with and the penalties for each offense; provide you with a written copy of the charges against you; advise you of your right to counsel; make a pre-trial custody determination; and advise you whether you have a right to a preliminary hearing before a judge at a later time.

_NR_ 6. Do you understand what I have just said?    Answer: _YES_

---

▮▮▮▮
Officer/ID #

X _(signature)_
Signature of Person Advised

_0430_
Time Form Signed

Officers/Persons Present: _____

---

Function Code: 513
CALEA: 42.2.1, 42.2.2
Proponent Unit: ISB, FSB Admin.

Distribution
Original:  Officer
Yellow:   Defendant
Pink:     State's Attorney

NJR-0001