# **EXHIBIT 11**

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 1 of 4

Date: 06/08/2022   Case ID: ▮

Location: Montgomery County PD (MCPD)

MCPD

Preparer/Assistants: SA Ian M▮

Personnel (full names and initials):

Ian M▮

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | One black American Tourister suitcase | MCPD | Detective M. ▮ | Ian M▮ | | |
| 2 | One gray SnapSafe lockbox | MCPD | Detective M. ▮ in Item 1 | Ian M▮ | | |
| 3 | One Glock 17 Handgun, SN#: BTMH315 | MCPD | Detective M. ▮ in Item 2 | Ian M▮ | | |
| 4 | Two Glock magazines containing 10 rounds each of 9mm | MCPD | Detective M. ▮ in Item 2 | Ian M▮ | | |
| 5 | Plastic bag containing 17 rounds of 9mm | MCPD | Detective M. ▮ in Item 2 | Ian M▮ | | Put into ammo box for storage |
| 6 | One black speed loader | MCPD | Detective M. ▮ in Item 2 | Ian M▮ | | |
| 7 | One Streamlight TLR4 flashlight and laser, SN#: 1220183560 | MCPD | Detective M. ▮ in Item 1 | Ian M▮ | | |
| 8 | One Delta Airlines Firearm deceleration card | MCPD | Detective M. ▮ in Item 1 | Ian M▮ | | |
| 9 | One pair of black hard knuckled tactical gloves | MCPD | Detective M. ▮ in Item 1 | Ian M▮ | | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 2 of 4

| Date: 06/08/2022  Case ID: ▮ | Personnel (full names and initials): |
| --- | --- |
| Location: Montgomery County PD (MCPD)  MCPD | |
| Preparer/Assistants: SA Ian ▮ | |

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | Four black zipties | MCPD | Detective M. ▮, in Item 1 | Ian M▮ | | |
| 11 | ComfortTac belly band holster | MCPD | Detective M. ▮ in Item 1 | Ian M▮ | | |
| 12 | One pair of brown Columbia hiking shoes | MCPD | Detective M. ▮ in Item 1 | Ian M▮ | | |
| 13 | One blue and orange reusable shopping bag | MCPD | Detective M. ▮ in Item 1 | Ian M▮ | | |
| 14 | One black tactical chest rig with Sabre red pepper spray and black Gerber knife | MCPD | Detective M. ▮ in Item 1 | Ian M▮ | | |
| 15 | One gray Matein backpack | MCPD | Detective M. ▮ | Ian M▮ | | |
| 16 | One red hammer, one blue nail punch, one yellow/black screwdriver (cont. below) | MCPD | Detective M. ▮ in Item 15 | Ian M▮ | | |
| | (Cont.) one red screwdriver, one black crowbar, one roll duct tape | | | | | |
| 17 | One ASP-Micro TM160 Thermal Imaging monocular, SN#: J25159811 | MCPD | Detective M. ▮, in Item 15 | Ian M▮ | | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 3 of 4

Date: 06/08/2022   Case ID: ▉

Location: Montgomery County PD (MCPD)

MCPD

Preparer/Assistants: SA Ian M▉

Personnel (full names and initials):

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 18 | One gray sweatshirt and black face mask | MCPD | Detective M. ▉, in Item 15 | Ian M▉ | | |
| 19 | One black lock pick set | MCPD | Detective M. ▉ in Item 15 | Ian M▉ | | |
| 20 | One white unmarked pill | MCPD | Detective M. ▉ in Item 15 | Ian M▉ | | |
| 21 | Delta Airlines receipt/boarding passes, CA firearms safety card, Taxi receipt (cont) | MCPD | Detective M. ▉ | Ian M▉ | | |
| 21 | (Cont.) and one James Bond credit card lock pick set | | | | | |
| 22 | One black wallet bearing name Nick Roske containing one metal key | MCPD | Detective M. ▉ | Ian M▉ | | |
| 23 | CA driver's license in the name of Nicholas Roske and 7 plastic cards | MCPD | Detective M. ▉, in Item 22 | Ian M▉ | | |
| 24 | Two headphones with headphone accessories and bag, and Delta luggage receipt | MCPD | Detective M. ▉ | Ian M▉ | | |
| 25 | One blue lanyard with four keys | MCPD | Detective M. ▉ | Ian M▉ | | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG
*Print Legibly. More than one line may be used for each item, if necessary.*

Page 4 of 4

Date: 06/08/2022  Case ID: [redacted]
Location: Montgomery County PD (MCPD)
MCPD
Preparer/Assistants: SA Ian M[redacted]

Personnel (full names and initials):

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 26 | One blue Oneplus Cell phone with red charging cord | MCPD | Detective M. D[redacted] | Ian M[redacted] | | No identifiers |
| 27 | TWENTY NINE U.S. DOLLARS (1) x TWENTY DOLLAR BILL, (1) x FIVE DOLLAR BILL, (4) x ONE DOLLAR BILL | MCPD | Detective M. D[redacted] | Ian M[redacted] | | |
| 28 | (1) PILL ORGANIZER CASE CONTAINING: (8) LARGE WHITE OVAL PILLS w/ "GL 1000", (4) SMALL WHITE CIRCULAR PILLS w/ NO MARKINGS, AND (8) SMALL YELLOW PILLS w/ "L u" MARKINGS | MCPD | Detective M. D[redacted] | Ian M[redacted] | | |