**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
EMAIL: Andrew_Szekely@fd.org

JAMES WYDA
FEDERAL PUBLIC DEFENDER

ANDREW SZEKELY and ELLIE MARRANZINI
ASSISTANT FEDERAL PUBLIC DEFENDERS

April 2, 2025

The Honorable Deborah L. Boardman
United States District Judge
United States District Court
 for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770
Via CM/ECF

**Re:**    *United States v. Nicholas John Roske*, DLB-22-209

Dear Judge Boardman:

We write to inform the Court that Mr. Roske wishes to plead guilty to the one-count Indictment pending against him. Attached to this letter is a letter signed by Mr. Roske and counsel outlining, among other things, the offense to which he will plead guilty; the penalties and elements for that offense; and a factual basis in support of the guilty plea.

We have discussed this matter with Assistant United States Attorneys Coreen Mao and Thomas Sullivan. They consent to our request to set this case for a Rearraignment/Rule 11 hearing. If convenient for the Court, the parties are available Monday, April 7, 2025, until 2pm for the guilty plea hearing. If the Court is unavailable for the hearing on April 7, the parties ask that the April 8, 2025, pretrial motions hearing be converted to a Rearraignment/Rule 11 hearing.

We thank the Court for its attention this matter.

Sincerely,

/s/

Andrew Szekely
Ellie Marranzini
Assistant Federal Public Defenders

cc:    Coreen Mao and Thomas Sullivan, Assistant United States Attorneys