OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
EMAIL: Andrew_Szekely@fd.org

JAMES WYDA
FEDERAL PUBLIC DEFENDER

ANDREW SZEKELY and ELLIE MARRANZINI
ASSISTANT FEDERAL PUBLIC DEFENDERS

April 1, 2025

The Honorable Deborah L. Boardman
United States District Judge
United States District Court
 for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770
Via CM/ECF

Re:   *United States v. Nicholas John Roske*, DLB-22-209
      Notice of Intent to Plead Guilty Pursuant to FRCP Rule 11

Dear Judge Boardman:

Mr. Nicholas John Roske wishes to enter a plea of guilty to the sole count of the Indictment, which charges him with Attempt to Assassinate a Justice of the United States in violation of 18 U.S.C. § 351(c) (ECF No. 10). Because the parties have not entered into a plea agreement, this letter is meant to memorialize the factual basis for the plea and assist the Court in the Rule 11 colloquy.

**Offense of Conviction**

1. Mr. Roske will plead guilty to Count One of the Indictment, ECF No. 10, which charges him with Attempt to Assassinate a Justice of the United States.

**Elements of the Offense**

2. The elements of the offense to which Mr. Roske will plead guilty are as follows:

That on or about the time alleged in the indictment, in the District of Maryland and elsewhere:

   a. Mr. Roske intended to kill Victim One;

   b. Mr. Roske took a substantial step towards killing Victim One;

April 1, 2025
Page 2
*United States v. Nicholas John Roske*, DLB-22-209

    c. Victim One was, on or about the date alleged in the indictment, an Associate Justice of the United States Supreme Court.

## Penalties

3. The maximum sentence provided by statute for the offense to which Mr. Roske will plead guilty is as follows: life imprisonment, a fine of $250,000, and lifetime supervised release. Mr. Roske understands that he must pay a $100 special assessment, pursuant to 18 U.S.C. § 3013. The Court may also order restitution, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664.

## Sentencing Guidelines Apply

4. Mr. Roske understands that a sentencing guidelines range for this case (henceforth the "advisory guidelines range") will be determined by the Court, pursuant to the Sentencing Reform Act of 1984 at 18 U.S.C. §§ 3551-3742 (excepting 18 U.S.C. §§ 3553(b)(1) and 3742(e)) and 28 U.S.C. §§ 991-998. Mr. Roske further understands that the Court will impose a sentence pursuant to the Sentencing Reform Act, as excised, and must consider the advisory guidelines range in establishing a reasonable sentence.

## Factual Statement

5. Mr. Roske agrees that, if case were to proceed to trial, the Government would prove beyond a reasonable doubt the following facts: On June 7, 2022, Mr. Roske flew from Los Angeles International Airport to Dulles International Airport with an unloaded firearm and separately packed ammunition in his checked baggage. When he landed in Virginia early on June 8, 2022, Mr. Roske traveled by taxi from the airport to the Montgomery County, Maryland neighborhood where an Associate Justice lived. Once there, Mr. Roske exited the taxi close to the residence and turned to walk away from the justice's house. Shortly thereafter, Mr. Roske called 911 to report that he was having suicidal and homicidal thoughts. He further stated that he was from California and that he "came over here to act on them". Mr. Roske also told the 911 dispatcher that he had weapons and burglary tools in his suitcase. Once in custody, Mr. Roske told law enforcement officers that he traveled from California to Maryland with the intent to kill the Associate Justice and then himself.

April 1, 2025
Page 3
*United States v. Nicholas John Roske*, DLB-22-209

I, Nicholas John Roske, have carefully reviewed the contents of this letter with my attorneys. I understand it. I voluntarily agree to it, and I do not wish to change any part of it.

4/1/25
Date

Nicholas John Roske, Defendant

I have carefully reviewed the contents of this letter with Mr. Roske. To my knowledge, his decision to plead guilty is informed and voluntary.

4/1/25
Date

Andrew R. Szekely, Assistant Federal Public Defender

4/1/25
Date

Ellie Marranzini, Assistant Federal Public Defender

cc:  Thomas Sullivan, Assistant United States Attorney
     Coreen Mao, Assistant United States Attorney