IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| v. | : | Case No. DLB-22-0209 |
| | : | |
| **NICHOLAS ROSKE,** | : | |
| | : | |
| **Defendant** | : | |

**MOTION FOR LEAVE TO FILE OVERSIZE BRIEF**

Sophie Roske, the Defendant, by and through Andrew R. Szekely and Ellie Marranzini, Assistant Federal Public Defenders, hereby moves, pursuant to Local Rule 105.3 (setting page limitations for various court submissions), to file an oversize sentencing submission in this matter.[1] Ms. Roske's case presents significant factual and legal matters relevant to sentencing which require a sentencing submission in excess of the limits set forth in Local Rule 105.3.

Wherefore, Ms. Roske requests leave to file an oversize sentencing submission.

Respectfully submitted,

James Wyda
Federal Public Defender
for the District of Maryland

_____

Andrew R. Szekely
Ellie Marranzini
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: andrew_szekely@fd.org
       ellie_marranzini@fd.org

---

[1] The case is captioned as United States v. *Nicholas John Roske.* That name remains Ms. Roske's legal name, and she has not asked to recaption the case. Out of respect for Ms. Roske, the balance of this pleading and counsel's in-court argument will refer to her as Sophie and use female pronouns.