IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. DLB-22-0209** |
| | : | |
| **NICHOLAS ROSKE,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Upon consideration of the Defendant's Motion to File Oversize Memorandum it is this \_\_\_\_\_ day of September, 2025, hereby:

**ORDERED**, that the motion is granted; and it is further

**ORDERED**, that Ms. Roske may file a sentencing submission in excess of the limits set forth in Local Rule 105.3

_____
Deborah L. Boardman
United States District Judge

1