IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.   DLB-22-CR-209 |
| NICHOLAS JOHN ROSKE | |

**AFFIDAVIT IN SUPPORT OF GOVERNMENT'S
SENTENCING MEMORANDUM**

1. My name is Robert Morris and I am a Special Agent with the Federal Bureau of Investigation ("FBI").  I have been a Special Agent with the FBI since August 2015 and am currently assigned to the Joint Terrorism Task Force in the FBI Baltimore Division ("FBI Baltimore"). Since joining the FBI, I have taken part in multiple investigations concerning violations of federal criminal laws including, but not limited to, counterterrorism and public corruption. Throughout my career, I have received training in how to conduct investigations, including a twenty-week training program at the FBI Academy, and gained experience in conducting investigations through daily work. This includes experience in preparing and executing search warrants; collecting and analyzing evidence, including video, documents, and from digital devices; analyzing bank and other financial records, telephone records, and electronic mail; conducting physical surveillance; and interviewing and debriefing witnesses and informants; among other things.

2. Specific to the above-captioned case, I have served as one of the FBI's lead investigators. I began in this role on the morning of June 8, 2022. As part of this investigation, my activities have included conducting interviews, drafting and facilitating the execution of search

warrants, analyzing search warrant returns, obtaining records through legal process, and conducting database checks.

3.  This affidavit describes and summarizes some of the investigative steps undertaken in the above-captioned case. The facts set forth in this affidavit are based upon my personal knowledge, my personal observations, my training and experience, my review of evidence obtained in this case, and information obtained from law enforcement personnel and witnesses. This affidavit does not set forth all my knowledge about this matter and does not summarize every investigative activity undertaken in this case. Additionally, unless otherwise indicated, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

4.  As stated above, I have been one of the FBI's main investigators on this case, starting from its inception on June 8, 2022. The investigation worked to, among other things, uncover the events leading up to Nicholas Roske's ("Roske") attempt to kill an Associate Justice of the Supreme Court on June 8, 2022.[1] In order to facilitate the Court's understanding of the events leading up to Roske's attempt to kill the Associate Justice, I created a timeline of key events (**Attachment 1**), containing references to documents, search warrant returns, photographs, and other evidence maintained by the FBI. In this affidavit, I provide further context for the documents referenced in the timeline.

5.  As part of the investigation, the FBI reviewed police reports and other records written by officers and detectives of the Montgomery County Police Department ("MCPD").

---

[1] On April 8, 2025, Roske pleaded guilty to one count of 18 U.S.C. § 351(c).

According to the records, MCPD officers recovered several items from a backpack and suitcase found at the scene near where Roske was arrested, including:

- a Glock 17 handgun (Serial No. BTMH315);
- two magazines with ammunition;
- a ziplock bag with additional ammunition;
- a gun safe, with a key to the safe;
- a pair of shoes with a cloth material on the bottom;
- a tactical vest with a gun light, mace, and a tactical knife attached;
- zip ties;
- a lockpick set;
- a hammer, pry bar, screwdrivers, centerpunch, and black duct tape;
- a night vision monocular;
- an under the shirt holster with a magazine pouch;
- one magazine speed loader;
- one pair of black gloves with knuckle protection;
- a baggage stub, boarding passes, and a taxi service receipt; and,
- a black face mask.

MCPD officers also seized Roske's cellular telephone. Photographs of some of the items seized by MCPD officers are provided as **Attachment 2**. The items were transferred into FBI custody and documented on an Evidence Collected Item Log dated June 8, 2022. ECF Nos. 74-11, 76-6.

6. After Roske was arrested and transported to the district station, and after being read *Miranda* rights, Roske told a MCPD detective that Roske's cell phone number was a number ending in 8773. ECF No. 64-7 at 34. Roske also told the MCPD detective that Roske's sister's phone number was a number ending in 6453. ECF No. 64-7 at 18. Roske stated to the MCPD detective that Roske had texted Roske's sister on the taxi drive over from Dulles airport to the Associate Justice's residence, and that they (Roske and Roske's sister) had spoken just before Roske decided to call 911. ECF No. 64-7 at 10-11.

