# ATTACHMENT 1

## Timeline – U.S. v. Roske

| Date | Event | Source |
|------|-------|--------|
| 01/07/2022, 01/27/2022, 02/02/2022 | Roske's Google accounts searched for "mass shootings 2021," "2022 mass shootings," and "mass shooters in prison."<br><br>Roske also visited websites for "How are mass murderers treated in prison?" and "Games where you play as a serial killer and try to get away with murder" | Attachment 10A<br><br>Attachment 10B |
| 03/18/2022 | Roske, under the account "Sophie42#6535" on Discord, stated to another Discord user:<br>• "Yeah I mean my mental health is too poor for me to fear death. But prison sounds worse. To be monitored to the point where you can't even kill yourself. So if I did kill someone I would definitely try to get away with it"<br>• "I only have violent thoughts towards people I feel are bad. I could never just hurt a random person or someone I thought didn't deserve it" | Attachment 9 |
| 03/18/2022, 03/23/2022 | Roske's Google accounts visited websites about Donald Henry Gaskins and Peter Sutcliffe. | Attachment 10B |
| 04/05/2022 – 04/20/2022 | Roske's Google accounts searched multiple times for shooting videos, including school shooting videos, and for mass shootings or mass shooters. Searches included:<br>• "sutherland springs video"<br>• "kelley shooting video"<br>• "best gore"<br>• "gore"<br>• "gore video"<br>• "school shooting videos"<br>• "new zealand shooting video"<br>• "video of shooting"<br>• "best place to find video of school shooting" | Attachment 10A |
| 04/20/2022 | Roske's Google accounts searched firearms-related terms 18 times. Searches included:<br>• "buy guns online"<br>• "gun store"<br>• "where to find serial number on guns" | Attachment 10A |
| 04/20/2022 | Roske, under the account "NarrowFrosting_1539" on Reddit, posted: "Which person's death would have the biggest impact on the world?" | Attachment 11 |

| Date | Event | Source |
|------|-------|--------|
| 05/02/2022 | A leaked draft opinion in a pending Supreme Court case about abortion was published online.[1] | |
| 05/04/2022 | Roske's Google account searched for "roe v wade." | Attachment 10A |
| 05/04/2022 – 06/06/2022 | Roske's Google accounts searched terms related to mass shootings or mass shooters, serial killers, and assassinations approximately 49 times. Searches included specific prior attacks, and specific assassinations and attempts, such as: <br>• "reagan assassination attempt" <br>• "assassinations" <br>• "fred grim serial killer" <br>• "mlk death" | Attachment 10A |
| 05/05/2022 – 05/24/2022 | Roske's Google accounts searched terms related to combat and body armor approximately 28 times. Searches included: <br>• "can you buy bulletproof vest in california" <br>• "does kevlar block 5.56 ammo" <br>• "what do marines carry in combat" <br>• "best place to buy bulletproof vest" <br>• "stealth armor systems" <br>• "if you get hit while wearing kevlar are you knocked down" <br>• "shft items for combat" | Attachment 10A |
| 05/05/2022 – 06/04/2022 | Roske's Google accounts searched firearms-related terms over 90 times. Searches included: <br>• "quietest semi auto rifle" <br>• "quiet semi auto pistol" <br>• "gun calibers" <br>• "best silencers for glock 17" <br>• "can you bring a gun in your luggage" <br>• "how long does it take for cops to respond to shots fired" <br>• "22 laser sight" <br>• "most important attachments for pistols" <br>• "how far are 9mm accurate" <br>• "homemade silencers" | Attachment 10A |

---

[1] https://www.politico.com/news/2022/05/02/read-justice-alito-initial-abortion-opinion-overturn-roe-v-wade-pdf-00029504.

| Date | Event | Source |
|------|-------|--------|
| 05/06/2022 – 06/06/2022 | Roske's Google accounts searched terms related to breaking into a residence, burglary tools, ways to avoid detection, and other means to facilitate the commission of crimes. Searches included:<br>• "where to buy gun suppressor"<br>• "easiest way to open a locked door"<br>• "spy equipment"<br>• "how to break glass quietly"<br>• "how to remain undetectable"<br>• "most reliable way to pick locks"<br>• "best place to get body paint"<br>• "best way to break into a house"<br>• "how to make your footsteps silent"<br>• "how to make shoes quieter"<br>• "how to make handcuffs with zip ties" | Attachment 10A |
| 05/09/2022 – 06/08/2022 | Roske's Google accounts searched "Supreme Court" and related terms 12 times. | Attachment 10A |
| 05/09/2022 – 06/01/2022 | Roske's Google accounts searched the Associate Justice by name and terms related to the Associate Justice 27 times, including the Associate Justice's address. | Attachment 10A |
| 05/10/2022 | Roske, under the account "NarrowFrosting_1539" on Reddit, posted: "Would [last name of Associate Justice] being removed from the SC help women long term?" | Attachment 11 |
| 05/10/2022 – 06/05/2022 | Roske's Google accounts searched terms related to stabbing, especially in the neck, strangulation, or killing a human being in a quiet manner, at least 27 times. Search terms included:<br>• "most effective place to stab someone"<br>• "how far into the neck is the trachea"<br>• "how much force do you need to stab someone's neck"<br>• "most effective way to silently kill someone"<br>• "does twisting or dragging a knife cause more damage"<br>• "which stab placement causes the most bleeding"<br>• "neck injury with highest mortality rate" | Attachment 10A |

