# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-22-209 |
| | * | |
| NICHOLAS JOHN ROSKE, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

**DECLARATION IN SUPPORT OF GOVERNMENT'S**
<u>**SENTENCING MEMORANDUM**</u>

1. My name is Ashlee Curtis and I am a Deputy United States Marshal with the United States Marshals Service. I have been in this position since January 2022. Previously, I was a Deputy Sheriff and Sergeant with Jefferson County Sheriff's Office from 2013 to 2022. Throughout my career, I have investigated or assisted with cases involving homicide, escape, kidnapping, and crimes against children. I have served numerous arrest warrants both nationally and internationally. I have also provided judicial security for various Justices, judges, and members of the court.

2. Unless otherwise stated, the facts in this declaration are made based on my personal knowledge and observations.

3. On June 8, 2022, I and another Deputy United States Marshal (DUSM) were assigned to the residential security detail for a U.S. Supreme Court Justice in Montgomery County, Maryland. We were parked outside the front of the residence in unmarked white SUVs, facing each other. My vehicle faced westbound while my partner's vehicle faced eastbound.

4. At about 0105 hours, a dark colored taxi, with a driver and one rear passenger, arrived and parked in the middle of the street directly in front of the Associate Justice's residence. The rear passenger, an approximately 6'0" 170 lb white male wearing dark clothing, later

identified as NICHOLAS JOHN ROSKE (DOB 1996), exited the taxi and removed a medium-sized dark colored rolling suitcase from the trunk.

5. While the taxi was parked in the middle of the street directly in front of the Associate Justice's residence, I opened my car door, illuminating the interior of the vehicle. I remained in my vehicle at that time. I closed my car door soon after.

6. Roske exited the street onto the sidewalk closest to the residence and began walking rapidly eastbound, directly past me. I remained in my vehicle while Roske walked past. Roske did not stop or turn to look at the residence as he passed it. I maintained visual on Roske until he was out of sight at the cross street. The taxi was in the street for approximately 3-5 minutes before departing.

7. At about 0145 hours, my partner, who had our Montgomery County PD radio, alerted me to a call that went out over the radio for a suicidal/homicidal male at the street directly behind us. We exited our vehicles and took opposing positions in front of the residence. I contacted Montgomery County PD via phone and learned the suspect matched Roske's description, was known to be carrying a firearm, knife, and pepper spray and stated he was present with the intent to kill the Associate Justice.

8. At approximately 0150 hours, Montgomery County PD stated via radio they had taken Roske into custody. I was asked to identify Roske as the individual seen exiting the taxi earlier in the morning. From a distance of approximately 10 yards, and with his face illuminated by a flashlight, I identified that Roske was the same individual I saw exit the taxi.

9. In preparing this Declaration, I reviewed portions of two videos of surveillance footage. Based on my personal knowledge, both videos accurately show, from slightly different

vantage points, parts of the events described above. Screenshots from the surveillance videos, along with descriptions based on my personal knowledge, are below.[1]

10. Screenshot A below depicts what I recognize to be my unmarked white SUV, after the taxi has arrived and parked in the middle of the street in front of the Associate Justice's residence, but before Roske walks onto the sidewalk past the residence. I am sitting in the driver's seat of my vehicle, closest to the curb of the street, facing in the direction of my partner's unmarked white SUV. My car door is closed and the interior of car is dark.

*Screenshot A:*



11. Screenshots B and C below depict what I recognize to be my unmarked white SUV, after the taxi has arrived and parked in the middle of the street in front of the Associate Justice's residence, but before Roske walks onto the sidewalk past the residence. My car door is open, and the interior of the car is illuminated. From my review of the surveillance footage, my car door was open for approximately 20 seconds.

---

[1] The screenshots are stills taken from the surveillance videos, but approximately half (the bottom half) of each screenshot has been cropped out to remove potentially identifying features of the residential property. This Declaration only describes what remains visible in the uncropped portion of the screenshots. The descriptions I am providing of the remaining visible portion of each screenshot is accurate based on my personal knowledge and review of the surveillance videos.

3

*Screenshot B:*



*Screenshot C:*



12. Screenshot D below depicts what I recognize to be my unmarked white SUV, on the right upper-hand corner of the screenshot. My partner's unmarked white SUV is on the left upper-hand corner of the screenshot. Roske has exited the street onto the sidewalk and is walking eastbound, towards my direction, and is rolling a dark colored suitcase. My car door is closed at this point, and I am maintaining visual on Roske.

*Screenshot D:*



13. Screenshot E below depicts what I recognize to be my unmarked white SUV, as Roske walks directly past with a dark colored rolling suitcase. My car door is closed at this point, and I am maintaining visual on Roske, and do so until he was out of sight at the cross street.

*Screenshot E:*



I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 18, 2025

By: ASHLEE CURTIS
Digitally signed by ASHLEE CURTIS
Date: 2025.09.18 12:17:37 -07'00'

Ashlee Curtis
Deputy United States Marshal
United States Marshal Service

5