# **EXHIBIT C**



