# **EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *  CRIMINAL NO. DLB-22-209 |
| NICHOLAS JOHN ROSKE, | * |
| Defendant | * |

*******

### SUPPLEMENT TO GOVERNMENT'S SENTENCING MATERIALS

The following provides a key to the anonymized information in the Government's sentencing materials, including the Agent Affidavit and accompanying Attachments:



Respectfully submitted,

KELLY O. HAYES
United States Attorney

By:   /s/ Thomas M. Sullivan
      Thomas M. Sullivan
      Coreen Mao
      Assistant United States Attorneys