Dear Judge Boardman,

My name is Olivia Roske and I am Sophie's younger sister. Currently, I live in Los Angeles with my fiancé. I work as a 3rd grade elementary school teacher in the ████████ and enjoy volunteering with the ████████ I also work as a summer camp counselor at ████████ and enjoy volunteering with the ████████ Sophie and I are 2 years apart and grew up together in our family home in Simi Valley. We have maintained a close and positive relationship throughout our lives. In many ways, Sophie has been my rock and a consistent provider of advice, love, and support. As the older sibling she helped prepare me for many challenging milestones in life. She helped me sign up for college classes, learn to drive a car, study for tests, navigate friend group dynamics, prepare for job interviews, identify career goals - and she was the first person I came out to.

Sophie has many great traits but perhaps her most predominant one has been her thoughtfulness. This has translated to many areas.

- First, she is an active listener. She has listened to me share countless problems and is considerate with follow up questions to best understand a situation. By extension, she gives me specific and meaningful advice. She helped me navigate a friend break up in high school, come out as gay to family and friends, and resolve coworker conflicts at my first ever job.
- Second, Sophie is thoughtful through her acts of service. Prior to her ████████ she volunteered to drive me to appointments and accompanied me on difficult errands - such as going to the DMV and getting work done on my car. She has attended my theater arts performances and always answered the phone to pick me up when I needed

- Third, Sophie is thoughtful with quality time. She was often willing to adjust her plans to prioritize spending time with me. She was also great at creating meaningful experiences for us, such as selecting a beautiful hike to go on, finding a tv show we could bond over, and choosing board games for us to play together. She has a knack for enhancing social experiences, making them more fun and engaging, which has helped strengthen our bond over the years.

As Sophie's sister I have seen her accomplish so many great things. I have always looked up to her academically, as she graduated from Simi High with an above 4.0 GPA while also completing her Eagle Scout project - redesigning an outdoor garden space at a local church. She continued excelling in school and graduated from CSUN with a BA in Philosophy. She moved on to later become certified as a Simi Valley Unified substitute teacher with the goal of pursuing a teaching degree in the future. Throughout her life she has maintained a few close friendships, perhaps most profoundly with two of her classmates from CSUN, Alex and Mindy. I have spent time with all three of them on multiple occasions and Sophie continuously proves herself to be a thoughtful, funny, and generous friend.

While many of us may never feel exactly what it is like to feel like you are living in the wrong body, I believe many can imagine it. I think of the times when my shoes were way too small, or had a rock in them, and that was all I could think about as I walked. Every step was painful and there was no way I could maintain a positive attitude until the issue was resolved. All I could think about was the rock. Sophie has had a rock in her shoe all her life, but for many years could not tell anyone. Seemingly, from her perspective, she would have it in her shoe for all her life because she would never be accepted for who she was by the people around her. With this devastating realization setting in, Sophie moved out and searched for meaning and purpose in this life. She found herself landing on a variety of paths. Ultimately because of the co-occurring set of negative circumstances in 2021 she became unable to see a positive future for herself. In such despair, she pursued a harmful path for herself, but - ultimately chose a positive path instead. For this critical and brave choice, she has in effect been punished for a crime she decided not to commit. She has been incarcerated in a male booking and intake facility unfit for long term living, for over 3 years. She has no access to the outdoors, limited time for socialization, no access to therapy, no access to education or career advancement, and it has taken almost 3 years for her to receive ████████.

Despite these circumstances she has stayed incredibly resilient and has persisted in maintaining relationships by never missing a video call, always replying to tablet messages, and writing many letters to friends and family. She has read over 100 books and has learned how to play new card games and apply chess strategies. Sophie has also maintained her sense of humor, hope for the future, and an inquisitive mind. On the phone and over text she makes jokes, speaks about her career goals, and asks thoughtful questions about my life or current issues in the world. It is incredible how she has maintained such resiliency and balance in her life. I cannot wait to see how she will excel when she has more of her basic needs met. When she has even more resources in the outside world I believe she will use this newfound strength and resiliency to find and pursue her path so she can truly thrive in her life. She has the power to achieve great things and have a profound impact on her community. She will live a peaceful and law-abiding life. Sophie will also make an outstanding teacher one day. She helped me with my homework countless times and has a natural ability to explain things in a comprehensible and engaging way. She also has a deep sense of compassion and empathy which will enable her to build connections with her students and their families. She is both immensely patient and deeply inquisitive - which will position her well to become an impactful educator.

social, legal, and mental health circumstances led Sophie to ultimately become incarcerated. I am confident in a new future for Sophie because so many of those circumstances have drastically changed.

First, and perhaps most profoundly, my family has accepted Sophie for who she is and is using her chosen name and pronouns. Sophie will come home to an environment that will allow her to express herself fully and be seen as who she is.

Second, in a post-pandemic world Sophie will now have better access to social experiences and support groups.

Third, I will be living just 30 minutes away from her to provide support and connection (I was living in San Francisco at the time of the arrest).

Fourth, Sophie will be pursuing a mental health treatment plan that is effective and appropriate for her.

