

```
Washington Flyer Taxi 174
DAT, INC. 703-572-8294
Start: 6/8/2022 12:37 AM
       38.9707, -77.4490
End:   6/8/2022 1:06 AM

       Trip # 1499026
Distance: 27.50 miles
Fare:            $   63.30
Extras:          $    3.00
                 ---------
Subtotal:        $   66.30
Tip:             $    9.94
                 =========
Approved Total $

Approved:INV2BTMSSLTGYXMKHYXX
Trans ID:5D3388243U283935R
CC# *************1999
Terminal ID: 10312336
AIRPORT FEE: $3.00
CUSTOMER SERVICE: 703-661-8230
```