EXHIBIT 6 & 6A

Video Exhibit

Filed Under Seal