# EXHIBIT 7 & 7A

# Video Exhibit

# Filed Under Seal