7. Later the morning of June 8, 2022, after the MCPD interview had concluded, the FBI conducted an interview of Roske. Prior to asking any questions, Roske was read *Miranda* rights. During the FBI interview, Roske stated that Roske had a Reddit account, and that the Reddit

username was randomly generated. ECF No. 64-7 at 42. Roske also stated that he used two Google (Gmail) accounts for email: one containing his first and last name ("Gmail #1"); and another containing "nick" (Gmail #2"). ECF No. 64-7 at 42-43.[2] Roske stated that Gmail #1 was probably connected to Roske's Reddit account, and that Gmail #2 was used for general website browsing. ECF No. 64-7 at 43-44. Roske also stated that Roske had a Discord account that Roske deleted a few days prior to flying to Maryland. ECF No. 64-7 at 44.

8. On June 8, 2022, the FBI obtained a warrant to search Roske's residence in Simi Valley, California. The same day, agents from the FBI's Los Angeles Division executed the search warrant and observed and took photographs of, among other things:

   a. a "Dealer's Record of Sale of Firearm" showing that Roske purchased a Glock 17 handgun (Serial No. BTMH315) from a gun store in California ("Gun Store 1") on May 23, 2022;

   b. a receipt from Gun Store 1 dated May 23, 2022 for a transaction with the debit cardholder name "ROSKE/NICHOLAS J" for the same firearm with the notation "Available for Pickup: 6/2/2022";

   c. a receipt from Gun Store 1 dated June 6, 2022 for the purchase of 9mm ammunition using a debit card of "ROSKE/NICHOLAS J"; and

   d. an Invoice for an order placed May 27, 2022 and shipped by Priority Mail of a "Snap Gun Lock Pick" to "Nicholas Roske" at an address in Simi Valley, California, and with a phone number ending in 8773 and Gmail #1.

These photographs are provided as **Attachment 3**.

---

[2] A key that provides non-anonymized information is in the Government's proposed sealed filing **Exhibit D**, which I have reviewed and is true and accurate to the best of my knowledge.

4

9. On June 9, 2022, the FBI obtained a warrant to search the cellular telephone assigned telephone number ending in 8773 that was recovered at the time of Roske's arrest. A member of FBI Baltimore's Computer Analysis Response Team (CART) conducted a forensic extraction of Roske's cellular telephone. An FBI agent reviewed the forensic extraction and identified that the phone was associated with four Google accounts; four Reddit accounts; one Discord account; and one PayPal account; among other accounts. See **Attachment 4**. The FBI subsequently obtained a warrant to search the Google, Reddit, and Discord accounts, as further described in paragraph 13 below. In addition, there were relevant text messages, emails, and social media posts identified on Roske's phone. An excerpt of relevant material from the forensic extraction of Roske's phone is provided as **Attachment 5.**

10. On June 9, 2022, the FBI obtained surveillance video from a company that operates parking facilities at Los Angeles International Airport (LAX). The video provided showed a Smart Car bearing California license plate 8UXJ248, registered to Roske, arriving at the LAX economy parking garage on June 6, 2022 at approximately 1:20 pm local time and departing the parking garage about one and a half hours later. On June 28, 2022, the FBI obtained additional surveillance video from the same company showing Roske's vehicle arrive at the LAX economy parking lot on June 7, 2022 at approximately 11:01 am local time. Screenshots of these entries and the exit taken from the surveillance videos are provided as **Attachment 6**.

11. On June 9, 2022, FBI Agents interviewed the owner of Gun Store 1, located in Camarillo, California, who confirmed Roske purchased a Glock 17 firearm from Gun Store 1 on May 23, 2022, and took possession of it on June 2, 2022. The FBI obtained surveillance video showing Roske at Gun Store 1, screenshots from which are provided as **Attachment 7**.