| Date | Event | Source |
|------|-------|--------|
| 05/12/2022 | Roske, under the account "Sophie42#6535" on Discord, posted:<br>• "I was thinking of the Roe decision. I feel like those 9 people make a much bigger impact than most people"<br>• "I would agree it's in somewhat of a grey area but I'm not trying to discuss voting or any political action. I suppose my point is that political realities hugely impact our personal lives and thus I feel political actions have a huge impact" | Attachment 9 |
| 05/15/2022 | Roske's Google accounts searched for:<br>• "do snipers aim for the head or the chest"<br>• "best caliber for 200 yards"<br>• "scope magnification for 200 yards"<br>• "does the secret service protect supreme court justices"<br>• "do you have to account for wind at 200 yds" | Attachment 10A |
| 05/16/2022 – 06/08/2022 | Roske's Google accounts searched travel-related terms 34 times. The accounts searched for hotels in the areas of Montgomery County, Maryland and Washington, D.C. | Attachment 10A |
| 05/17/2022 | Roske, under the account "NarrowFrosting_1539" on Reddit, posted:<br>• "Which Serial Killer was the most careful?" "By most careful I mean planned things out, very conscious of leaving evidence, purposefully trying to avoid having a pattern, etc. Ed Kemper comes to mind but I am curious is someone I haven't heard of was known for this."<br>• "Writing a killer who is obsessed with not leaving evidence. What methods could they use?" "I am trying to write a killer who is very methodical, calm, patient, etc. Not theatrical but practical. I was curious what lengths someone like that would go to in order to avoid leaving evidence. I know of the obvious things like gloves, masks, shaving hair/hairnet, and duct-taping shoes. Are there other forms of evidence to consider? Are there more efficient ways of addressing the problems these methods attempt to solve?" | Attachment 11 |

| Date | Event | Source |
|------|-------|--------|
| 05/18/2022 – 05/19/2022 | Roske, under the account "Sophie42#6535" on Discord, stated to another Discord user:<br>• "what do you think would happen if [last name of Associate Justice] died?"<br>• "he would be replaced by an asshole biden picks though, so probably someone who wouldn't repeal roe or gay marriage"<br>• "Also the right have a 5-4 majority so if one conservative justice dies then it becomes a 5-4 for the left" | Attachment 9 |
| 05/18/2022 – 05/19/2022 | Roske's Google accounts searched items related to extradition and getting a passport, including:<br>• "countries that don't extradite to the us"<br>• "does iceland extradite to the us"<br>• "does sweden extradite to the us"<br>• "how to get a passport in California"<br>• "countries least likely to extradite to the us" | Attachment 10A |
| 05/19/2022 | Roske, under the account Sophie42#6535 on Discord, posted "what is a reliable place to obtain some starter materials" to a Discord server discussing lock picking.<br><br>Roske also asked "anyone know of a good place to get a snap gun?" | Attachment 9 |
| 05/20/2022 | Roske's Google accounts searched terms related to Justice 2 sixteen times, including "[Justice 2 name] home." | Attachment 10A |
| 05/20/2022 | Roske, under the account "NarrowFrosting_1539" on Reddit, posted:<br>• "What will likely happen if the current Supreme Court remains? What could change if the democrats got a majority?"<br>• "The Roe v Wade leak has brought a lot of attention to the supreme court and what it is capable of. If going into the future the supreme court retains the same members, what is a realistic expectation for the future? On the other hand, if a conservative judge were replaced by a liberal judge, thus changing which party has the majority, what would change? I am curious both about the immediate results (over the next few years) and long term (the next few decades)." | Attachment 11 |

| Date | Event | Source |
|------|-------|--------|
| 05/20/2022 – 05/31/2022 | Roske's Google accounts searched terms related to Justice 3 ten times, including "[Justice 3] home." | Attachment 10A |
| 05/23/2022 | Roske purchased a Glock 17 at Gun Store 1 in California. | Attachment 3 Attachment 7 (page 1-4) |
| 05/24/2022 | Roske, under the account "NarrowFrosting_1539" on Reddit, posted: "What is a good place to get a Kevlar vest?" | Attachment 11 |
| 05/25/2022 | Roske purchased shooting glasses, hearing protection, a rail mounted tactical light with laser sight, a handgun cleaning kit, and tactical gloves from Amazon. | Attachment 12 |
| 05/25/2022 | Roske, under the account "Sophie42#6535" on Discord, messaged another Discord user, "The thought of Roe v Wade and gay marriage both being repealed has me furious" | Attachment 9 |
| 05/26/2022 | Roske's Google accounts searched "double tap" and "triple tap method." | Attachment 10A |
| 05/27/2022 | Roske, under the account "Sophie42#6535" on Discord, messaged another Discord user:<br>• "im gonna stop roe v wade from being overturned"<br>• in response to the question "what u tryna do," Roske stated, "remove some people from the supreme court"<br>• "yeah but i could get at least one, which would change the votes for decades to come. and I am shooting for 3"<br>• "so you think if the SC were all liberal the roe would still be overturned?"<br>• "yeah but at the end of the day biden still chooses the replacements. gop cant do shit about it"<br>• "people have killed judges before" | Attachment 9 |
| 05/27/2022 | Roske's PayPal records showed a purchase of a Snap Gun Lock Pick. An invoice for a Snap Gun Lock Pick was located in Roske's residence. | Attachment 13 Attachment 3 |
| 05/28/2022 | Roske purchased tactical gloves from Amazon. | Attachment 12 |
| 05/28/2022 | Roske's Google accounts searched "justice home" | Attachment 10A |
| 05/28/2022 | Roske's Google accounts searched "how to stay sane in solitary confinement." | Attachment 10A |