Fifth, she will come home to a family that is more united, well-versed in mental health issues, and aligned on our plan for how to support Sophie.

Our parents have demonstrated an incredible amount of growth in terms of their acceptance of the LGBT+ community over the past couple of years. When I came out to my parents in 2017, they were disapproving of my gay identity and did not support my relationships. This was the case for the following years until 2021, when I introduced my partner to them and they gradually opened up their minds and hearts to our relationship. Since then, they have increasingly invited her to family dinners, vacations, parties, and recently provided their blessing for her to propose to me. They are completely supportive of our future wedding and eager to hear about updates. While transgenderism is not the same as a gay identity, I have actively seen this growth mindset that my parents demonstrated in their relationship with me - transfer over to their acceptance of Sophie. Initially, they did not understand the news and continued using he/him pronouns and Sophie's given name. However, after conducting their own research on the topic, becoming more knowledgeable, and discussing the change with me, they started to shift their use of pronouns and began using the name "Sophie". Since then, their successful use of her name has increased and today they rarely use the incorrect verbiage. They have expressed an understanding of what gender dysphoria consists of and the negative impacts it has on those who suffer with it. I can only imagine that they will become even more knowledgeable on the topic as we as a family continue collectively transitioning and growing.

Our mom, dad, and I have also been attending family support NAMI (National Alliance Mental Illness) meetings. We have attended 12 meetings over the last 2 months together. Additionally, the three of us have attended PFLAG (Parents, Families, and Friends of Lesbians and Gays) support group meetings together. These meetings have provided us with new skills, resources, and knowledge. It has led to many family conversations about mental illness, transgenderism, and how we will support Sophie in the best ways possible. In addition, we have a list ready of local providers (therapists and psychiatrists) and mental health resources (support groups and classes) that specifically address gender dysphoria.

To support Sophie's intellectual needs, our local community college just announced their classes will now be provided tuition-free, which will provide Sophie with educational advancement, career preparation, and structure that will not financially burden her. She will furthermore, have access to a variety of social and physical wellness programs in the area now that those activities are operating in person again.

To help strengthen my own understanding of transgenderism I have personally read "Transgender 101: A Simple Guide to a Complex Issue" by Nicholas M Teich and "The Transgender Teen" by Stephanie Brill and Lisa Kenney. Then, to ensure I can best support Sophie's emotional well-being, I read NAMI's primary literature titled 'I'm not sick I don't need help" by Xavier Amador.

These books have helped me understand the trans experience and explain it to family members so that they can also meet her with understanding and love. They have also expanded my ability to have productive conversations with those struggling with mental health issues, understand what they are experiencing, and respond in ways that help them thrive. Sophie has also read several books during her incarceration about various transgender experiences which will help her navigate this difficult journey moving forward.

Sophie has certainly evolved during her time in jail. While she has undoubtedly suffered during this period, she has demonstrated a profound shift in her demeanor in regard to her thoughts about the future and her own place in it. Since the beginning of Sophie's incarceration we have stayed in frequent contact. We text every day and call regularly. She sends me song, movie, book, and tv show recommendations so we can stay connected. I send her books every month and she gives me plot summaries and character analyses. Through our continued correspondence I have noticed that more than ever Sophie speaks about herself with compassion and speaks optimistically about the world. There is no doubt she will need continued support to pursue her passions and maintain this positive belief in herself. Sophie will need to keep expanding her ability to manage her mental health and establish norms of behavior that works best for her - but I firmly believe Sophie has found a strength through this experience that she did not know she had. She believes in herself again. When someone can persevere through extreme conditions, I think they often come to know that they can overcome any challenge that comes their way. Following her incarceration, I believe Sophie will find this to be the case and she will continue on this journey towards prosperity. In the past Sophie made poor choices but at the most critical moment she made the very best choice for herself and others.

Rather than being met with treatment in response to this decision, Sophie has been met with retribution. She made the right choice in a moment of crisis-and has been punished despite it. That is not justice. What she needs now is structure, care, and the opportunity to thrive. Her current environment and the lack of appropriate care is not conducive to her ability to improve and grow as a person - and ultimately make a positive impact in her community. The resources and connections available in prison cannot effectively target the root cause of her mental illness and address what lead her to make the poor decisions she did. Likely, Sophie will be housed in a men's prison with limited access to gender affirming care which alone is devastating. Additionally, prisons, by their very nature and the conditions within them, can be detrimental to mental health. Sophie will experience continued isolation from family and friends, limited access to sunlight and outdoor space, and poor sleeping conditions. These three components (social connection, exposure to nature, quality sleep) are perhaps the most critical keys to improving ones mental health – especially for Sophie – someone who suffered from social isolation prior to her incarceration, someone who deeply adores the outdoors, someone whose poor sleep contributed to her seizure disorder. Placing Sophie in long term incarceration would stunt her ability to thrive and severely impact her overall life trajectory, Sophie needs a balanced life and appropriate support from loving people, not incarceration. Luckily, she has many loved ones eager to show her support, and we need her home in order to fully provide that to her. Sophie has so much to offer the world and I ask that you allow her to live that out fully.