12. On June 9, 2022, FBI Agents interviewed the owner of Gun Store 2, located in Simi Valley, California, who confirmed Roske purchased a day pass at Gun Store 2's indoor range on June 3, 2022 and a lock box on June 5, 2022. Invoices for these purchases are provided in **Attachment 8**. The FBI obtained surveillance video showing Roske at Gun Store 2 on June 3, 2022 and again on June 5, 2022, screenshots from which are provided as **Attachment 8**. In the screenshots from the June 3, 2022 video, Roske is holding a bag that appears to the same bag that is in the suitcase recovered from the scene in Montgomery County on June 8, 2022. In a screenshot from the June 5, 2022 video, Roske is walking to a Smart Car that resembles the one identified as driving into, out of, and into again the LAX parking garage, as described in paragraph 10, above.

13. On June 21, 2022, the FBI obtained warrants to search the following digital accounts, and others, that were accessed through or otherwise associated with Roske's cellular telephone:

- Discord username Sophie42#6535;
- Four Google accounts; and
- Reddit username Narrow_Frosting_1539.

The FBI reviewed the material obtained pursuant to the search warrants and identified relevant information.

    a. Relevant information identified in the Discord account included messages to other users and posts on Discord. An excerpt of this relevant material from Roske's Discord account is provided as **Attachment 9**.

    b. Relevant information identified in the Google accounts included search history, websites visited, and a saved Google Maps map. To facilitate review of the information provided by Google, I used a forensic analysis software to sort and categorize the raw data. I reviewed the output from the forensic analysis software

and copied and pasted relevant information from the search history and websites visited into an Excel spreadsheet. An excerpt of this relevant material from Roske's Google accounts is provided as **Attachment 10A** (search history, as well as if the search was a general term search or an image search, both obtained from the forensic analysis software output), **Attachment 10B** (websites visited, obtained from the forensic analysis software output, plus my description of the website), and **Attachment 10C (filed under seal)** (Google Maps map). To determine which websites visited were relevant, I inputted the URL into a web browser and observed the content of the website.[3] I then described what I observed in the "Description of Website" column of the Excel spreadsheet. Included as **Attachment 10D (WARNING: GRAPHIC) (filed under seal)** are screenshot excerpts from some of the URLs visited, as they appeared on those websites on or about September 9, 2025.

c. Relevant information identified in the Reddit account included posts on Reddit. An excerpt of this relevant material from Roske's Reddit account is provided as **Attachment 11**.

14. Among the relevant Google searches included, on May 26, 2022, searches for "double tap" and "triple tap method." Based on my training (which includes firearms training), experience, conversations with other FBI agents who received specialized training in tactics and firearms, and open-source searches, these terms likely refer to target engagement techniques in which multiple rounds are fired in quick succession. According to open-source research, "triple tap" may refer to shooting a target twice at center mass and once in the head.

---

[3] I observed the websites between July 1, 2022 and July 11, 2022. The websites may have appeared different when Roske visited them.

15. As part of the investigation, the FBI also obtained various other records via grand jury subpoena. These included:

   a. Records from Amazon for Roske's Amazon account. Relevant material from these records included Roske's purchase history. An excerpt of this relevant material is provided as **Attachment 12**.[4]

   b. Records from PayPal for Roske's Paypal account. Relevant material from these records included Roske's purchase history. An excerpt of this relevant material is provided as **Attachment 13**.

   c. Records from Delta for Roske's flight arrangements. An excerpt of this relevant material is provided as **Attachment 14**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 19, 2025

By: ROBERT MORRIS
Digitally signed by ROBERT MORRIS
Date: 2025.09.19 12:22:13 -04'00'

Robert Morris
Special Agent
Federal Bureau of Investigation

---

[4] Entries marked with "REDACTED" in the Item Description were provided that way by Amazon.