6

| Date | Event | Source |
|------|-------|--------|
| 05/30/2022 | Roske, under the account "NarrowFrosting_1539" on Reddit, posted: "How difficult is it to covertly take out an HVT?" The post continued: "I am a civilian wanting to write a realistic piece of military fiction. I have a character who is targeting an HVT and was wondering whether doing so without alerting nearby combatants/civilians is realistically possible." | Attachment 11 |
| 05/31/2022 | Roske purchased non-slip grip socks, black face and body paint, black duct tape, cable ties, a glass cutter, and a heavy-duty suction cup from Amazon. | Attachment 12 |
| 06/01/2022 | Roske purchased SABRE pepper spray from Amazon. | Attachment 12 |
| 06/01/2022 | Roske's Google accounts searched "[Justice 4] home" nine times. | Attachment 10A |
| 06/01/2022 | Roske's Google accounts searched "mark locations on google maps." | Attachment 10A |
| 06/01/2022 | Roske's Google accounts searched "has a supreme court justice ever been assassinated." | Attachment 10A |
| 06/02/2022 | Roske took possession of a Glock 17 from Gun Store 1 in California.  Roske purchased a box of 9mm ammunition from Gun Store 1. | Attachment 3 Attachment 7 (pages 5-9) |
| 06/03/2022 | Roske's Google accounts searched:<br>• "insanity defense"<br>• "by reason of insanity louis theroux"<br>• "what happens if you are suicidal in prison"<br>• "if you are hospitalized after a crime what happens" | Attachment 10A |
| 06/03/2022 | Roske purchased bullseye targets and a range day pass at Gun Store 2 in California. | Attachment 8 |
| 06/03/2022 | Video footage shows Roske purchasing targets and pepper spray and shooting a pistol at Gun Store 2 in California. | Attachment 8 |

| Date | Event | Source |
|------|-------|--------|
| 06/04/2022 | Roske's Google accounts visited over thirty websites containing graphics showing head/neck anatomy and depicting knives in the body, especially in the neck. The accounts also viewed websites containing articles discussing penetrating neck wounds. Some websites included graphic photographs of lacerations and other bodily wounds, especially those involving the neck. Some photographs showed a knife lodged in a person's neck and graphic images of shooting victims. | Attachment 10B<br><br>Attachment 10D (WARNING: GRAPHIC) (Unredacted Version Filed Under Seal) |
| 06/04/2022 | Delta flight from LAX to ATL to IAD on 06/06/2022 booked in the name of Nicholas Roske. | Attachment 14 |
| 06/04/2022 | Roske's Google accounts had a saved map with a "modified date" of 06/04/2022. The map contained pins for what appeared to be the locations of the residences of the Associate Justice, Justice 2, Justice 3, and Justice 4. | Attachment 10C (Unredacted Version Filed Under Seal) |
| 06/04/2022 – 06/05/2022 | Roske's Google accounts searched 5 times terms related to traveling by air with weapons. | Attachment 10A |
| 06/05/2022 | Roske purchased a pry bar, screwdriver, and 34 piece lock pick set from Amazon. | Attachment 12 |
| 06/05/2022 | Roske purchased a lockbox at Gun Store 2. | Attachment 8 |
| 06/05/2022 | Roske, under the account "NarrowFrosting_1539" on Reddit, posted: "How long yall think till we get a mass shooter who is a cumboy?" | Attachment 11 |
| 06/05/2022 | Roske received a text message from Expedia that Roske's flight to IAD on 06/06/2022 was confirmed. | Attachment 5 |
| 06/06/2022 | Roske's Google accounts searched "windows how to wipe down a drive." | Attachment 10A |
| 06/06/2022 | Roske's Gmail #1 received an email from Discord addressed to "Sophie42" stating Discord received a request to permanently delete the Sophie42 Discord account. | Attachment 5 |
| 06/06/2022 1:20 pm[2] | Video camera at LAX Economy Parking garage shows Roske's 2009 blue Smart car bearing CA license plate 8UXJ248 entering the garage. | Attachment 6 |
| 06/06/2022 2:47 pm | Video camera at LAX Economy Parking garage shows Roske's 2009 blue Smart car bearing CA license plate 8UXJ248 exiting the garage. | Attachment 6 |