Sincerely,

Olivia Roske

Olivia Roske



21 July 2025

The Honorable Deborah L. Boardman
United States District Judge
c/o Andrew Szekely
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Boardman:

   My name is Colleen Roske and I am Sophie's mom.  I have been a  paraeducator for Simi
Valley Unified School District for the past 10 years.  I work in the Special Education department.
When not at work, I enjoy hiking, going to the beach, attending a weekly lifegroup and spending
time with friends and family. I volunteer at our church in the kitchen ministry where we provide
meals for different ministry events. Celebrate Recovery and Singles to name a couple.

   I would like to take this opportunity to introduce you to my daughter, Sophie. She has always
been interested in learning and problem solving.  As a young child she would spend hours
building legos and transformers, reading books and playing outside with her sister, Olivia.  One
of her favorite things to do was jump on the trampoline in our backyard.  There she would act
out scenes from movies, work out solutions to math problems and other schoolwork, think, think,
and think some more.

   Sophie is someone who loves being outside and in nature.  She enjoys camping, hiking and
having philosophical discussions while sitting by the fire pit.  Over the past three years she has
not been outside, other than to appear in a courtroom.  No fresh air, no sun on her back and no
solitude. And yet, she perseveres.  She is well liked by the correction officers and remains
hopeful and positive.

   Sophie has had many accomplishments. She earned the rank of Eagle Scout, which requires
many years of hard work and determination, all culminating in a large service project.  Sophie
graduated from Simi Valley High School with Honors, went on to receive her bachelors degree
in Philosophy, with Honors.  But probably the thing that I am most proud of is her integrity.  She
has constantly strived to do the "right thing".  One day, while working at Valley Guard Pest
Control, I received a call from her.  She was experiencing a great deal of anxiety.  Sophie
explained to me that an older woman wanted to cancel her service because she feared that her
husband would be angry if she continued the service, but Sophie was being pressured to not let

the customers cancel. Sophie was filled with anxiety and panic on how to handle the situation, so she reached out for help.



   In June of 2022, I was on vacation in Hawaii  when my phone rang in the middle of the night.  It was Olivia.  I was desperately trying to make sense of what she was telling me. Sophie had reached out to her and was in trouble.  I have thought about that night countless times.  I have reflected upon what happened, and the part I played in it.  I had closed myself off to Sophie.  I was frustrated with her mental health. I was frustrated that she didn't seem to be trying to get well. I couldn't figure out how to help her and I wasn't a safe space for her to share her struggles.  Our relationship had become combative.I was defending myself instead of trying to understand.She was frustrated with what was going on in the world and I wasn't hearing her. Sophie would often tell me that I (Colleen) just wanted to be "comfortable". That I didn't want to think deeply and challenge myself.  I used to hate it when she would say that.  But to a certain extent ,she was right.  I wanted my happy life back.  I see that now.  I'm ready to listen.  I am ready to engage.

After Sophie was incarcerated I cleaned out her room. While sorting through a suitcase that had never been emptied from her time in Washington, removing mounds of clothes and a lot of trash, I came across a hospitalization discharge paper from her time in Washington.  The paper named her as "Sophie Roske".  This is when several of the pieces of the puzzle started coming together.  She is transgender.  No wonder she needed space and moved so far away.  At that time, Sophie was trying to navigate something that I hadn't been open to recognizing, or hearing.  I wasn't a safe space to share something so personal.  Since her incarceration, we have been able to have open and honest conversations about her gender identity and how that evolved. We have been able to begin rebuilding the relationship we once had. It has been a time of transparency, healing and growth.  It has been a journey that will continue.

Sophie has had to face many challenges but remains positive, hopeful. I have seen evidence of this during her incarceration.  She is persevering.  Over the past three years she has matured, reflecting on what happened and how to never have it happen again. In March of 2024, Olivia and I went to visit Sophie.  It was our first time seeing her since her incarceration. We were so happy to see her, and she was excited to see us, and grateful that we had travelled to visit.  With Olivia and I sharing a receiver, we were able to talk.  Sharing memories from the past and catching up on what was going on at home, and then Sophie asked Olivia if she was mad at her. She was genuinely concerned.  Apparently Sophie had a dream that Olivia was mad at her.  Olivia assured Sophie that that wasn't the case . Olivia was not angry.  And then it came, "I am sorry for everything". And we assured her that we would get through this.  And then she apologized again.  You could feel the remorse, the regret and the concern for our well being. Sophie is committed to doing what is necessary to learn, grow and become a better woman tomorrow than she was yesterday.

I am committed to going on that journey with her.  I will do whatever is required of me to ensure that this never happens again. I will make sure that she knows what to expect when returning home, and what is expected of her.  I will install software to monitor her computer.  I will help her find a therapist and require her to go. I will help her find a support group like NAMI and PFLAG, and I have already begun this process as well.  I have been participating in NAMI family to family meetings, educational meetings as well as PFLAG meetings in hopes of better equipping myself, as well as getting a deeper understanding of Sophie and the struggles that she faces.  I will help her navigate finding a job and help her discover her purpose within the community. I will always stand by her, support her both emotionally and financially and I will always love her.  As Maya Angelou said, "When you know better, you do better" and I am committed to learning and growing.