---

[2]  All times in this Timeline are approximate.

| Date | Event | Source |
|------|-------|--------|
| 06/06/2022 | Delta flight from LAX to SLC to IAD on 06/07/2022 booked in the name of Nicholas Roske. | Attachment 14 |
| 06/06/2022 | Roske's Gmail #1 notified Roske that Roske's flight was changed from LAX to Salt Lake City (previously Atlanta), then Salt Lake City to Dulles. | Attachment 5 |
| 06/07/2022 11:01 am | Video camera at LAX Economy Parking garage shows Roske's 2009 blue Smart car bearing CA license plate 8UXJ248 entering the garage. | Attachment 6 |
| 06/08/2022 12:37 am | Roske departed the Dulles Airport car rental area. | Attachment 2 |
| 06/07/2022 12:53 am | Roske, using phone number ending in -8773, texted "I love you" to Roske's sister at a phone number ending in -6453. | Attachment 5 |
| 06/08/2022 1:06 am | Roske arrived at the target destination in Montgomery County, Maryland. | Attachment 2 |
| 06/08/2022 1:17 am | Roske (phone number ending -8773) received a phone call from Roske's sister (phone number ending -6453).  The call lasted approximately 20 minutes. | Attachment 5 |
| 06/08/2022 1:39 am | The Montgomery County Emergency Communications Center (from a phone number with area code 301) called Roske in response to a 9-1-1 call Roske made at 1:38 am.[3] The call lasted approximately 13 minutes, until approximately 1:53 am. | Attachment 5 |
| 06/08/2022 1:42 am | Montgomery County Police dispatched. | ECF No. 74-1 (Dispatch Transcript) |

---

[3]  In the 1:38 am call, Roske advised 9-1-1 that Roske would call back.

# ATTACHMENT 2



Washington Flyer Taxi 174
DAT, INC. 703-572-8294
Start: 6/8/2022 12:37 AM
    38.9707, -77.4490
End:   6/8/2022 1:06 AM

Trip # 1499026
Distance: 27.50 miles
Fare:          $   63.30
Extras:        $    3.00
---------
Subtotal:      $   66.30
Tip:           $    9.94
========
Approved Total $

Approved:INV2BTMSSLTGYXMKHYXX
Trans ID:5D3388243U283935R
CC# ************1999
Terminal ID: 10312336
AIRPORT FEE: $3.00
CUSTOMER SERVICE: 703-661-8230

USA-0178







USA-0213

USA-0218




USA-0222







# ATTACHMENT 3

5/23/22, 4:40 PM

DROS Entry System (DES)



State of California
Department of Justice
Bureau of Firearms

# Dealer's Record of Sale of Firearm

**DROS NUMBER: 10005-01696**

*Birth cert. or passport* **STATUS: PENDING**

TRANSACTION DATE/TIME: 05/23/2022 04:40:04 PM
EARLIEST DELIVERY DATE/TIME: 06/02/2022 04:40:04 PM *car reg*
LATEST DELIVERY DATE/TIME: 06/22/2022 04:40:04 PM *or utility bill w/ 90 days*

## PURCHASER INFORMATION

| FIRST NAME | MIDDLE NAME | LAST NAME | | SUFFIX |
|---|---|---|---|---|
| NICHOLAS | JOHN | ROSKE | | |
| **ALIAS FIRST NAME** | **ALIAS MIDDLE NAME** | **ALIAS LAST NAME** | | **ALIAS SUFFIX** |
| | | | | |
| **STREET ADDRESS** | **CITY** | **STATE** | **ZIP** | **TELEPHONE** |
| | SIMI VALLEY | CA | 93063 | |
| **ID TYPE** | **ID NUMBER** | **GENDER** | **RACE** | **EYE COLOR** | **HAIR COLOR** | **HEIGHT** | **WEIGHT** |

| ID TYPE | ID NUMBER | GENDER | RACE | EYE COLOR | HAIR COLOR | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| | | MALE | WHITE | BLUE | BROWN | 6 FT 00 IN | 165 |
| **DATE OF BIRTH** | | **PLACE OF BIRTH** | | | | **U.S. CITIZEN** | |
| | | | | | | YES | |
| **FSC NUMBER** | | | | | | | |
| 3896110 | | | | | | | |

| | NO |
|---|---|
| Has purchaser ever been convicted of a felony or of an offense described in Penal Code section 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years? | NO |
| Is purchaser a danger/threat to self or others pursuant to Welfare and Institutions code (WIC) section 8100, or a person who has been admitted to a mental health facility as a danger to self or others pursuant to WIC section 5150, 5151, and/or 5152 within the past five years? | NO |
| Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompetent to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103? | NO |
| Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380? | NO |