Sophie also has many people who will continue to love and support her. Her parents, sister, cousins, aunts, uncles and grandparents are all committed to answering the call if she reaches out for help.

Sophie is intelligent, kind, compassionate, empathetic and she is my daughter, my first born, my pride and joy.

Thank you for taking time to get to know my daughter.

Sincerely,

Colleen Roske

Vernon Roske



21 July 2025

The Honorable Deborah L. Boardman
United States District Judge
c/o Andrew Szekely
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Boardman:


My name is Vernon Roske and I am Sophie's dad.  I have been a claims adjuster for about 33
years and live in Simi Valley with my wife Colleen.  We have another daughter, Olivia who lives
about 30 minutes away.  I have been a member of the Church at Rocky Peak for many years.  I
was a scout leader when Sophie was in scouts.


Sophie is a very sensitive and highly intellectual person.  She loves spending time with
extended family and loves the outdoors.  She enjoys introducing her mother and I to TV shows
or movies she thinks we would like.  She likes playing team based action on-line video games
with others from around the world.


She has always been willing to help others.  One time, when she was about 8 years old, many
fragments of packing peanuts from the neighbor's trash had blown onto the neighbor's lawn.
On her own initiative, Sophie spent several hours picking up all the small pieces of packing
peanuts from the grass.


When Sophie got older, she volunteered at church assisting with tech for the children's music
and volunteered for Vacation Bible School.  She also volunteered  for many service projects
while in scouts that benefited the community.  When she was in her late teens, someone had
placed some flyers around the neighborhood disparaging one of the neighbors. She felt bad for

the neighbor and her children, so she and her sister went around and picked up the flyers so that people would not see them.

Sophie worked very hard on her schooling from elementary school all the way through college. She took AP courses in high school and obtained her bachelor's degree in Philosophy with honors.  She is also an Eagle Scout.



During Covid, she became fearful of getting the disease or giving it to others. Sophie was also anxious about what Covid  meant for the future.  Prior to Covid, she had been accepted to a school on the east coast and planned to get her masters and possibly a doctorate in Philosophy. When Covid hit, the school went to virtual classes and she chose not to proceed as she wanted to be in a classroom situation where she could have discussions with others.  She then seemed to lose direction in her life and became more depressed.

One day, she suddenly said she was moving out of the house and into a communal living space. She lived there for a few months, then came back to live with us again.  A few weeks later, she told us she was moving to Seattle.  She got a place to live there, but had no job or prospects. We had limited contact from her while she was there.  She lived there for a few months.  We paid to fly her down for a weekend away with some extended family.  She went back to Seattle and in a few days, came back to live with us again.  She didn't do much for several months. She would go out sometimes, but did not share with us where she was going or what she was doing.  Eventually, she took the CBEST and started substitute teaching.  She also talked about getting her teaching credential.  The school year ended and we thought she was going to look into the credential program while her mother and I were away on vacation.

Since her arrest, she has been more open with me.  We talk on a video call every 2 weeks. I take the computer outside so she can see our backyard.  She seems to enjoy that since she can't get outside at all where she is currently being held.  She has become more interested in what is going on with us and others.

When she had structure. guidance and a goal through schooling and scouts, she did well when given a specific schedule and expectations. Once she completed schooling, she became anxious when trying to figure out what to do next. Coming up with her own agenda and goals has been difficult for her. She does better with structure. Clear rules and a schedule will be given when she comes back to live with us. I think she would benefit from some assistance with developing organization and life skills. We will also work on teaching her how to do her own planning and organizing. She will be held accountable for this.

I think she would also benefit from joining a support group, individual and group therapy. I think she would also benefit from doing meaningful work or volunteer activities. She needs to find a positive purpose that interests her and that she feels is impactful. Her mother and I would give her encouragement and support what she is interested in. We would monitor her on-line activity. We would encourage her to attend family activities and have her plan activities for herself, family and friends. We will work with her therapist on what we can do to help her.

I love her and want the best for her. My hope is that she gets the treatment she needs and is placed in an environment which will be positive for her mental health.

Thank you for taking the time to get to know more about Sophie.

Sincerely,

*Vernon Roske*

Vernon Roske

8/5/25

Your Honor

My name is Dan Shashhuh. I'm Sophies Grandfather I would like to Tell you a little about Her She's my Oldest of Seven Grand Kids. She has Allways been a great Example To Them What she did is Totaly out of Character. She is a good Student And a active Scout leader Achiving Eagle Scout The Highest Award in Scouting Shes been a Mintor To younger Scouts As They work To one Day maybe become a Eagle Scout. Please Send Her Home She has a large family To Help And Support Her Where she will get All The Love And Support She Need To Continue To be a Example To Others

Thank you for your
Time

Darrin Shannon



August 22, 2025

The Honorable Deborah L. Boardman
United States District Judge
c/o Andrew Szekley
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Boardman,

I am writing to respectfully offer a character reference for Sophie Roske, who has recently pled guilty before your court. Sophie's mother, Colleen Roske, is my oldest sister and I am Sophie's Uncle, Uncle Darrin.