## FIREARM INFORMATION

| MAKE | MODEL | | CALIBER(S) |
|---|---|---|---|
| GLOCK | 17 (BLACK) | | 9 |
| **SERIAL NUMBER** | **OTHER NUMBER** | **TYPE** | **CATEGORY** |
| BTMH315 | | HANDGUN | SEMI-AUTOMATIC |
| **COLOR** | **BARREL LENGTH** | **FRAME/RECEIVER ONLY** | **NEW/USED** **FSD COMPLIANCE** |
| BLACK | 4.49 IN | NO | NEW OEM |
| **MATERIAL** | **COMMENT** | | |
| STEEL, POLYMER | OEM FSD R15SC3 INCLUDED | | |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | | 30-DAY RESTRICTION EXEMPTION |
|---|---|---|---|
| DEALER HANDGUN | NO | | N/A |
| **WAITING PERIOD EXEMPTION TYPE** | **NON-ROSTER EXEMPTION** | **AGENCY** | **AGE EXEMPTION** |
| NONE | N/A | N/A | N/A |

I have read the list of prohibited offenses, and nothing would preclude me from possessing a firearm. By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct.

**Purchaser's Signature**

**PURCHASER'S RIGHT THUMB PRINT**

DEALER:
ADDRESS:

**Salesperson's Signature**

**DEALERSHIP TELEPHONE**

By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct.

COE#

FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (PENAL CODE 28250)

Firearms purchasers/transferees may request a copy of his/her firearm ownership record(s) from the Department of Justice by completing and submitting an Automated Firearms System Request for Firearm Records form (BOF 053). Additionally, purchasers/transferees are entitled to report the acquisition, disposition, or ownership of firearms to the department pursuant to Penal Code section 28000. For more information on California firearms laws or to obtain firearms reporting forms, please visit the Attorney General's website at oag.ca.gov/firearms.





GUN STORE
Thank you for shopping with us!

6/2/2022 4:55:45 PM

1 Qty 764503175022 @0.00
Glock GMBH 17
S/N: BTMH315                          0.00

1 Qty 020892228443 @88.58
Winchester USA4172W 9mm 115gr 20
Ords
                                     88.58
Subtotal                             88.58
Tax                                   6.42
**Total                              95.00**

Debit                                95.00

Change                                0.00

Loyal Customer: Nicholas Roske

SALE
Invoice:608804
Card:DEBIT ***********1999
Payment Type:DEBIT
Cardholder:ROSKE/NICHOLAS J
Application PAN:***********1999
Transaction Total:USD$ 95.00
Card Entry Mode:Chip Read
Result:CAPTURED
Authorization Code:115051
Referance Number:2332
Approved Amount:USD$ 95.00
Verified by PIN
AID:A0000000980840

DROS Entry System

**Record of Sale of Firear**

04 PM
04:40:04 PM                          **DELIVERY**
:40:04 PM

RCHASER INFORMATION

| | LAST NAME |
| NAME | ROSKE |
| | ALIAS LAST NAME |

| | STAT | ZIP |
| | CA | |
| E | EYE CO | |
| TE | BLUE | |
| H | | |

n offense described in Pe
ed in Penal Code sectic
t to Welfare and Institu
o self or others pursu

danger to others
uant to Welfare a
rder pursuant t

IREARM IN

SALE

DEALER:
ADDRESS:
DROS ENTERED B

Salesperson's Signature

By signing this document, I hereby certify
under penalty of perjury that the
information provided is true and correct.
FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME. PUNISHABLE BY UP TO 18 MONTHS IN STA

SUFFIX
HONE
WEIGHT
N 165
ZEN
NO
NO
NO
VO

Invoice

Order: 35710
Placed: 5/27/2022
Shipping: Priority Mail

**Ship To**

Nicholas Roske

Simi Valley, California 93063
8773
@gmail.com

**Bill To**

Nicholas Ro__

Simi Valley, California 93063
8773
@gmail.com

| tem # | Name | QTY | Price | Total |
|-------|------|-----|-------|-------|
| LAT-17 | Snap Gun Lock Pick - LAT-17 | 1 | 49.95 | 49.95 |

| | | |
|---|---|---|
| Subtotal: | 49.95 |
| Priority Mail: | 11.18 |
| **Order Total:** | **61.13** |

Order Information

# ATTACHMENT 4

| 96 | **Creation time**<br>1/1/2021<br>11:03:21 PM(UTC+0)<br>**Username:**<br>[REDACTED]@gmail.com<br><br>**Password:** [REDACTED]<br><br>**Service Type:**<br>https://accounts.google.com/<br><br>**Source:** Chrome | | | **Source Extraction:** File<br>System (1)<br>**Source file:**<br>EXTRACTION_FFS.zip/data/d<br>ata/com.android.chrome/app_<br>chrome/Default/Login Data :<br>0x353E7 (Table: logins; Size:<br>294912 bytes) | | |

| 55 | Creation time<br>1/2/2016<br>10:26:47 PM(UTC+0)<br>Username:<br>       @gmail.com<br><br>Password:<br><br>Service Type:<br>https://accounts.google.com/<br><br>Source: Chrome | | | Source Extraction: File<br>System (1)<br>Source file:<br>EXTRACTION_FFS.zip/data/d<br>ata/com.android.chrome/app_<br>chrome/Default/Login Data :<br>0x100A1 (Table: logins; Size:<br>294912 bytes) | | |