Sophie came into this world as the pride and joy of our family, the first grandchild to my parents who, through their love and kindness, raised a very close-knit family. We share every milestone in life with one another, no matter large or small, including holidays, birthdays, vacations, and Sunday dinners. Over the years we have grown the family to 10 grandkids and 2 great-grandkids, but Sophie was the first and was welcomed into a loving community.

I remember Sophie being special from the start, exhibiting strong intelligence and curiosity at a very young age. She picked up tasks quickly and had a hunger to learn and understand her surroundings. She is an avid reader and excelled academically. She has a passion for debate, and over the years, we have shared many philosophical conversations. Sophie is a lover of film and television, interested in the process of creating and developing intricate stories for the screen.

Our family grew up camping and enjoying the outdoors, and Sophie was no exception. Her and her father Vernon were active in the Boy Scouts of America, where Sophie went on to achieve its highest honor, Eagle Scout. She was a leader and went on to support her cousin in his pursuit of his Eagle Scout.

But not everything came easy for Sophie. She was homeschooled as a child and integrated into public school for high school, isolating her from many of the friend groups that had already been formed. She struggled to make friends, leaving her marginalized. This, along with often rigid points of view, left her with a limited support system outside the family community.

I would be remiss to not acknowledge Sophie's struggles with mental health, the severity of which I didn't realize until after her arrest. Mental health is not something that is openly discussed in most families, but in hindsight, she exhibited many of the signs of a troubled young adult. She had difficulties finding meaningful purpose, both personally and professionally, spending many hours isolated at home on the computer, withdrawn from life's daily tasks. Her care for her outward appearance and personal drive slowly changed. I can only wish she sought the resources to help her heal before making such a devastating life decision.

Since the incident, it's my understanding that Sophie has been making efforts to seek appropriate treatment and support. She has displayed a track record of commitment, and I believe that with continued treatment and a structured environment she has the potential to grow, heal, and provide a positive contribution to others.

Sophie's parents, my sister Colleen and her husband Vernon, are good, kind, loving people and Sophie's sister Olivia is an outstanding young woman. With their support, and that of our greater family community, Sophie will have the love and support when she returns home after her rehabilitation.

I respectfully ask that you please consider the person Sophie is in totality – a loving member of our family, who struggled to fit in, has struggled with mental health, leading to a terrible, life altering decision.

I am confident that Sophie is taking steps toward recovery and rehabilitation, and I respectfully ask that you take that into consideration as you determine the appropriate sentence for her crime.

Sincerely,


Darrin Shannon

Daniel Shannon III



8/31/2025

To the Honorable Deborah L. Boardman
United States District Judge
% Andrew Szekely
Assistant Federal Public Defender
6411 Ivy Lane, Ste. 710
Greenbelt, MN  20770

RE:  Character Reference for Nicholas/Sophie Roske

Dear Judge Boardman:

By way of introduction my name is Daniel Shannon. I am Nicholas/Sophie Roske's younger cousin on their maternal side. Nicholas/Sophie has been a part of my life my entire life from family dinners to holidays to celebrating milestones in family members lives.

Based on my extensive time that Nicholas/Sophie has been in my life it is my opinion that I know them well. I have seen the good that they have brought into our family and into the world. Nicholas/Sophie is an Eagle Scout. Which if unknown is the highest rank in Scouting of America. I am also an Eagle Scout and I can tell first hand the time and commitment to the community that it takes to achieve this. The months spent planning and fundraising an Eagle project is no easy feat. Doing so is completely voluntary, there is no punishment for not completing this. Having the desire and drive to do this shows to me someone who cares for the greater good of the world and their community and doing what they can to make the world a better place.

In regards to my opinion for the decision to be made by the court. I know what Nicholas/Sophie did was a mistake. I hope that when coming to the decision of their sentencing that you can look at the contents of this and the other letters written on Nicholas/ Sophie's behalf and determine a fair sentencing.

Thank you for your time and consideration.

Sincerely,
Daniel Shannon III

Pamela Shannon



26 August 2025

The Honorable Deborah L. Boardman
United States District Judge
c/o Andrew Szekely
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Boardman:

I am Sophie's maternal grandmother.  I am retired and I live in Granada Hills, California.  I am a member of a choral group and serve as treasurer.

Sophie is too smart for her own good.  Frustration follows her around.

Her thoughtfulness showed up quietly several times. She would bring something she made in school and give it to me when we were alone in the kitchen.

As life went by, attitude changed.  She showed her interest in others.  Her cousins started being a bother to her. She seemed to be going through a hard period.  There were a lot of arguments with her parents.

I think she was trying to find herself and couldn't find a place to fit in.

Hopefully she is finding her way. She has a lot to offer.