| 210 | Creation time<br>5/3/2015<br>2:20:34 AM(UTC+0)<br>Username:<br>████@gmail.com<br><br>Password: ████<br><br>Service Type:<br>https://accounts.google.com/<br><br>Source: Chrome | | | Source Extraction: File<br>System (1)<br>Source file:<br>EXTRACTION_FFS.zip/data/d<br>ata/com.android.chrome/app_<br>chrome/Default/Login Data :<br>0x1EAC1 (Table: logins; Size:<br>294912 bytes) | | |

| 264 | Creation time<br>8/17/2021<br>3:21:04 AM(UTC+0)<br>Username:<br>⬛⬛⬛⬛ @gmail.com<br><br>Password: ⬛⬛⬛⬛<br><br>Service Type:<br>https://accounts.google.com/<br><br>Source: Chrome | | | Source Extraction: File<br>System (1)<br>Source file:<br>EXTRACTION_FFS.zip/data/d<br>ata/com.android.chrome/app_<br>chrome/Default/Login Data :<br>0x34561 (Table: logins; Size:<br>294912 bytes) | | |

| 135 | Creation time<br>1/5/2016<br>1:14:49 AM(UTC+0)<br>Username: AmericanNick<br><br>Password: ▮▮▮▮▮▮<br><br>Service Type:<br>https://www.reddit.com/<br><br>Source: Chrome | | | Source Extraction: File<br>System (1)<br>Source file:<br>EXTRACTION_FFS.zip/data/d<br>ata/com.android.chrome/app_<br>chrome/Default/Login Data :<br>0x194F9 (Table: logins; Size:<br>294912 bytes) | | |

| 583 | Creation time<br>9/26/2018<br>8:25:37 PM(UTC+0)<br>Username: AmericanNick7<br><br>Source: Reddit | User ID:<br>User Id ███<br><br>Email:<br>Email ███@gmail.com | | Source Extraction: File System (1)<br>Source file:<br>EXTRACTION_FFS.zip/data/data/com.reddit.frontpage/shared_prefs/com.reddit.storage.account.xml : 0x1DC6 (Size: 10992 bytes) | | |

| 191 | Creation time<br>5/22/2015<br>5:45:07 AM(UTC+0)<br>Username: AmericanPyro<br><br>Password:<br><br>Service Type:<br>https://www.reddit.com/<br><br>Source: Chrome | | | Source Extraction: File<br>System (1)<br>Source file:<br>EXTRACTION_FFS.zip/data/d<br>ata/com.android.chrome/app_<br>chrome/Default/Login Data :<br>0x16073 (Table: logins; Size:<br>294912 bytes) | | |

# ATTACHMENT 5

## Participants (2)

**Unknown** (owner)

**Unknown**
60240

## Conversation

— ✓ Select/Deselect all 1 messages

**60240**

Expedia.com. Hi Nicholas Roske. Your Delta flight from Los Angeles to Washington on Jun 6, 2022 at 2:25pm is confirmed under Expedia itinerary #7231738794S294. See important travel information under "Before you go" here: https://e.xpda.co/56kGNGpxrTDR5NvY8alCxylSi9Y6. Change of plans? Your flight may be eligible to cancel online within 24 hours of booking. Travel tip: Get helpful notifications about changes and delays with the free Expedia App: https://www.expedia.com/mytrip-app. Reply STOP to unsubscribe.

6/5/2022 12:07:12 AM(UTC+0)

Sources (1)