Thank you for your time and trouble.
Pamela Shannon

Daniel Timothy Shannon Jr.



8/17/25

To the Honorable Deborah L. Boardman
United States District Judge
% Andrew Szekely
Assistant Federal Public Defender
6411 Ivy Lane, Ste. 710
Greenbelt, MN  20770

RE:  Character Reference for Nicholas/Sophie Roske

Dear Judge Boardman:

By way of introduction, my name is Tim Shannon, and I am the uncle to Nicholas/Sophie Roske. They were born to my sister Colleen and Brother-in-law Vernon Roske as the firstborn grandchild in the Shannon family.   Nicholas/Sophie was the pride and joy of our family.  They were a leader and mentor to the younger cousins, the Scouting family, and a strong supporter of issues they believe in.

Growing up Nicholas/Sophie was the older cousin whom their cousins looked up to and learned so much from.  In Scouting, they also had that role by working with younger Scouts and developing skills in hiking, camping, first aid, and following the Scout Motto.  I witnessed his growth and maturing during his Scouting career and helped with his direction on his Eagle project.

They were always an advocate and strong debater on issues they believed in.  It was because of these beliefs that Nicholas/Sophie made a mistake.  But, at the same time, in the moment trajectory changed knowing that they had made a mistake by calling their sister for advice. They then quickly backed out of their plan and called 911 and asked for help.

I am asking you to be lenient when considering the sentencing of Nicholas/Sophie.

Thank you for your time.

Sincerely,
Daniel Timothy Shannon Jr.

Tjjohn Shannon



8/17/2025

To the Honorable Deborah L. Boardman
United States District Judge
% Andrew Szekely
Assistant Federal Public Defender
6411 Ivy Lane, Ste. 710
Greenbelt, MN  20770

RE:  Character Reference for Nicholas/Sophie Roske

Dear Judge Boardman:

My name is Tjjohn Shannon, and I am an aunt to Nicholas/Sophie Roske. I have known
them their entire life.  I remember being at the hospital the night their mom was in labor..
I appreciate the opportunity to share my perspective on Nicholas/Sophis's character as
you consider sentencing in this matter.

While I am fully aware of the seriousness of the offense before the Court, I also know
Nicholas/Sophie as someone who, outside of this incident, has demonstrated honesty,
kindness, and a strong sense of responsibility toward family and community.

Nicholas/Sophie was the firstborn grandchild on one side of the family, and they led by
example for their younger cousins. Nicholas/Sophie is an Eagle Scout.  To become an
Eagle Scout, you must demonstrate and live the Scout Law/Oath.  They provided an
example for younger Scouts, did community service, completed a project that served
their Scout community, and lived by that Oath.

Nicholas/Sophie has always had a sense of what they believe to be right and wrong.
The incident of the Uvalde shooting and the overturning of Roe v. Wade upset them.
Yes, they had a plan and intended to enact that plan.  However, at some point, their
conscience kicked in and had the wherewithal to call their sister.  They turned away
from the home and called 911.

I respectfully ask the Court to take into account Nicholas/Sophie's positive contributions,
their character outside of this incident, and their willingness to change when determining

a fair sentence. I am confident that with the opportunity, they will continue to contribute positively to society and work to rebuild trust.

Thank you for your time and consideration.

Sincerely,
 Tjjohn Shannon

Jennifer Binkley



09.01.25


 The Honorable Deborah L. Boardman United States District Judge

c/o Andrew Szekely

Assistant Federal Public Defender 6411 Ivy Lane, Suite 710 Greenbelt, MD 20770


Re: Character Reference for Ms. Sophie Roske


Dear Judge Boardman:

My name is Jennifer Binkley; I have been a Biller for a Postproduction Company for over 20 years.

 I am the aunt to Sophie; therefore, I have known her all her life!


I have become aware of Sophie's involvement in upcoming legal proceedings.

 While the specifics of the case are somewhat unknown, this letter offers a perspective on her character, based on personal experience.

A specific instance that comes to mind is when she was in Scouts and fulfilling the hard task of becoming an Eagle Scout. Years of commitment and involvement were spent working hard to accomplish this task. Determination, hard work and selfless acts to accomplish something so important to accomplish for herself, and community.


Knowing Sophies integrity and ethics, I am certain Sophie is remorseful and is committed to personal growth and making amends.

Considering Sophie Roske's overall character and demonstrated commitment to positive change, it is respectfully requested that this letter is considered.

Please do not hesitate to contact me at the number or email address listed above if further information is required.

Thank you for your time and consideration.

Sincerely,

Jennifer Binkley

Alejandra A. Rosiles



August 25th, 2025

The Honorable Deborah L. Boardman
United States District Judge
c/o Andrew Szekely
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Boardman:

My name is Alejandra A. Rosiles, and I'm a case manager for a subsidized child care program in
Los Angeles, California. I am writing on behalf of my friend and fellow alumnus, Sophie Roske,
in hopes that she receives a reduced sentence this October 3rd, 2025.