**Extraction Report** - Google Android Generic

## Emails (2)

| # | Parties | Content | Other | Deleted |
|---|---------|---------|-------|---------|
| 1 | **Timestamp:**<br>6/6/2022<br>6:53:20 PM(UTC+0)<br>**From:**<br>noreply@discord.com<br>Discord<br>    gmail.com<br>**Direction:**<br>Incoming | **Subject:** Account Scheduled for Deletion<br>**Body:**<br>[https://click.discord.com/ls/click?upn=qDOo8cnwIoKzt0aLL1cBeARJoBrGSa2v u41A5vK-<br>2B4ute1kWYI6zNuxQFCVciWW4K32Xx_DMxxx4bAP5UxZiSxXWXcCk5-2BwXNBJHh96HFmwBOpKMSvqmYXedBMJMbyDAzaXRcb8Dn0aTwOirHnTO GTDwpkWVTAOmoRZX3xQGJG34QLXovrAl6Sysjv20jXcE76fqUEoRGhRQob-2BmIB-2B3C0NMPOq-2FrDszBFZXOW-2FksdulW2ciNNPMBInxFqNyJgHBtHd-2BvyktLSge8drcTY0kbpB5-2BYF25oTFdR63m01fKecR2Pj0R88L4OizDsnqi99W8awAbn8OLYd5LSOXCcd Hc1-2FF9f1A-3D-3D]<br>Hey Sophie42,<br>We have received a (dare we say, terrifying) request to permanently delete your account. Your account has been deactivated and will be permanently deleted after 14 days.<br>Just in case you change your mind (or were a bit too curious with pushing buttons), or did not request to permanently delete your account, please login to Discord to cancel this request:<br>Login<br>[https://click.discord.com/ls/click?upn=qDOo8cnwIoKzt0aLL1cBeHfGhsULCOL0 K8fMPAIH1cJm9Cq2vKiaCZN0R8p9DD55FId7_DMxxx4bAP5UxZiSxXWXcCk5<br>-<br>2BwXNBJHh96HFmwBOpKMSvqmYXedBMJMbyDAzaXRcb8Dn0aTwOirHnTO GTDwpkWbcCT<br>**Email header:**<br><mark>Item was truncated due to length</mark><br>**Body file:** mes-1.eml | **Status:** Unread<br>    @gmail.com<br>**Snippet:**<br>**MD5:**<br>00ec2cea38ee62dd0d1bf85 904469285<br>**Source Extraction:**<br>File System (1)<br>**Source file:**<br>EXTRACTION_FFS.zip/dat a/data/com.google.and roid.gm/databases/bigTopDataD B.1497406224 : 0x50439E (Size: 5369856 bytes) | |
| 1(1) | **Timestamp:**<br>6/6/2022<br>6:53:20 PM(UTC+0)<br>**From:**<br>noreply@discord.com<br>Discord<br>**To:**<br>    gmail.com<br>    @gmail.com<br>**Direction:**<br>Incoming | **Subject:** Account Scheduled for Deletion<br>**Body:**<br>[https://click.discord.com/ls/click?upn=qDOo8cnwIoKzt0aLL1cBeARJoBrGSa2v u41A5vK-<br>2B4ute1kWYI6zNuxQFCVciWW4K32Xx_DMxxx4bAP5UxZiSxXWXcCk5-2BwXNBJHh96HFmwBOpKMSvqmYXedBMJMbyDAzaXRcb8Dn0aTwOirHnTO GTDwpkWVTAOmoRZX3xQGJG34QLXovrAl6Sysjv20jXcE76fqUEoRGhRQob-2BmIB-2B3C0NMPOq-2FrDszBFZXOW-2FksdulW2ciNNPMBInxFqNyJgHBtHd-2BvyktLSge8drcTY0kbpB5-2BYF25oTFdR63m01fKecR2Pj0R88L4OizDsnqi99W8awAbn8OLYd5LSOXCcd Hc1-2FF9f1A-3D-3D]<br>Hey Sophie42,<br>We have received a (dare we say, terrifying) request to permanently delete your account. Your account has been deactivated and will be permanently deleted after 14 days.<br>Just in case you change your mind (or were a bit too curious with pushing buttons), or did not request to permanently delete your account, please login to Discord to cancel this request:<br>Login<br>[https://click.discord.com/ls/click?upn=qDOo8cnwIoKzt0aLL1cBeHfGhsULCOL0 K8fMPAIH1cJm9Cq2vKiaCZN0R8p9DD55FId7_DMxxx4bAP5UxZiSxXWXcCk5<br>-<br>2BwXNBJHh96HFmwBOpKMSvqmYXedBMJMbyDAzaXRcb8Dn0aTwOirHnTO GTDwpkWbcCT<br>**Email header:**<br><mark>Item was truncated due to length</mark> | **Status:** Unread<br>**Account:**<br>    @gmail.com<br>**Snippet:**<br>**Source Extraction:**<br>File System (2)<br>**Source file:**<br>EXTRACTION_USERDATA .zip/data/data/com.google.a ndroid.gm/databases/bigTo pDataDB.1497406224 : 0x50439E (Size: 5369856 bytes) | |