I know Sophie to be a kind and bright person who values her friends and family deeply. Although
her thinking can be complex on the surface, her heart is always in the right place. Like many
other young adults, she desires to help improve her community, and with the support of her
loved ones, she can learn better means to do so.

I first met Sophie in a philosophy class at California State University, Northridge, in the fall of
2016. I noticed her interrupting the professor to ask follow-up questions about the syllabus. I
couldn't help but notice her presence in my other class when she did the same thing. Her lack of
socialization was evident, but her questions were insightful and clever. This was my first
introduction to a colleague who would expand my understanding of philosophy and friendship. I
saw her two to four times a week in class for the following two school years and remained close
friends with her ever since.

 At her happiest, Sophie is someone who will break out in song and dance in reference to a
musical number. Her spirit is joyous and silly. She is observant and quick-witted, requiring
complex ethical conversations or comparative analysis of books and movies. So, it was evident
when her mental health deteriorated throughout the years as she retreated into herself and her
negative thoughts.

When we met, Sophie was working on her mental health in hopes that by gaining more
knowledge of the world, she would decode life's absurdity. This idea faded with time as she
became defeated by its failure. As we moved on past our undergraduate program, I watched her
desire for belonging often be crushed by the reality of the mundane.  Most philosophy majors
don't find a quick path to the perfect job after college, and I witnessed Sophie struggle with this.
She briefly worked at a lawyer's office assisting with paperwork. One might think her keen logic
would have fit best there, but she stated it was boring as it lacked the socialization she was

longing for. This was often the result of her endeavors in looking for a career or looking to become part of social groups. She was always able to complete her duties, but there was a lack of social integration, which contributed to her depression.

There was never a doubt she was capable of achieving great things, but a matter of her feeling isolated. As she drifted away from her religious and homeschooled upbringing, she often seemed perplexed that the world was much grayer than she was raised to believe and that people are often hard to decipher. Yet, she always remained kind and honest in her quest for knowledge. For this reason, I respect her character regardless of her poor decisions.

The years after COVID-19 were strange for everyone. During this time, I lost contact with Sophie for some months and only knew about her through a mutual friend, Mindy. When she came back from Washington, she shared her newfound identity with us. I was excited in hopes that she would become more comfortable in her skin. At first, she did look excited to be back around her family and friends. Eventually, she found a substitute teaching job, and that was the most fulfilling employment she had ever had. We both agreed that working with children was similar to being in a philosophy class, as children normalize curiosity. With Sophie's academic intelligence and respect for education, I had hoped that this would fulfill her purpose, but I was not paying attention to all the signs she was exhibiting of poor mental health.

At this point, Sophie had accepted that life was not going to be fulfilling and started adopting nihilistic worldviews. I would try to argue with her about why having hope was more powerful than cynicism, but she would not bother to argue back. She started to become quiet in our gatherings, staring off into the distance as the rest of us conversed about trivial matters. Activities became pointless to her, and she had no interest in deciphering the truth of life. These were clear exhibits of a pending descent. She was not receiving the mental health services that would have been able to intervene in a crisis as the one she suffered in 2022.

When we learned about her offense, we were all shocked. Sophie is not the type of person to intimidate anyone with her presence. It was out of character and surreal to imagine she would come to such a wrong conclusion about her actions. A Sophie with a healthy mind would sooner intervene in her own mental crisis. Without the support of mental health resources or strong support for crises, her high intellect and history of mental illness were bound to lead her to a poor decision.

Sophie has pleaded guilty. I am writing this to offer a glimpse of who Sophie Roske is and that she is far more than this offense. As a Catholic, I was raised to choose my friends wisely. Regardless of our differences, I bear witness that Sophie has a good soul and has the potential to change the world in positive ways. I hope that her listening skills and knack for problem solving can be put to use to encourage others to redirect their lives in an efficient direction, as this would not only be a resonating voice for others but also a sense of purpose for Sophie's utilitarian understanding of the world.

I hope that she can soon return home to a group of family and friends who have learned the importance of mental health warning signs and appreciation for our odd yet sweet friend.

Thank you for your time and participation in this letter.

Sincerely,
Alejandra A. Rosiles

The Honorable Deborah L. Boardman
United States District Judge
c/o Andrew Szekely
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Boardman,

I am John Giarratana, a video game producer, honored volunteer with local nonprofit 826LA, and publicly elected representative to the Los Angeles-Palms Neighborhood Council. I am writing in an effort to provide you a more holistic picture of Ms. Sophie Roske, such that you may consider a *minimum sentence* for her.

I grew up going to church with Sophie in Chatsworth, CA at the Church at Rocky Peak. We spent 2-3 days a week for our 4 years in high school at Sunday service, Wednesday service, and then, in a particularly vulnerable setting for teen boys (at the time, Sophie identified as a man), our Life Group, an intimate bible study/support group for our grade/gender. Throughout all that time, Sophie had a constant appetite for knowledge and moral truth. An appetite, and notable teenage angst, that I always closely identified with. *A pursuit of justice*.