**Extraction Report** - Google Android Generic

## Emails (2)

| # | Parties | Content | Other | Deleted |
|---|---------|---------|-------|---------|
| 1 | **Timestamp:**<br>6/6/2022<br>10:38:11 PM(UTC+0)<br>**From:**<br>notifications@expedia.com<br>Expedia Travel Services<br>**To:**<br>⬛⬛⬛ @gmail.com<br>**Direction:**<br>Incoming | **Subject:** Delta changed your itinerary<br>**Body:**<br>Passenger(s):ROSKE/NICHOLASExpedia Itinerary<br>Number:72317387945294Delta Confirmation Code:JNRYTM<br>Expedia Confirmation Code:3VVRVU<br>Delta Changed Your Flight DetailsSee changes in red belowWe have an<br>important alert about your trip – Delta has updated one or more of your flights.<br>More details are available below.<br>If this was something you arranged with the airline directly, you're all taken care<br>of and no further action is needed.<br>If this is unexpected, we're here to help. Please give us a call at the phone<br>number at the bottom of this email and we can help you review alternate flight<br>options that work for your travel plans.<br>We're here for you and want to ensure you have a good travel experience.<br>Los Angeles toAtlanta GA USSalt Lake City<br>　　　　(change)June  6, 2022Tuesday, June  07, 2022<br>　　　　(change)Flight Change DetailsDeltaFlight Number: DL2997996<br>　　　　(change)<br>From: Los Angeles, CA (LAX-Los Angeles Intl.)<br>To:Atlanta GA USASalt Lake City,<br>**Email header:**<br>Item was truncated due to length<br>**Body file:** mes-1.eml | **Status:** Unread<br>**Account:**<br>⬛⬛⬛ @gmail.com<br>**Snippet:**<br>**MD5:**<br>6c538c2fb1b94162c1415f8<br>88f7d45b0<br>**Source Extraction:**<br>File System (1)<br>**Source file:**<br>EXTRACTION_FFS.zip/dat<br>a/data/com.google.android.<br>gm/databases/bigTopDataD<br>B.1497406224 : 0x3A941D<br>(Size: 5369856 bytes) | |
| 1(1) | **Timestamp:**<br>6/6/2022<br>10:38:11 PM(UTC+0)<br>**From:**<br>notifications@expedia.com<br>Expedia Travel Services<br>**To:**<br>⬛⬛⬛ @gmail.com<br>**Direction:**<br>Incoming | **Subject:** Delta changed your itinerary<br>**Body:**<br>Passenger(s):ROSKE/NICHOLASExpedia Itinerary<br>Number:72317387945294Delta Confirmation Code:JNRYTM<br>Expedia Confirmation Code:3VVRVU<br>Delta Changed Your Flight DetailsSee changes in red belowWe have an<br>important alert about your trip – Delta has updated one or more of your flights.<br>More details are available below.<br>If this was something you arranged with the airline directly, you're all taken care<br>of and no further action is needed.<br>If this is unexpected, we're here to help. Please give us a call at the phone<br>number at the bottom of this email and we can help you review alternate flight<br>options that work for your travel plans.<br>We're here for you and want to ensure you have a good travel experience.<br>Los Angeles toAtlanta GA USSalt Lake City<br>　　　　(change)June  6, 2022Tuesday, June  07, 2022<br>　　　　(change)Flight Change DetailsDeltaFlight Number: DL2997996<br>　　　　(change)<br>From: Los Angeles, CA (LAX-Los Angeles Intl.)<br>To:Atlanta GA USASalt Lake City,<br>**Email header:**<br>Item was truncated due to length | **Status:** Unread<br>**Account:**<br>⬛⬛⬛ @gmail.com<br>**Snippet:**<br>**Source Extraction:**<br>File System (2)<br>**Source file:**<br>EXTRACTION_USERDATA<br>.zip/data/data/com.google.a<br>ndroid.gm/databases/bigTo<br>pDataDB.1497406224 :<br>0x3A941D (Size: 5369856<br>bytes) | |

## Participants (2)

Unknown (owner)

(aka best daughter ever)
...453

## Conversation

– ✓ Select/Deselect all 128 messages



B773

application/smil
smil.xml

video/mp4
video000000.mp4

5/21/2022 1:43:34 AM(UTC+0)

Sources (3)

Unknown
I love you

6/8/2022 4:53:12 AM(UTC+0)

Sources (1)

| # | Parties | Timestamp | Duration | Status |
|---|---------|-----------|----------|--------|
| 1 | From: ...8000 | 6/8/2022 5:39:16 AM(UTC+0) | 00:13:39 | Answered |
| 2 | From: ...6453 | 6/8/2022 5:17:02 AM(UTC+0) | 00:20:40 | Answered |
| 3 | From: ...3767 | 6/2/2022 4:05:29 PM(UTC+0) | | Canceled |
| 4 | From: ...3767 | 6/2/2022 2:21:47 PM(UTC+0) | | Canceled |
| 5 | From: ...3767 | 6/2/2022 12:42:04 PM(UTC+0) | | Canceled |
| 6 | From: ...3767 | 6/2/2022 3:16:36 AM(UTC+0) | | Canceled |
| 7 | From: ...3767 | 6/2/2022 1:32:23 AM(UTC+0) | | Canceled |
| 8 | From: ...3767 | 6/1/2022 2:22:33 PM(UTC+0) | | Canceled |
| 9 | From: ...3767 | 6/1/2022 12:39:55 PM(UTC+0) | | Canceled |

| # | Parties | Timestamp | Duration | Status |
|---|---|---|---|---|
| 1 | From: 8000 | 6/8/2022 5:39:16 AM(UTC+0) | 00:13:39 | Answered |
| 2 | From: ▮6453 | 6/8/2022 5:17:02 AM(UTC+0) | 00:20:40 | Answered |
| 3 | From: 3767 | 6/2/2022 4:05:29 PM(UTC+0) | | Canceled |
| 4 | From: 3767 | 6/2/2022 2:21:47 PM(UTC+0) | | Canceled |
| 5 | From: 3767 | 6/2/2022 12:42:04 PM(UTC+0) | | Canceled |
| 6 | From: 3767 | 6/2/2022 3:16:36 AM(UTC+0) | | Canceled |
| 7 | From: 3767 | 6/2/2022 1:32:23 AM(UTC+0) | | Canceled |
| 8 | From: 3767 | 6/1/2022 2:22:33 PM(UTC+0) | | Canceled |
| 9 | From: 3767 | 6/1/2022 12:39:55 PM(UTC+0) | | Canceled |