As we have now discussed in letters exchanged since her incarceration, Sophie and I have had similar fractures with our evangelical upbringings. Both of us, on our individual quests for moral truth, have had to confront the ugly hypocrisy that is the american church. Whether it is abortion rights, immigrant rights, the war machine in the Middle East, or any other facet of our national sin that our biblical leaders have nefariously supported - we both have had to look at this fundamental aspect of ourselves, our faith, and let it go. This relinquishing is a traumatic one. It is radioactive. It is as if it molecularly disassembles truth. It makes you question everything: what you know about your parents, your friends, your world, and yourself.

I deeply empathize with what drove Sophie to do what she did. But what I think counts is what she did *not* do. This action of self restraint is indicative of someone who is picking up the pieces of their morality in the absolute moment of truth. This is someone who has confronted that we live in a world wrought with evil and violence, yet chose not to perpetuate it herself.

Sophie, undoubtedly, is a net positive member of our society. She has, in her high school cross country running skinny bones, a core strand of compassion and love for other members of her community. Through our letters, Sophie and I play a Dungeons & Dragons style role-playing game. In the starting scenario of the game, Sophie is confronted by a woman in a challenging situation. In a game designed to let the player do anything they want, Sophie's letter back was headlined by, "How can I help her?"

I implore you to consider giving Sophie a *minimum sentence*.

Sincerely,

John Giarratana

Mindy Jade Kephart



September 18, 2025

The Honorable Deborah L. Boardman
United States District Judge
c/o Andrew Szekely
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

## Character Reference for Sophie Roske

Dear Judge Boardman,

My name is Mindy Kephart, and I am writing to express my steadfast support for my friend,
Sophie Roske (born Nicholas John Roske), and to provide a character reference describing the
person I know her to be. I am 31 years old, an active and informed citizen, and I work with a
wide range of people in my community at a local hardware retail store. I also live just down the
street from Sophie's family home in Simi Valley.

I have been close friends with Sophie for nearly nine years. We first met while taking philosophy
classes together at our alma mater, California State University, Northridge. Our friendship
formed quickly through conversations about ethics, morality, and art, and grew deeper through
late-night talks about life, truth, and meaning. Sophie is one of the most thoughtful
conversationalists I have ever known. Even when we disagreed, she listened attentively,
showing a genuine desire for mutual understanding. One of the most distinct things that I miss
about her, that I can perfectly picture in my head even now, is the puzzled look/furrowed brow
she gets when really taking in what another person is saying. I could always see from her
expression that she was actively engaged, respectful, and open to confronting her own beliefs
when presented with new perspectives. That expression captured her openness and her
willingness to question her own beliefs in pursuit of truth.

Sophie's integrity and openness carry into her friendships as well.  I could always count on her
for compassion, patience, and steady support, especially through my own struggles with mental
health. When I felt overwhelmed, she would often walk to my house just to sit with me, talk me
through my feelings, and bring calm during difficult moments. Other times, she would invite me
over to share her favorite movies, shows, or musicals—small but meaningful acts of kindness
that reminded me I wasn't alone.  This is the way Sophie treats the people she cares about: with
genuine care, dignity, and attention.

Her deep love for her family has also been constant and her devotion to her family has also
been unwavering. Many times when I asked to make plans, she would tell me she was already
spending the evening with her family—watching plays, going to movies, or sharing a television

series with her father. Her professors also held her in high regard. They valued her thoughtful questions, her genuine engagement with their lessons, and her consistent, timely work. Throughout the years, we joined meetings and some outings with our peers and we would go to yearly conferences and picnics with the Philosophy department together. These moments reflected her loyalty, her sense of responsibility, and her value for relationships and truth above all else.

I believe that what ultimately contributed to Sophie's state of mind during this case was a painful period of isolation and a struggle to find meaning. Raised in a Christian homeschooling environment, she, like many young adults, began to question her identity and her beliefs. That shared journey of questioning was part of what bonded us in college—we were both trying to understand our moral values and place in the world. Very often while at social gatherings, one would be able to see how much her mental health affects her. Sometimes you would see this physically by her balling up her body into self-soothing positions. I think that this self-exclusion stemmed from her difficulty with social and emotional situations. I believe that the combination of social isolation, the rift in our friendship, and her search for purpose created vulnerabilities that led her to this point.

Sophie has expressed to me her deep remorse for her actions. She understands the seriousness of what has happened and has taken full responsibility. More importantly, she wants to learn from this experience and use it to grow into someone who can make a positive difference in the lives of others who may be struggling with loneliness or despair.

Your Honor, I know you will see that Sophie is not defined by this crime alone. She has consistently demonstrated compassion, integrity, and honesty throughout the many years I have known her. I believe she has the potential to move forward, to rebuild her life with purpose, and to live as a responsible, caring, and contributing member of society. With the right guidance, Sophie has the ability not only to heal but also to help others.

I respectfully ask that you consider these qualities as you determine her sentence. I trust in the Court's wisdom to balance justice with mercy, and I hope Sophie's true character and potential for rehabilitation will weigh meaningfully in your decision.

Thank you for your time and thoughtful consideration.

Respectfully,

Mindy Jade Kephart