INTERVIEW OF

NICOLAS ROSKE

FILE NAME:
Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert

- - - - -

IN RE: USA V. NICHOLAS ROSKE

CASE: PJM-22-209


DATE:          June 8, 2022

INTERVIEWERS:  Detective M███ D█████
               Special Agent I██ M███████
               Special Agent M███ H█████████

LOCATION:      Interview Room


Transcriptionist:  Donna R. McCormick



Transcription
  Service:        AMICUS TRANSCRIPTION, LLC
                  320 Townsend Road
                  Baltimore, Maryland 21221
                  (410)585-5422






Interview recorded by digital media with video.

Transcript produced by transcription service.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1                   INTERVIEW OF NICHOLAS ROSKE

2          (Recording begins - 04:10:28.)

3          (Mr. Roske enters the room - 4:12:53)

4          (Detective enters the room - 4:25:10)

5          DET. D███████:  Hey, Nicholas.  How are you today?

6   Could have been better?

7          MR. ROSKE:  Yeah.

8          DET. D███████:  Otherwise, everything okay.

9   You're not sick or anything?

10          MR. ROSKE:  No.

11          DET. D███████:  My name is Detective D███████.  I'm

12   with the County Police.

13          THE OFFICER:  You want me to stick around?

14          DET. D███████:  No, you can go.

15          And obviously I'm here about what's going on

16   tonight, which I don't know a whole lot about, but that's

17   why I wanted to talk to you.  Okay?  Other than being

18   upset, do you have any other physical conditions?

19          MR. ROSKE:  I have ████████.

20          DET. D███████:  How's that triggered on or

21   anything?

22          MR. ROSKE:  If I don't take my medication or if

23   I don't get good enough sleep or if I drink alcohol, which

24   I haven't done in a long time.

25          DET. D███████:  Okay.  So you are sober, okay.

3

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1  Speaking of medication, what medication do you take?

2          MR. ROSKE:  I take ████ ████████, and then

3  I'm taking ████ for ████████.

4          DET. D████:  Do you have that medication in

5  your possession here?  I mean, not right here in this

6  room, but is it here with you?

7          MR. ROSKE:  Yeah, there's --

8          DET. D████:  In your seat.

9          MR. ROSKE:  The backpack should have had a blue

10 pill thing with the different days of the week on it.

11         DET. D████:  Okay.  When's the last time you

12 took your medication?

13         MR. ROSKE:  I took my morning dose this morning

14 and I haven't taken anything else.

15         DET. D████:  When do you need to do that or

16 should do that?

17         MR. ROSKE:  About 12 hours from when I take the

18 first dose.

19         DET. D████:  I mean, are you okay right now?

20         MR. ROSKE:  I should probably take my,

21 definitely my ████████ medication some times, yeah.

22         DET. D████:  All right.  Well, what I'm going

23 to have to do then is have our medical people come, and

24 I'll step out and ask them to go ahead and get them to

25 come over here because I'm not doctor.  The last thing I

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    want to do is give you some medication that I don't know

2    what it is or what it will do, okay.  So we'll get on

3    that.  What's you're educational level, Nick?

4              MR. ROSKE:  I have a bachelors degree.

5              DET. D██████:  Yeah?  What do you have a -- you

6    have a bachelor of arts or science?

7              MR. ROSKE:  Arts.

8              DET. D██████:  What do you have a bachelors

9    degree in?

10             MR. ROSKE:  Philosophy.

11             DET. D██████:  Oh, all right.  What I'm going to

12   do before we can really get into talking about anything of

13   substance is I need to inform you of your rights, okay.

14   You have a right now and at any time to remain silent.

15   Anything you say may be used against you.  You have the

16   right to a lawyer before and during any questioning.  If

17   you cannot afford a lawyer, one will be appointed for you.

18   This big paragraph number 5, I'm going to read to you.  I

19   don't even know yet exactly what is going on, but I'm

20   going to read the entire thing to you.

21             You have the right to be taken before a District

22   -- promptly before a District Court Commissioner who is a

23   judicial officer not connected with the police. A

24   Commissioner will inform you of each offense you were

25   charged with and the penalties for each offense, provide

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

```
 1   you with a written copy of the charges against you and

 2   advise you of your right to counsel, make a pretrial

 3   custody determination and advise you whether you have a

 4   right to a preliminary hearing before a judge at a later

 5   time.

 6            Do you understand what I've just said?

 7            MR. ROSKE:  Yes.

 8            DET. D██████:  Okay.  I need you to sign.

 9   Initial this.  Do you read and write English?

10            MR. ROSKE:  Correct.

11            DET. D██████:  I need you to initial those, just

12   stating that you've been advised.  And then I need you to

13   sign here saying that you understand.  So where are you

14   from in California?

15            MR. ROSKE:  Simi Valley.

16            DET. D██████:  And today you got on a plane.

17   What time did you get on a plane today -- well, yesterday?

18            MR. ROSKE:  1:00.

19            DET. D██████:  1:00 p.m.?

20            MR. ROSKE:  Yeah.  It was around 1:40 was take

21   off or something.

22            DET. D██████:  From what airport?

23            MR. ROSKE:  L.A.

24            DET. D██████:  L.A.?  Okay.  I bet that's a crazy

25   airport.  Never been to that one.  What I do, Nicholas, I
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

```
 1   know this is all upsetting and everything else. I don't

 2   know anything that's going on other than what they've

 3   said, and I just want to talk to you about what is going

 4   on.  My chief concern is, you know, right off the bat, I

 5   understand the basics of why you're here.  Is there

 6   anybody else with you that came with you?

 7             MR. ROSKE:  No.

 8             DET. D██████:  Is there anybody else that you've

 9   been talking to that may come and help you out or that you

10   had planned to do anything with?

11             MR. ROSKE:  No.

12             DET. D██████:  Okay.  So you're solely here upon

13   your own.  It's a decision that you just -- you decided to

14   do?

15             MR. ROSKE:  Correct.

16             DET. D██████:  Okay.  With that being said, let

17   me calm some fears down.  Actually, I'll text him.  Why

18   don't you go ahead and tell me, then, in your words, just

19   what

20   -- I'm more concerned about you than anything else.

21             Now, for your ████████, do you have ████████?

22             MR. ROSKE:  Yes.

23             DET. D██████:  Do you know when they're coming

24   on?

25             MR. ROSKE:  I generally get a feeling.
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE – Axon_Interview_–_2D_Interview_Room_207_–_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1      DET. D██████:  How long before then it becomes --

2      MR. ROSKE:  About an hour.

3      DET. D██████:  Okay.  Hey Sarg, or somebody.

4      MALE VOICE:  Yeah.

5      DET. D██████:  Nicholas here, one of his medical

6  conditions is he suffers from ████████.  He has to take

7  his medication every 12 hours.  Last time he took his

8  medication was this morning or yesterday morning in

9  California.  So I'm not sure what the procedure is.  He

10  has his medication -- in your backpack?

11      MR. ROSKE:  Yeah.

12      DET. D█████:  In his backpack.  I don't know if

13  EMS needs to come and administer it or what the -- I don't

14  know.

15      MALE VOICE:  Yeah, EMS.

16      DET. D██████:  Okay.  And Mr. Nicholas here has

17  already said that there's nobody else, he's the only one

18  that's, you know.  So we don't need a --

19      MALE VOICE:  It's working.

20      DET. D██████:  Oh, it's working now?

21      MALE VOICE:  Yeah.

22      DET. D██████:  All right.  So they're going to

23  have EMS come just to make sure that, like you said, you

24  can well imagine I can't just say, "Oh, take this, but --

25      So, tell me, this morning what was your state of

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1  mind?  What happened?  How did you get here?

2          MR. ROSKE:  I've thinking about it for a long

3  time.

4          DET. D██████:  About how long?

5          MR. ROSKE:  About a month.

6          DET. D██████:  About a month?  Okay. And what

7  were you thinking of doing?

8          MR. ROSKE:  I had known my parents were going on

9  vacation (indiscernible) for a long time, for months.

10  And, basically, any time I'm alone in the house for any

11  significant period of time, I get very serious suicidal

12  thoughts, you know.  I researched methods multiple times

13  and that kind of stuff.  And when I heard the leaked

14  draft, it upset me and makes me thinking a little bit my

15  (indiscernible) my perspective at the time, do something

16  positive before I die.  I had a flight yesterday, but I

17  was too -- I arrived too late at the airport to check my

18  bag, so I rescheduled for Tuesday.

19          DET. D██████:  When did you buy your ticket?

20          MR. ROSKE:  Saturday or Sunday.

21          DET. D██████:  Okay.  And so you arrived here in

22  -- where did you arrive at?  In D.C. or up in Baltimore?

23          MR. ROSKE:  Dulles International.

24          DET. D██████:  Oh, in Dulles.  Okay.  So you

25  arrived in Dulles about what time?

```
 1              MR. ROSKE:  11:00.

 2              DET. D_____:  Around 11:00 p.m. in the night?

 3              MR. ROSKE:  Yes.  11:45.  Something like that.

 4              DET. D_____:  Okay.  And then how did you get

 5   over here to Maryland?

 6              MR. ROSKE:  I took a taxi.

 7              DET. D_____:  How did you know where the Supreme

 8   Court Justice lived?

 9              MR. ROSKE:  Well, I knew generally what

10   neighborhood he lived in because it's on a Wikipedia page.

11              DET. D_____:  Okay.

12              MR. ROSKE:  And I just Googled his house and

13   there was a picture from an article that had a picture at

14   the front of his house and it had an address on the door,

15   house number.  So I just looked at my Google maps, the

16   house number, and the neighborhood, and there was only one

17   house that that matched up with.  And --

18              DET. D_____:  And you did this all once you

19   arrived here?

20              MR. ROSKE:  No, I did this --

21              DET. D_____:  Prior.

22              MR. ROSKE:  I did this prior.

23              DET. D_____:  Okay.  So you did the research.

24   So what -- now, I'm happy with the way things turned out.

25   I know that might sound bad, but you brought a gun.  Where
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1  did that gun come from?

2         MR. ROSKE:  I bought it two weeks ago.

3         DET. D██████:  Two weeks ago.  And where at?

4         MR. ROSKE:  The gun store in Camarino.  There's

5  just a certain area where I live.  It's called Camarino.

6         DET. D██████:  Okay.  And when you bought that

7  firearm, what was the purpose of buying it?

8         MR. ROSKE:  It was with the intention of using

9  it.

10        DET. D██████:  To do what?

11        MR. ROSKE:  To kill Mr. Kavanaugh and then

12  myself.

13        DET. D██████:  So when you -- when you arrived

14  here and you made your way over to Chevy Chase there, what

15  happened?

16        MR. ROSKE:  So the taxi dropped me off.  They

17  really weren't outside the house.  I noticed immediately

18  that there were people sitting outside and this was a very

19  like empty neighborhood, so I was like, okay, they're

20  keeping a lookout.  So then I went around the house on the

21  other side and I -- on the taxi drive over I just texted

22  my sister that I loved her, which she's had her own

23  struggles with mental health.  So when she gets a text in

24  the middle of the night that just says, "I love you," I've

25  known --

1      DET. D_____:  Anybody would, yeah.

2      MR. ROSKE:  -- she gets concerned, so she called

3  me up and I told her what I was doing, I was up to, and

4  she told me that that wasn't the way to go about trying to

5  make the world a better place and, you know, that she

6  didn't want to, you know, she wanted to have me as a

7  sibling for the rest of her life and not, you know, with

8  that ending.  Since I got a relationship and her

9  perspective, I immediately decided to call 911 instead.

10      DET. D_____:  All right.  Okay.  That's a good

11  decision.  I know that that's hard to think about and

12  that, but it is.  It's a big decision.  So at that point

13  you called 911.  And what did you tell the 911 operator?

14      MR. ROSKE:  That I was having suicidal and

15  homicidal thoughts.

16      DET. D_____:  Okay.  And then they instructed

17  you, I guess, to -- where was the gun at?

18      MR. ROSKE:  It was in the suitcase. I had gone

19  through the airport, you know.  You know, legally had

20  declared it, so they put a Zip tie around the outside of

21  the suitcase.

22      DET. D_____:  I was going to ask you about that.

23      MR. ROSKE:  And then (indiscernible) the zipper,

24  and -- what was your question?

25      DET. D_____:  So, you called the 911 operator.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1      MR. ROSKE:  Yes.

2      DET. D██████:  The gun was in the suitcase.

3      MR. ROSKE:  Yes.

4      DET. D██████:  And you decided -- and they

5  instructed you to --

6      MR. ROSKE:  He asked if I had any weapons.  I

7  told him what I had, where it was.  I, not wanting to have

8  any kind of violent encounter with law enforcement,

9  specified where it was, that it was unloaded, you know, it

10  was in a case, like it wasn't accessible because --

11      DET. D██████:  Okay.

12      MR. ROSKE:  -- my intention of calling 911 was

13  to avoid a violent encounter.

14      DET. D██████:  And that was a good decision.  You

15  did, for the circumstances, you did exactly what we like,

16  you know.  We don't like surprises and you made a decision

17  prior that, now, after thinking about it and talking to

18  your sister, figured that it's not a good decision.  So

19  the police take you into custody and here we are.  Let me

20  just -- have you ever been under medical care of anybody

21  else?

22      MR. ROSKE:  Yes.

23      DET. D██████:  Like a psychiatrist --

24      MR. ROSKE:  Yeah.

25      DET. D██████:  -- is it a psychologist or a

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1  psychiatrist?

2          MR. ROSKE:  Psychiatrists tend to, when it's,

3  like a 72-hour hold, 51-50, which I've been on 51-50 three

4  times, once in California and --

5          DET. D███████:  I'm sorry.  I don't' know what

6  that means.

7          MR. ROSKE:  Fifty-one -- it's an involuntary

8  psychiatric hold when they determine you to be --

9          DET. D███████:  A threat to yourself or others.

10          MR. ROSKE:  Yes.

11          DET. D███████:  In here in Maryland it's called an

12  emergency evaluation petition, but --

13          MR. ROSKE:  Okay.

14          DET. D███████:  -- it's the same thing.

15          MR. ROSKE:  Yeah.

16          DET. D███████:  And have you tried suicide before?

17          MR. ROSKE:  The initial time, I was going to

18  drive my car off a cliff and I called someone I knew, who

19  I knew like had their own struggles with mental health and

20  they called the police and kept me on the line until the

21  police arrived, and then I was taken then as well.

22          DET. D███████:  Now, you have your sister, which

23  obviously you have a good, caring relationship there.  Do

24  you have any other siblings?

25          MR. ROSKE:  No.  She's my only sibling.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    DET. D██████:  And you have a mother and father?

2    MR. ROSKE:  Yes.

3    DET. D██████:  How's that relationship?

4    MR. ROSKE:  Strained.

5    DET. D██████:  Okay.  Well, how old are you,

6  Nicholas?

7    MR. ROSKE:  I'm 26.

8    DET. D██████:  Okay.  Now, this address that I

9  have on your driver's license, is that where you're living

10  at?

11    MR. ROSKE:  Yes.  I live with my parents.

12  That's their house.

13    DET. D██████:  Okay.  Do you own any other

14  firearms?

15    MR. ROSKE:  No.  That's my first firearm I ever

16  bought.  I had fired them previously when I was in the Boy

17  Scouts, so we fired rifles and shotguns, --

18    DET. D██████:  Uh-huh.

19    MR. ROSKE:  -- got merit badges, that kind of

20  thing.  But I never owned a firearm.

21    DET. D██████:  Have you ever had any plans to do

22  any sort of thing like this before?

23    MR. ROSKE:  For a while I thought -- this was

24  when I was living -- I was living in Seattle for a period

25  of time and I was extremely isolated.  That's where two of

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

```
 1   my three psychiatric holds were, which was early '20, '21,

 2   so a little over a year ago.  I was thinking about killing

 3   pedofiles.  One of the biggest struggles with my

 4   ███████████ is having a sense of purpose, a sense that I'm

 5   doing something that matters, so I thought if I could,

 6   like, prevent a child from being raped, that would be

 7   good.  But the more I thought about it, the more I

 8   realized that, like, I wouldn't actually like do anything

 9   because the people that were convicted are already, like,

10   on watch and all that stuff anyway.  And most of the ones

11   who are multiple time offenders, their last offense is

12   like ten years ago, so.

13            DET. D█████:  I understand the idea.  Everybody

14   wants to help out.  You have a purpose as something that

15   people will find that needs to be constructive purposes,

16   obviously.  Being that you came here and are going to do

17   this, what were planning on doing exactly?

18            MR. ROSKE:  What do you mean?

19            DET. D█████:  Well, you showed up at the house,

20   got on a taxicab, save a two -- was there two or more

21   videos?

22            MR. ROSKE:  There was two (indiscernible).

23            DET. D█████:  If everything was clear, what was

24   your plan to do?  I'm just kind of curious.

25            MR. ROSKE:  Break in, shoot him and then shoot
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    myself.

2           DET. D▮▮▮▮:  Okay.  And, is there any other

3    ideas that you were going to do if you weren't able to do

4    that?

5           MR. ROSKE:  If I wasn't able to get in the

6    house, you mean?

7           DET. D▮▮▮▮:  Correct.

8           MR. ROSKE:  Just kill myself, then.  I've been

9    actively suicidal for, I don't know, a long time now.

10   Before I was researching this, which researching things is

11   something I enjoy, so it's -- I don't know if I would have

12   been capable of actually doing it.

13          DET. D▮▮▮▮:  No, I'm glad you didn't.  I mean,

14   you're a smart guy.  You've gone to school.  I mean, you

15   have a caring sister, and I'm glad that she was able to

16   talk you into to doing what you did tonight by giving

17   yourself up peacefully.  You don't know what's going to

18   happen in the future at all, and everybody feels lost.

19   These are some struggling times for everybody.  It just

20   is.  And I think, again, you're a smart guy.  And anybody

21   who goes to college and gets a degree is a smart guy,

22   there are -- you never know what's going to come around

23   the corner with help and to help you with your problems

24   and issues.

25          But let me see if somebody wants something.  You

1    know it's crowded in here at night.

2         (The detective opens the door.)

3              THE OFFICER:  He keeps asking me about his

4    pills.  It's with his backpack or his big bag?

5              DET. DROTOS:  Where's your medication?

6              MR. ROSKE:  It's in a gray backpack.

7              DET. DROTOS:  In a gray backpack.

8              THE OFFICER:  It's in a gray backpack.

9              DET. DROTOS:  Do you need to take food or

10   anything with that?

11             MR. ROSKE:  I don't believe so.

12             DET. DROTOS:  Okay.  Like I said, my primary

13   concern is you and your health and well being right now,

14   all right.  They're going to come in and make sure that

15   the medication is for you and all that stuff, and then

16   we'll continue from there.  What's your sister's name?

17             MR. ROSKE:  ███████

18             DET. DROTOS:  ██████.  How old is she?

19             MR. ROSKE:  She's 23.

20             DET. DROTOS:  Twenty-three?  All right.  Did she

21   go to school, too?

22             MR. ROSKE:  She's in school right now.  She

23   essentially just graduated and got her associates.

24             DET. DROTOS:  In what?

25             MR. ROSKE:  I don't know if it's like in

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1   something, but she wants to study sociology.

2           DET. D███████:  Okay.  All right.

3           MR. ROSKE:  She's very smart and I don't know if

4   she acknowledges how smart she is.

5           DET. D███████:  Okay.  Good.  Good.  Does she know

6   that you -- did you tell her afterwards that you were

7   okay?

8           MR. ROSKE:  After what?

9           DET. D███████:  After you got off the phone with

10  her and called 911, did you --

11          MR. ROSKE:  I was on the phone with 911 when I

12  was arrested.

13          DET. D███████:  Does she know you're okay?

14          MR. ROSKE:  I told them what I was planning to

15  do and that I was planning on being cooperative and trying

16  to avoid any kind of violence.  So she told me to call her

17  as soon as I got the chance.

18          DET. D███████:  What was her phone number?

19          MR. ROSKE:  ████ --

20          DET. D███████:  Uh-huh.

21          MR. ROSKE:  ████

22          DET. D███████:  Uh-huh.

23          MR. ROSKE:  █████

24      (EMTs enter the room with bags.)

25          DET. D███████:  ██████   What's ██████s last

1    name?

2              MR. ROSKE:  It's the same as mine, R-o-s-k-e,

3    Roske.

4              DET. D█████:  I'm going to call her, just to let

5    her know you're okay.  That would be my big concern, you

6    know.  And these gentlemen here are going to make sure

7    that your medication is appropriate and all that.  Okay?

8    I'll be right back.

9              THE OFFICER:  Is your medication in a pill box?

10             MR. ROSKE:  Yes.

11             THE OFFICER:  Blue, light blue.

12             MR. ROSKE:  Blue pill box,

13             EMT ADRIAN:  Hi, sir.  My name's Adrian.  I'm an

14   EMT.  Are you having any current issues right now?  Do you

15   feel sick at all?

16             MR. ROSKE:  No.

17             EMT ADRIAN:  Okay.  I've been told that you have

18   ████████.  Is that true?

19             MR. ROSKE:  Yes.

20             EMT ADRIAN:  Have you had a ███████ today?

21             MR. ROSKE:  No.

22             EMT ADRIAN:  Okay. When's the last time you've

23   had a ████████?

24             MR. ROSKE:  Beg your pardon?

25             EMT ADRIAN:  When's the last time you had a

1    ███████?

2         MR. ROSKE:  Maybe nine months ago, something

3    like that.

4         EMT ADRIAN:  Nine months ago?  Okay.  And you've

5    been  --

6         EMT:  Thank you sir.  Appreciate it.

7         EMT ADRIAN:  And you've been medicated since

8    then?

9         MR. ROSKE:  Yes.

10        EMT ADRIAN:  Okay.  But right now you're feeling

11   fine.  You don't have any mental issues currently or any

12   pain anywhere?

13        MR. ROSKE:  No.

14        EMT ADRIAN:  No?  Okay.  So here's what I'm

15   going to do.  I'm going to check out your vital signs

16   right now, make sure that they're all doing good, and then

17   they have your medication and the daily planner.  I

18   understand you didn't take Tuesday's, is that correct?

19        MR. ROSKE:  I took the morning of Tuesday's, not

20   the evening of Tuesdays.

21        EMT ADRIAN:  Okay.  I see.  Do you know what

22   happens when you don't take that medication?

23        MR. ROSKE:  If I don't take the ██████

24   medication, then I tend to have a ████████.

25        EMT ADRIAN:  Okay.

1    MR. ROSKE:  I've missed doses that if I miss

2  them consistently, then I end up with having a ▉▉▉▉▉.

3    EMT ADRIAN:  Understood.  There's some other

4  pills in there.  What kind of -- what medications do you

5  take?

6    MR. ROSKE:  ▉▉▉▉▉  ▉▉▉▉▉▉▉.  They're for

7  ▉▉▉▉▉.  And then ▉▉▉▉▉ for ▉▉▉▉▉▉▉▉.

8    EMT ADRIAN:  Okay.

9    MR. ROSKE:  Slash▉▉▉▉▉, maybe.  I can't

10  remember.  It's been a long time since I was switched

11  over.

12    EMT ADRIAN:  Okay.  Thank you.  So just ▉▉▉▉▉

13  and then ▉▉▉▉▉▉.  Is that correct?

14    MR. ROSKE:  I've been diagnosed with ▉▉▉▉

15  ▉▉▉▉▉▉ ▉▉▉▉▉, ▉▉▉▉▉▉▉▉ ▉▉▉▉▉ ▉▉▉▉▉▉ and

16  ▉▉▉▉▉▉ ▉▉▉▉▉▉ ▉▉▉▉▉.

17    EMT ADRIAN:  Okay.

18    EMT:  All right.  Would you put this on?  All

19  right.  Could you put this one.  I'm trying to roll up

20  your sleeve, is that okay?

21    MR. ROSKE:  Yeah.

22    EMT:  Thank you.  It's not causing discomfort,

23  is it?

24    MR. ROSKE:  No.  No. I'm just cold.

25    EMT:  All right.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

```
 1              EMT ADRIAN:  Any trouble breathing?

 2              MR. ROSKE:  No.

 3              EMT ADRIAN:  No?  No chest pain, nothing like

 4   that?

 5              MR. ROSKE:  No.

 6              EMT ADRIAN:  All right.  Perfect.

 7              EMT:  Is it all right if I put this here?

 8              MR. ROSKE:  Yes.

 9              EMT ADRIAN:  How long has it been, sir, you were

10   supposed to take that medication, do you know?

11              MR. ROSKE:  I was supposed to take it

12   approximately every twelve hours and I took my first dose

13   10:00 a.m. California time.

14              EMT ADRIAN:  Okay.

15              MR. ROSKE:  So 5 1/2, 6 hours.  So probably 1:00

16   a.m.

17              EMT ADRIAN:  Okay.

18              MR. ROSKE:  Here time.

19              EMT ADRIAN:  What was it?

20              EMT:  170 over 140.

21              EMT ADRIAN:  170?

22              EMT:  Uh-huh.

23              EMT ADRIAN:  I'm going to just see one of your

24   fingers.  I'm going to give you a quick finger prick if

25   you don't mind. (Indiscernible) I'm going to make a little
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1   prick.  All right.  83.  That's within the range of

2   normal.  You don't have any blood sugar issues either?

3         MR. ROSKE:  No.

4         EMT ADRIAN:  All right.  Perfect.  Well, all the

5   vital signs look stable.  I personally sadly can't say

6   whether or not what medication like --

7         THE OFFICER:  Are you guys allowed to help

8   administer this?

9         EMT ADRIAN:  No, sadly.  No, because like it's

10  also not in the original bottle.  So, like -- and

11  personally I am not a pharmacist and I don't know whether

12  the pills look like they're supposed to.

13        THE OFFICER:  Okay.  Is there something that can

14  help?  Because we obviously can't.  We can't just, you

15  know.

16        EMT ADRIAN:  Right.  It's a great question.

17  What I can do is maybe talk to my duty officer and see

18  what we can do.  Maybe we can talk to the hospital on the

19  radio and see if they're good with giving him some

20  medication, but --

21        THE OFFICER:  Yeah, the last thing we want is

22  him not taking the medication.

23        EMT ADRIAN:  Yeah.  I understand.  So why don't

24  I -- yeah, I'll talk to my partner and see what we can do

25  about that.  You want to zip that up.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

```
 1              EMT:  Thank you.

 2              EMT ADRIAN:  All right.  So thank you so much

 3      for cooperating.

 4              THE OFFICER:  Just hang tight.  Okay, sir?

 5          (Officer and EMTs exit the room at 4:57:14.)

 6          (Pause from 4:57:28 to 4:59:41.)

 7              DET. D██████:  Hi, Nick.  You'll be relieved to

 8      know I talked to your sister.  She's very happy that

 9      everything went okay.  This gentleman is going to give you

10      your medication, so you can take it.

11              EMT ADRIAN:  Right.

12              DET. D█████:  Here's some water.

13              EMT ADRIAN:  So I just want to guarantee that

14      this is your prescribed medication, correct?

15              MR. ROSKE:  Yes.

16              EMT ADRIAN:  I know you probably don't have the

17      bottles on you, but can you just tell me in general what

18      the pills are like, if you remember?

19              MR. ROSKE:  Like what's what?

20              EMT ADRIAN:  Describe it, like.

21              MR. ROSKE:  Okay.  So ████████ is yellow, oblong,

22      pretty big.

23              EMT ADRIAN:  All right.  Yeah, that's what I

24      mean.  Okay.  So this is the Tuesday one, correct?

25              MR. ROSKE:  Yes.
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1          EMT ADRIAN:  All right.  Perfect.  Yeah, that's
2     the one.  Okay.
3          MR. ROSKE:  So this one is the ██████.  It's not
4     yellow.  This is the ██████.  Shit.  And that was the
5     ██████.
6          EMT ADRIAN:  Perfect.  All right.  I've
7     personally been authorized this is your medication, so.
8     And all your vital signs look go, so.  Thank you.
9          MR. ROSKE:  Thank you.
10          EMT ADRIAN:  Absolutely.  And it's every --
11          MR. ROSKE:  Twelve hours.
12          EMT ADRIAN:  Twelve hours.  Okay.  So 5:01,
13     currently.  So perfect.  All right.  Put that back on.
14          MR. ROSKE:  Okay.
15          DET. D████:  Make sure you get their
16     information, EMS number or whatever if there is one.
17          EMT ADRIAN:  Perfect.  I'll do that, sir.
18          DET. D████:  Thank you very much.
19          EMT ADRIAN:  Absolutely.
20      (EMT and an Officer exit the room.)
21          DET. D████:  I think there are some other
22     people that are going to want to just ask you questions as
23     well.  The Officer, and I haven't even looked, but the
24     Officer said there's tools or something?  You had tools?
25          MR. ROSKE:  Yeah.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE – Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1        DET. D██████:  What kind of tools did you bring?

2        MR. ROSKE:   Like a hammer.  Flat -- what's

3   that?

4        DET. D██████:  Like a crowbar?

5        MR. ROSKE:  Yeah, it was a crowbar.

6        DET. D██████:  Any other tools that you might

7   have brought?

8        MR. ROSKE:  Center punch.

9        DET. D██████:  A center punch, okay.

10       MR. ROSKE:  It's kind of like an ice pick, but

11  it's for wood, you know, to start a hole.

12       DET. D██████:  Okay.  What were you going to use

13  all these tools for?

14       MR. ROSKE:  For entering -- entering the

15  residence.

16       DET. D██████:  Okay.  And you said you started

17  planning to do this how long ago?

18       MR. ROSKE:  About a month ago.

19       DET. D██████:  About a month ago.  All right.

20  All right.  Do you have any questions for me that I can

21  answer?  I don't know.  I mean, I appreciate you being

22  cooperative and, you know, being unhappy with the outcome

23  but, you know, you're still here.  You have value, and I

24  know that you're going to do better with your life.  Do

25  you have any questions for me you can think of?

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1          MR. ROSKE:  Am I -- am I going to the hospital

2     or am I going to prison?

3          DET. D█████:  At this moment, I'm not sure.  I'm

4     not sure.  You're under arrest and I'm not sure what

5     you're going to be charged with exactly.  But, you know,

6     given that you have all your issues and your medical

7     condition and everything else, you know, definitely we're

8     going to make sure that you get to the appropriate to be

9     taken care of.  And that it's going to -- whatever charges

10    that are placed by you will have to run its course, okay.

11    But at the moment, you know, we just want to make sure

12    that your health and safety is foremost.

13          So if you start feeling ill or, you know the

14    trigger signs if you were to have some sort of episode,

15    let us know, okay?  All right.  Let me see if anybody else

16    wants to ask you anything real quick while you're here.

17       (Detective D█████ exits the room at 5:04:36.)

18       (Detective D█████ enters the room at 5:13:37.)

19          DET. D█████:  All right, Nicholas.  I talked to

20    your sister.  She's very happy.  (indiscernible)

21    eventually you'll probably be in touch with her.  I'm

22    waiting for somebody else to come in the meantime.  Well,

23    let me ask you a question.  Those burglary tools that you

24    have -- I call them burglary tools -- that's what you were

25    going to do with them -- where did you get those?

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1          MR. ROSKE:  Just online or department store.

2          DET. D██████:  Like you said "online."  What, did

3     you order them?

4          MR. ROSKE:  Yeah.  Amazon.

5          DET. D██████:  Off of Amazon?  How long ago was

6     that?

7          MR. ROSKE:  The past week.

8          DET. D██████:  Okay.  Now, originally you said

9     that you had started thinking about doing this about a

10    month ago, is that correct?

11         MR. ROSKE:  Yes.

12         DET. D██████:  Did you make any plans, like write

13    down any notes of what you wanted to do, anything of that

14    nature?  Or is this just --

15         MR. ROSKE:  It was just like I saw the news and

16    it was upsetting, and I was already suicidal.  And, I

17    don't know.  It was something to -- it was like a project,

18    I guess.

19         DET. D██████:  Did you make, do your research,

20    ordering off your phone or off of a computer?

21         MR. ROSKE:  Computer.

22         DET. D██████:  And where's that computer?  At

23    your house?

24         MR. ROSKE:  Yes.

25    just make sure -- ██████  ████████  ████████?

1      MR. ROSKE:  Uh-huh.

2      DET. D█████:  Simi Valley, California █████.

3  Okay.  All right.  All right.  Out of curiosity, when --

4  do you follow politics?

5      MR. ROSKE:  Yeah.

6      DET. D█████:  And was it just the leaked

7  decision that made you angry, in what way?  I'm just

8  curious.  You don't need to answer that.  It has nothing

9  to do with anything.

10      MR. ROSKE:  From a civil rights perspective.

11      DET. D█████:  Okay.  And did the news or anybody

12  get you riled up?

13      MR. ROSKE:  Like particularly?

14      DET. D█████:  Yeah, to take action or do

15  something?

16      MR. ROSKE:  No.

17      DET. D█████:  Okay.

18      MR. ROSKE:  I don't -- I don't look at the news

19  everyday but I don't, like, spend all day every day.

20      DET. D█████:  Yeah, the news is, based upon what

21  news you watch, is very emotional and definitely can

22  excite -- insight a response from you.  That's their whole

23  plan.  Do you have any friends or groups you belong to,

24  anything like that?

25      MR. ROSKE:  There's some friends from college,

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

```
 1    but I didn't spend time with them, personally every --
 2             DET. D██████:  Okay.
 3             MR. ROSKE:  -- week.
 4             DET. D██████:  Well, do you work or have hobbies?
 5             MR. ROSKE:  I worked as a substitute teacher.
 6             DET. D██████:  You worked as a substitute
 7    teacher?  Is that something that they call you as needed?
 8             MR. ROSKE:  Yes.
 9             DET. D██████:  When's the last time you were
10    substituting?
11             MR. ROSKE:  (indiscernible) or something like
12    that.
13             DET. D██████:  What do you substitute for?
14             MR. ROSKE:  All ages.
15             DET. D██████:  All ages?  Like, from the
16    elementary up to high school?
17             MR. ROSKE:  It's all work, so I --
18             DET. D██████:  That's a diverse group of people.
19             MR. ROSKE:  Yeah.  I tended not to -- I only
20    worked in elementary school once because they redirected
21    me from middle school, but I primarily did middle school
22    and high school.
23             DET. D██████:  And where was that that you
24    worked?
25             MR. ROSKE:  Simi Valley, in (indiscernible)
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1   district.

2            DET. D█████:  Okay.  Is there anybody there that

3   we need to call and say that, hey, or it's just they call

4   you when they need you?

5            MR. ROSKE:  They call -- I do to different

6   schools, so it's always different people.  There's no kind

7   of consistent direction with anyone.

8            DET. D█████:  Have you ever had any inclination

9   to do anything at school?

10           MR. ROSKE:  Like any kind of crime, you mean?

11           DET. D█████:  Yeah.

12           MR. ROSKE:  No.

13           DET. D█████:  Okay.  I mean, obviously as you

14  said, you watch the news, the horrific thing that happened

15  in Texas.

16           MR. ROSKE:  Yes.

17           DET. D█████:  How did you feel about that?

18           MR. ROSKE:  Very angry.

19           DET. D█████:  Okay.

20           MR. ROSKE:  Another motivating factor was I

21  heard that the current court was thinking about loosening

22  gun restrictions and so, the one-two punch of Buffalo and

23  then (indiscernible) and then hearing that this person

24  that I was already upset with was planning on making it

25  easier for people to do stuff like that, you know.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    DET. D████: So you're against gun control?

2  I'm just trying to get an idea of your thought process.

3    MR. ROSKE: My perspective towards firearms?

4    DET. D████: Yeah. You said that the rumor was

5  the court was going to loosen gun control or gun laws? I

6  don't know.

7    MR. ROSKE: Make it easier for people to obtain

8  firearms.

9    DET. D████: Okay. And you said that was a

10  motivation, part of a motivation.

11    MR. ROSKE: Part of a motivation.

12    DET. D████: So is that ironic that you were

13  able to --

14    MR. ROSKE: It is ironic. It is ironic because

15  I was the -- you can't get a firearm for five years after

16  you have been put under a psychiatric hold and it's been

17  more than five years, so.

18    DET. D████: So you think you should have the

19  right to purchase a firearm? Again, just a curiosity

20  question. We're just talking.

21    MR. ROSKE: Oh, I know.

22    DET. D████: Okay.

23    MR. ROSKE: I mean, it's the same issues as it

24  was before. As long as I've been an adult, really.

25    DET. D████: Yeah. California has strict,

1    strict gun laws.

2          MR. ROSKE:  I know.  They do.

3          DET. D██████:  All right.  Let me see what's

4    going on and anything I can get for you while we're

5    waiting?

6          MR. ROSKE:  Can I use the restroom?

7          DET. D██████:  Yeah.  I'll get an officer to come

8    in and take care of you.  I'll be right back.

9          MR. ROSKE:  Okay.

10      (Detective D██████ exits the room at 5:21:07.)

11      (The Officer enters the room at 5:21:33.)

12          THE OFFICER:  Just be a second.  I'm going to

13   place the back of your hand and (indiscernible) there.

14   Yeah, I'll take it off.

15          MR. ROSKE:  (indiscernible)

16          THE OFFICER:  (indiscernible)

17      (The Officer and Mr. Roske exit the room at 5:22:13).

18      (The Officer and Mr. Roske return to the room at

19   5:26:41)

20          THE OFFICER:  (indiscernible).

21      (The Officer exits the room at 5:27:12)

22      (Detective D██████ enters the room at 5:57:29)

23          DET. D██████:  All right.  I talked to your

24   folks.  They called me.  I guess because ██████called

25   them.  So they know you're okay.  They're concerned and

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

```
 1   all.  I said I'd call them later once I know exactly
 2   what's going on.
 3              Your phone, is that Iphone?
 4              MR. ROSKE:  No.  It's an Android.
 5              DET. D_____:  Android?  What's the phone number?
 6              MR. ROSKE:  _____.
 7              DET. D_____:  And what's the pass code for that?
 8              MR. ROSKE:  ____.
 9              DET. D_____:  ____.  I'm getting to ask question
10   out of curiosity again.  I said, well, that's nice. He's
11   been cooperative.  When you saw those guys, the security
12   guys and you walked away, what was your running through
13   your mind?  We're you going to sneak around back or were
14   you going to -- or had you not thought that far ahead?
15              MR. ROSKE:  I hadn't thought that far ahead.  I
16   knew -- honestly, it just hit me that like this isn't just
17   something in my head, this is real.
18              DET. D_____:  I was looking through you bag, the
19   lock picks.  Do you know how to pick locks?
20              MR. ROSKE:  Not really.
21              DET. D_____:  Okay.
22              MR. ROSKE:  I mean, I practiced with them a
23   little bit, but I got those like Sunday, so I don't have
24   any like, experience.
25              DET. D_____:  And the duct tape, what were you
```

1  going to use that for?

2          MR. ROSKE:  Covering windows when I break them.

3          DET. D██████:  Okay.  And the zip ties, what were

4  you going to use those for?

5          MR. ROSKE:  In case I wanted to restrain

6  someone.

7          DET. D██████:  All right.  You know what

8  (indiscernible)?   Everything has been a long day for you.

9  Might be even same with me, haven't gotten much sleep.

10 Let me get a photo of you real quick.  Look straight ahead

11 at me towards (indiscernible).

12      (Detective D██████ takes a picture of Mr. Roske.)

13          DET. D██████:  Okay.  So your parents are in

14 Hawaii.  Are they on vacation, I assume?

15          MR. ROSKE:  Yes.

16          DET. D██████:  Like I said, they -- I'll call and

17 let them know what's going on when I have a more better

18 understanding, and I'll let you know what's going on and

19 then you'll have a better understanding.  Is there

20 anything else I can get for you at the moment?  Do you

21 need more water or anything?

22          MR. ROSKE:  A blanket.

23          DET. D██████:  A blanket?  All right.  Let me see

24 if I can find a blanket for you.

25      (Detective D██████ exits the room at 6:00:47)

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

```
1          (Detective D█████ enters the room at 6:12:52).

2              DET. D█████:  Hey, Nick.  I'm still looking for

3     a blanket.  Let me see what I can find, all right?

4              MR. ROSKE:  Okay.

5          (Detective D█████ exist the room at 6:13:00)

6          (The Officer enters the room at 6:32:05)

7              THE OFFICER:  Sir, you're going back to the

8     other side, okay?  All right. I'll take your cuffs off.

9     Just take it up a little bit.  Okay.

10         (The Officer and Mr. Roske exit the room at 6:32:45)

11         (End of Part 1 of interview at 6:32:45.)

12         (Start of Part 2 of interview at 9:48:46)

13         (The Officer and Mr. Roske enter the room at 9:48:46)

14             THE OFFICER:  I'm sorry because I was not here

15    before.  Are you left handed or right handed?

16             MR. ROSKE:  Right handed.

17             THE OFFICER:  All right.  You can have a seat.

18    This is not going to be easy, is it?  Yeah, no.  Just face

19    the -- turn around knee the left. Let me talk to my

20    supervisor and see if I can get you a blanket somehow.

21    All right?

22             MR. ROSKE:  Okay.

23             THE OFFICER:  Are you feeling all right?

24             MR. ROSKE:  Just cold.

25             THE OFFICER:  Just cold.  That's it.  Nothing
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1   else going on medically?

2            MR. ROSKE:  No.  No.

3            THE OFFICER:  All right.

4        (Detective D███████ enters the room at 9:50:04)

5            DET. D██████:  Thank you.  Hey, Nick.  How are

6   you doing?  It's obvious.

7            THE OFFICER:  Hey, I have a blanket out in the

8   car.

9            DET. D██████:  All right.  I can't -- yeah.  I

10  don't know if they took all the blankets out of the

11  station.

12           THE OFFICER:  Obviously, he's suicidal, too.

13           DET. D██████:  Cold.

14           THE OFFICER:  Whenever somebody's not here, it

15  has to go.

16           DET. D██████:  Okay.

17           THE OFFICE:  All right.  But I'll go grab one

18  from my car.

19           DET. D██████:  All right.  Yeah.  Will that help

20  you, Nick?  All right.  We used to have blankets in the

21  station and they don't have them anymore.  Do you need any

22  water or anything?

23           MR. ROSKE:  No.  Thank you.

24           DET. D██████:  Okay.  We're almost done, and then

25  you'll go to your next step in this process.  Just

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1   finishing up, like, paperwork and things of that nature.

2   We'll get you a blanket so that you can at least warm up

3   some.  How's your -- your meds working okay?

4            MR. ROSKE:  Yup.

5            DET. D██████:  Okay.  So when you were substitute

6   teaching, what did you teach?  Just anything?

7            MR. ROSKE:  Yeah.

8            DET. D██████:  Any ambition of being a teacher?

9            MR. ROSKE:  Yeah.

10           DET. D██████:  We certainly need teachers

11  nowadays.

12           MR. ROSKE:  Uh-huh.

13           DET. D██████:  Well, I think somebody wants to

14  talk to you real quick.  We got a blanket for you.  You

15  can come on in.  Nick, this is two gentlemen that want to

16  talk to you.

17       (Special Agents M██████ and H██████ enter the room.)

18           AGT. M██████:  Hi, Nick.  My name's Ian.

19           DET. D██████:  They're investigators.

20           AGT. H██████:  Nice to meet you.

21           AGT. M██████:  I think they're giving you a

22  blanket.  Is there anything else you need right now?  No?

23  Okay.

24           DET. D██████:  That's a nice blanket.  You have a

25  nice blanket.

39

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1          AGT. M███████:  So, I know you already chatted

2     with -- you already chatted with Mark and I appreciate

3     that.  If you need anything at any time, just let us know.

4     Say, like, "Hey, Matt, Ian," like, you know, I need to,

5     you know, I need to go to the bathroom, I need more water,

6     whatever it is.

7          I'm going to go through some stuff really

8     quickly.  It's very similar to what you covered with Mark

9     earlier, and then we just have some questions.  We'll try

10    and, you know, make this as quick as possible.  I

11    understand, you know, you've been through a lot.  You've

12    probably been up for a while now.  I understand that, so I

13    just want to go through this really quickly and then we

14    can hopefully get out of your hair.

15          So before we ask you any questions, you must

16    understand your rights.  You have the right to remain

17    silent.  Anything you say, can be used against you in

18    court.  You have the right to talk to a lawyer for advice

19    before we ask you any questions.  You have the right to

20    have a lawyer with you during questioning.  If you cannot

21    afford a lawyer, one will be appointed for you before any

22    questioning, if you wish.  If you decide to answer

23    questions now without a lawyer present, you have the right

24    to stop answering at any time.  So, much like you did

25    before with Mark, are you able to read this, if you want

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    to -- if you're able to read that paragraph for me and

2    sign.  Thank you, sir. Appreciate that.

3                Okay, Nick.  So do you prefer Nick or Nicholas?

4                MR. ROSKE:  Doesn't matter.

5                AGT. M▆▆▆▆:  Doesn't matter, okay.  All right.

6    So, I understand like Mark asked you all the questions.

7    I'm going to try and not cover too much of the same stuff.

8    There's some stuff that I may touch on and I'd appreciate

9    it if you can kind of, you know, share with me what you

10   told Mark.  But I also just want to make sure -- and I

11   think the big thing here is not to pepper you with

12   questions or anything.  It's to just better understand and

13   make sure that, you know, nobody else is at risk or in

14   danger here.

15               And so that's the first thing I kind of wanted

16   to talk about.  Do you know if anybody else was planning

17   on doing anything today of going forward that you may have

18   heard of, even if it was completely unconnected to you?

19               MR. ROSKE:  No.

20               AGT. M▆▆▆▆:  No?  Okay.  And can you talk to

21   me and just briefly, if you would, let me know kind of why

22   you came out here to D.C. and to Maryland.

23               MR. ROSKE:  My plan was to kill Mr. Kavanaugh

24   and then myself.

25               AGT. M▆▆▆▆:  Okay.  Okay.  And why did you

1   want to do that?

2          MR. ROSKE:  I've been suicidal for a long time,

3   and when I saw that the leaked draft, it made me upset and

4   then it made me want to -- I don't know.  I was under the

5   -- I was under the delusion that I could make the world a

6   better place by killing him.

7          AGT. M███████:  I understand that.  A lot of

8   people were and still are very upset about that document

9   and just things in general.  I mean, we deal with a lot of

10  people who are upset by things and can certainly

11  understand there are a lot of flicking flames, you know,

12  passions, at the moment.

13         Can you remember kind of leading up to this,

14  obviously, that you -- when you would have heard about

15  this?  Can you remember where you heard about this or

16  where you saw people discussing that event?

17         MR. ROSKE:  The draft?

18         AGT. M███████:  Uh-huh.

19         MR. ROSKE:  Just on the internet, you know,

20  major -- major news sites.

21         AGT. M███████:  Okay.  And did you, you know,

22  talk to anybody about this stuff on any kind of social

23  media or other sites while you're chatting with people?

24         MR. ROSKE:  No.

25         AGT. M███████:  Okay.  Are you on any social

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

 1   media sites?

 2          MR. ROSKE:  I'm on Facebook, but I haven't made

 3   a post on Facebook in years.

 4          AGT. M██████:  Okay.  That's kind of like my

 5   Facebook, very similar.  Is there any other kind of, you

 6   know, chat rooms or forums?  I'm thinking things like, you

 7   know, Discord or places like that that you have accounts?

 8          MR. ROSKE:  No.

 9          AGT. M██████:  No?  Okay.  You can't think of

10   any other, any other sites or social media where you go

11   and maybe, you know, if you don't have an account, kind of

12   posting comments or converse with people?

13          MR. ROSKE:  Reddit, I suppose.

14          AGT. M██████:  Okay.  Do you know your Reddit

15   user name or handle off the top of your head?

16          MR. ROSKE:  No.  It was -- it was randomly

17   generated.

18          AGT. M██████:  Okay.  I'm guessing, was that --

19   do you know if that was linked to like a cell phone number

20   or an email?  What do you normally use for email?

21          MR. ROSKE:  I use Gmail.

22          AGT. M██████:  Okay.  What's your Gmail account

23   name?

24          MR. ROSKE:  One of them is just my last name and

25   my first name at gmail.com.

1      AGT. M███████:  Okay.  So no periods or anything?

2      MR. ROSKE:  No.  No.  No skips and

3  (indiscernible).

4      AGT. M███████:  Okay.  Is that the one you use

5  primarily?

6      MR. ROSKE:  Yes.

7      AGT. M███████:  Okay.  Is that the one you think

8  was probably connected to that Reddit account?

9      MR. ROSKE:  Probably.  I don't know.  I've made

10  a name of all the email accounts.

11      AGT. M███████:  Can you remember any of the other

12  email accounts that you use?

13      MR. ROSKE:  There's one called Pyro, P-y-r-o,

14  Nick.

15      AGT. M███████:  N-i-c-k?

16      MR. ROSKE:  Uh-huh.

17      AGT. M███████:  Okay.

18      MR. ROSKE:  Seven, at gmail.com.

19      AGT. M███████:  What do you use that one for?

20      MR. ROSKE:  That was more casual or for just you

21  know, websites and whatever.

22      AGT. M███████:  Can you remember any of those

23  random websites?

24      MR. ROSKE:  I mean, you know, -- just like, I

25  can't remember.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1          AGT. M██████:  Can you remember kind of what

2    kinds of websites there were, even if you can't remember

3    the exact name of the website?

4          MR. ROSKE:  Yeah.  Just like for video games,

5    you know, like YouTube.  I don't know.  Just --

6          AGT. M██████:  What kind of video games do you

7    play?

8          MR. ROSKE:  All kinds.

9          AGT. M██████:  Okay.  Do you ever talk to folks

10   online about those video games?

11         MR. ROSKE:  Yeah.

12         AGT. M██████:  Okay.  Where do you normally do

13   that?

14         MR. ROSKE:  I have a Discord account.  I deleted

15   it.

16         AGT. M██████:  Do you know when you deleted it?

17         MR. ROSKE:  Sunday.

18         AGT. M██████:  Why did you delete it on Sunday?

19         MR. ROSKE:  Because I was going to -- was

20   planning on not being alive anymore and I didn't want to

21   leave that behind.

22         AGT. M██████:  Okay.  Was there anything on

23   there that you didn't want to leave behind or what kind of

24   -- why would you delete it?

25         MR. ROSKE:  There were just like conversations I

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    have with people that were pretty upsetting to me.

2         AGT. M██████:  Okay.  What about them was

3    upsetting?

4         MR. ROSKE:  I had like made friends online and

5    there's like, a lot of like, you know, just drama.

6         AGT. M██████:  Okay.  What, these friends

7    online, you know, can you describe this drama that you're

8    talking about?

9         MR. ROSKE:  Just like -- just like, you know,

10   being in abusive relationships and, you know, people not

11   being consistent.

12        AGT. M██████:  I'm sorry if you had to deal with

13   those things.  I know that can be really tough.  Sounds

14   like, you know, maybe some of these people were a good ear

15   and you were able to talk to, you know, talk to them and

16   kind of discuss what you were thinking or what you were

17   feeling; is that right?

18        MR. ROSKE:  Yeah.

19        AGT. M██████:  And did you ever discuss with

20   these folks, you know, anything related to why you came

21   here or what they were, you know, what their thoughts on

22   the topic were?

23        MR. ROSKE:  No.  They had stopped talking with

24   me by that time.

25        AGT. M██████:  Before that, can you remember the

 1    kinds of things they said?

 2            MR. ROSKE:  What do you mean?

 3            AGT. M███████:  Like, did they have any of the,

 4    you know, similar, I guess, you know, beliefs or ideas

 5    that you might have mentioned?

 6            MR. ROSKE:  I mean, they had like generally the

 7    same political opinions.

 8            AGT. M███████:  Okay.

 9            MR. ROSKE:  But nothing more specific than that.

10            AGT. M███████:  Okay.  Did they ever talk about

11    taking action or doing anything about stuff they were

12    excited about?

13            MR. ROSKE:  No.  I didn't really talk about that

14    with these people.

15            AGT. M███████:  Okay.  So there was nobody on

16    Discord that you talked about, you know, your travel or,

17    you know, being upset about the Supreme Court or being

18    upset about any other current events or politics or

19    anything?

20            MR. ROSKE:  No, I didn't discuss my travel with

21    anyone and when my sister called me, she asked me where I

22    was because she had no idea where I going and what, you

23    know.

24            AGT. M███████:  And your sister lives back in

25    California, right?

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1          MR. ROSKE:  Yes.

2          AGT. M██████:  Okay.  But she doesn't live with

3   you, right?

4          MR. ROSKE:  Correct.

5          AGT. M██████:  Okay.  Who else lives with you at

6   your address?

7          MR. ROSKE:  My parents.

8          AGT. M██████:  Your parents.  Okay.  And then do

9   you -- I think Mark told me that you kind of use a

10  computer to sort of research things and a computer where

11  maybe you were, you know, talking to folks online and

12  maybe with her where you logged in with those email

13  addresses.  Is that at that home address?

14         MR. ROSKE:  Yes.

15         AGT. M██████:  Okay.  Now, is that in like your

16  room or where in the house is it?

17         MR. ROSKE:  It's in my room.

18         AGT. M██████:  It's in your room, okay.  All

19  right.  So it's definitely something that we -- and again,

20  like, this isn't necessarily focused directly on you.  I

21  mean, I'm sure it seems like a lot of these questions are

22  focused on you, but I really am just here to make sure

23  that, you know, even if, you know, if it was only in

24  passing, but if you came across somebody who was -- who

25  you think might have, you know, gotten to a bad place and

```
 1   thought about doing some bad stuff, that we want to try

 2   and talk to them before anything bad happens, as well.  So

 3   that's kind of one of the main reasons, you know, I'm

 4   asking a lot of questions and kind of focused on that.

 5               Would it be okay if, you know, if we were to

 6   make a phone call and talk to somebody out in California?

 7   Would it be okay if they went and took a look at that

 8   computer for us?

 9               MR. ROSKE:  Why are you asking?

10               AGT. M█████:  Again, we just want to make sure

11   that -- we just want to make sure that everybody's, you

12   know, everybody's safe and if, maybe, you know, maybe it's

13   -- even if it's something you don't remember.  Maybe

14   there's something that, you know, that you, you know, you

15   didn't even see on the computer that was in a, you know, a

16   Reddit comment or, you know, that maybe got saved as a

17   Discord conversation on a server, a channel that maybe you

18   were only even in for a little bit.  We just want to make

19   sure that, again, nobody else is kind of planning anything

20   that's dangerous.  And so that's really what we're

21   concerned about.  It's not necessarily, you know, about

22   why you're here now.  It's also about just making sure

23   that we're keeping everybody else safe to you because the

24   last thing we want to do is, you know, not be able to stop

25   somebody from doing something that they cannot regret
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

```
 1   here.
 2             MR. ROSKE:  (No response.)
 3             AGT. M███████:  Why don't we change gears and
 4   we'll come back to that in a little bit because it sounds
 5   like maybe you're still kind of thinking about it, and I
 6   want to make sure that you, you know, you have time to do
 7   that and be kind of respectful of you and your property.
 8             But, when you were out in California, did you
 9   have a group of friends that you normally met up with or
10   talked to that you might have discussed, not necessarily
11   what, you know, what you came here for, but just the news
12   or events in general who might be able, you know, we might
13   be able to talk to the, you know, just make sure that, you
14   know, everybody's, you know, everybody's okay.
15             MR. ROSKE:  Yeah.
16             AGT. M███████:  Who would that be?
17             MR. ROSKE:  That again was █████ ███████.
18             AGT. H███████:  Do you know how to spell her
19   last name?
20             MR. ROSKE:  ███████████████.
21             AGT. M███████:  Who is ██████████
22             MR. ROSKE:  Her and I met in college.
23             AGT. M███████:  Okay.  And were you -- how would
24   -- what kind of, you know, what kind of friend was she?
25   What did you guys do together.  How often did you meet?
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    What did you talk about?

2            MR. ROSKE:  Lately, the friendship has been

3    pretty rocky.  There was a period of multiple months where

4    we didn't talk at all.  You know, I mean generally we

5    would just discuss media and, you know, we would discuss,

6    you know, whatever is happening in the news and just life

7    in general.

8            AGT. M███████:  What kind of things did she

9    normally share with you?  What kind of -- you know, what

10   did you guys talk about when you discussed those things?

11   Is there anything specific?

12           MR. ROSKE:  She's very idealistic in a way that

13   makes her, I'd say naive

14           AGT. M███████:  Okay.

15           MR. ROSKE:  So an example would be that she

16   thought that -- she wanted to address prison reform and

17   her suggestion was that you teach philosophy to inmates.

18   That was her view of that.  If you talk to them about

19   ethics, that they would become better people.  So she had

20   this perception that if people, like, read certain books,

21   that it would just like fix them and, you know, and I

22   found that to be a realistic way of looking at human

23   behavior.

24           AGENT H███████:  I was curious.  What did you

25   study in college?

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1          MR. ROSKE:  Philosophy.

2          AGT. M████:  Was █████ also, did she also

3   study philosophy?

4          MR. ROSKE:  Yes.

5          AGT. M████:  Does ██████ -- did █████ live

6   nearby or where does she live?

7          MR. ROSKE:  Yes.  She actually lives down the

8   street from me.

9          AGT. H█████:  Did you guys grow up together or

10  just met in college?

11         MR. ROSKE:  We met in college and then found out

12  that we lived very close to each other.

13         AGT. M████:  It's always kind of nice when you

14  know somebody like her from the same area when you're in a

15  different place.  Is there anybody other than Mindy that,

16  you know, that you knew in California that might be able

17  to kind of shed some light on, you know, you know, if

18  there's anybody else engaged in how these discussions,

19  which, you know, maybe weren't even bad but might have

20  just kind of been very, you know, angry or very inflamed

21  at any point?

22         MR. ROSKE:  Yes.  Another person from college,

23  ████████ ███████.  So her name is spelled ██████████

24  ██.

25         AGT. M████:  Uh-huh.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    MR. ROSKE:  And then ███████████.

2    AGT. MONTIJO:  How did you meet ██████████?  You

3  said in college?

4    MR. ROSKE:  Yes, also in college.  Yeah, she

5  goes by ████.

6    AGT. MONTIJO:  Okay.  And what kind of

7  friendship or relationship did you have with ██████

8    MR. ROSKE:  Very similar to ██████.  The three of

9  us actually spent a lot of time together up until

10  recently.

11    AGT. MONTIJO:  Okay.

12    AGT. HOULIHAN:  When's the last time you guys

13  all hung out, generally speaking?

14    MR. ROSKE:  Well, I saw them -- ██████ stopped

15  speaking to ██████ in late December, so I hung out with

16  each of them, like, a couple of times since then, but not

17  as often.

18    AGT. HOULIHAN:  The most recent time in the last

19  couple of months, last couple of weeks?

20    MR. ROSKE:  I hung out with ██████, like, maybe a

21  month ago, and ██████ maybe six weeks, something like that.

22    AGT. HOULIHAN:  Okay.

23    AGT. MONTIJO:  Did you just, you know, meet up

24  with them in person and text and call or did they also,

25  were they also online in any of the groups that you were

1    in online?

2          MR. ROSKE:  No.  No, they didn't -- ████ posts

3    on Facebook pretty regularly.  And ████, to my knowledge,

4    doesn't really use social media.  I guess she uses social

5    media, but not -- she doesn't post a lot.  I don't know.

6    I'm not quite sure.

7          AGT. █████: Forgive me.  I forget the exact

8    time line of a week, but did you ever discuss that with

9    either of them?

10          MR. ROSKE:  Yeah.

11          AGT. M████:  What were their feelings on it?

12          MR. ROSKE:  Essentially, that they were

13    frustrated that that was case, but neither of them were of

14    the perspective that there was really anything we could or

15    should do about it.

16          AGT. M████:  So they never wanted to take

17    action or do anything about it?

18          MR. ROSKE:  Not outside of like, you know, maybe

19    protesting or something.

20          AGT. M████:  Okay.  Yeah, no.  That's

21    understandable.  We're not worried about that.  That would

22    be his right, so, you know, to engage in that kind of

23    activity.  Like I said, we're mostly just worried about if

24    anybody else is, you know, kind of a danger to themself or

25    others.  That's what we're pretty much focused on, is just

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    making sure that everybody is safe.

2              AGT. HOULIHAN:  And just -- I think you kind of

3    already hit on it, but just to double check, that they

4    were not aware of --████ and ████ were not aware of your

5    plan to travel here?

6              MR. ROSKE:  Correct.

7              AGT. MONTIJO:  When you were back at home, you

8    were kind of thinking about traveling here.  I know you

9    spoke to Mark about this a little bit, that you were

10   researching a lot of stuff.  When did that start?

11             MR. ROSKE:  Like stuff particular to this?

12             AGT. MONTIJO:  Yes.

13             MR. ROSKE:  About (indiscernible).

14             AGT. MONTIJO:  And how did you do that, that

15   research?

16             MR. ROSKE:  Just through Google.

17             AGT. HOULIHAN:  What kind of things were you

18   researching?

19             MR. ROSKE:  All sorts of stuff.

20             AGT. HOULIHAN:  Specific to -- we'll start maybe

21   start with specific to your travel here, what kind of

22   research did you do?

23             MR. ROSKE:  Just like how to get into places,

24   you know, other -- just, any kind of like skill or

25   knowledge that would relate to --

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE – Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    AGT. M███████:  Did you ever ask anybody any

2    questions, even if you didn't tell them why you were

3    asking them that question?  Did you ever ask anybody any

4    questions about stuff you researched?

5            MR. ROSKE:  Nobody that I knew.

6            AGT. M███████:  Okay.  So if they weren't people

7    you knew, what kind of people?

8            MR. ROSKE:  Just people on the internet.

9            AGT. M███████:  Okay.

10           MR. ROSKE:  Just, you know, anonymously.

11           AGT. M███████:  Where did you normally do that?

12           MR. ROSKE:  That was on Reddit.

13           AGT. M███████:  On Reddit, okay.  What kinds of

14   Reddit threads were you using to ask those questions?

15           MR. ROSKE:  Just like, a bunch of different

16   ones, depending on what the question was.

17           AGT. M███████:  Okay.  Can you describe like,

18   generally, was it like, you know, were they, you know,

19   about self help, home improvement, politics?  Like, what

20   kinds of areas were they discussing?

21           MR. ROSKE:  Like, likely outcomes.

22           AGT. M███████:  Just like are the likely outcomes

23   or you're saying, like, the outcomes of something

24   specifically?

25           MR. ROSKE:  The outcomes of doing something like

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    what I was thinking about doing.

2           AGT. M██████:  Okay.  What kind of other threads

3    did you use to post some of these questions?  Were there

4    ever any that -- did you ever ask any of these questions

5    in threads where other people might have been of a similar

6    mindset?

7           MR. ROSKE:  Well, when I asked that question,

8    the one I just mentioned, there were people who didn't

9    like the leak, but none of them indicated that, like,

10   actually doing anything would be a good idea.

11          AGT. M██████:  So kind of the context of the

12   conversation was sort of a leak and them maybe somebody

13   said we should do something?

14          MR. ROSKE:  No.  Nobody said "we should do

15   something."

16          AGT. M██████:  Okay.

17          MR. ROSKE:  No.

18          AGT. H██████:  How did you get the Judge's

19   address, simple Google search?

20          MR. ROSKE:  Correct.

21          AGT. M██████:  Do you remember which website or

22   place had that information?

23          MR. ROSKE:  Wikipedia had his neighborhood.

24          AGT. M██████:  Okay.

25          MR. ROSKE:  And then, there was an article that

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1  had a picture of the family's house and looked at the

2  house number.  So I just came out here.

3          AGT. M█████:  Okay.  So Google Search and

4  Wikipedia.  Okay.  Were you ever either on Reddit or

5  Discord or anywhere else?  Did you ever see other people

6  posting that kind of information about other individuals?

7          MR. ROSKE:  Like addresses?

8          AGT. M█████:  Yeah, addresses or identifying

9  information or anything like that?

10          MR. ROSKE:  No.

11          AGT. M█████:  Okay.  Okay.  All right. I

12  appreciate -- you've been able to help us with some of the

13  questions we have, and it sounds like, you know, there's

14  some folks still that, you know, we may be able to talk to

15  you, but it doesn't sound like anybody's in danger.  Do

16  you think anybody else is in danger or are there other

17  people that are going to do anything based on, you know,

18  conversations you've had with anyone, either online or in

19  person?

20          MR. ROSKE:  I find it unlikely.

21          AGT. M█████:  Okay.  You find it unlikely but

22  there's, you know, there's still kind of a chance maybe,

23  even if it was kind of something said off the cuff that

24  sounds like maybe something kind of you're remembering

25  something?

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1          MR. ROSKE:  No, no, no.  I mean, there may be

2     people who are upset who would want to do something

3     similar, but I haven't had any contact with them.

4          AGT. M██████:  Okay.  Okay.  So, you know, I

5     think Mark, you know, he spoke to your sister earlier this

6     morning, and he's, you know, he said he's going to make

7     sure that she knows that you're safe and that's the most

8     important thing right now is that you're safe and

9     everybody else is safe.  I said that a couple times, but

10    that's our priority.

11         Do you know if your sister would be able to get

12    into the house where -- does she have a key, like when

13    people go on vacation or someone else is out of the house?

14         MR. ROSKE:  She might.  I'm not sure.  She

15    doesn't -- says she doesn't live there any more.  I can't

16    remember if she still has a key or doesn't have a key

17    anymore.

18         AGT. M██████:  How far away is she from --

19         MR. ROSKE:  She lives in San Francisco.

20         AGT. M██████:  Okay.  About how far away is

21    that?

22         MR. ROSKE:  I don't know.  Five hour drive.

23         AGT. M██████:  Okay.

24         MR. ROSKE:  Two hour flight, something like

25    that.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

 1          AGT. M███████:  Okay.  Gotcha.  I think somebody

 2  said your folks are on vacation right now.  They're not at

 3  home?

 4          MR. ROSKE:  Correct.

 5          AGT. M██████:  Okay.  Gotcha.  So I do want to

 6  come back to the computer.  We talked a lot about, kind of

 7  the searching and what not.  And like I said, even if it's

 8  just to see if there's something maybe that you didn't see

 9  here that was on a channel or a thread or a server where

10  you only spend a little bit of time with it, that's

11  something that folks are going to want to just, you know,

12  double check to make sure.  So is that something that

13  you'd be willing to let us look at if we could get a hold

14  of that computer?

15          MR. ROSKE:  (No answer.)

16          AGT. H████████:  And we understand that, you

17  know, there's probably some private things on your

18  computer that's maybe a little uncomfortable.  You know,

19  our sole focus here, like Ian just said, is just to vet

20  out the possibility of any other threats or dangers to

21  anybody else.  We're not interested in really anything

22  other than that at this point, so I just want to make that

23  clear.

24          MR. ROSKE:  (No response.)

25          AGT. H████████:  Is there something else that

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1    you're thinking about that you're worried about here that

2    would keep you from wanting us to look at that computer,

3    Nick?

4         MR. ROSKE:  I -- no, no.

5         AGT. M██████:  That probably means somebody

6    would kind of go and they'll pick it up and then they'll

7    do computer things that honestly I don't even really

8    understand.  But, you know, they're going to do that.  And

9    again, like, I want to say how appreciative we are that

10   you were able to kind of help us understand that there's,

11   you know, there isn't any more danger out there, and this

12   is going to help us do that even better.

13        Where -- you said that computer's in your room.

14   You know, kind of -- can you describe where in the room it

15   is and how we would get access to it?

16        MR. ROSKE:  It's (indiscernible).  It's a

17   laptop.

18        AGT. M██████:  Gotcha.  Do you know what kind of

19   laptop it is?

20        MR. ROSKE:  Acer, I think.

21        AGT. M██████:  Okay.  And do you have like a

22   password or a pin or anything on there?

23        MR. ROSKE:  I don't think so.

24        AGT. M██████:  So it just opens and then you're

25   able to kind of log on and do it.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

```
1              MR. ROSKE:  I went to the settings and did a

2     data wipe.

3              AGT. M▬▬▬▬:  When did you do that?

4              MR. ROSKE:  Monday.

5              AGT. M▬▬▬▬:  Monday.  Okay.  So can you help

6     me -- you know, I know, and I don't want to -- I don't

7     want it to seem like I don't believe you because I think,

8     like I said, you've been pretty helpful and cooperative

9     and we're really appreciative of that.  Can you help me

10    understand why, you know, why you would want to do a data

11    wipe if, you know, there wasn't -- it seems like you

12    didn't have any conversations where you were discussing

13    planning anything bad or that he talked about, you know,

14    what you came here to do.  It sounds like you kept that to

15    yourself.  So why do a data wipe if that were the case?

16             MR. ROSKE:  Because I didn't know how anything

17    would be interpreted, like, you know.  Like, say, like,

18    you know -- I had conversations with them where they were

19    like, yeah, I'm pretty frustrated about this ruling.  And

20    I didn't want their relationship to mean, to then mean

21    that they had any kind of similar intentions because I

22    know that not to be the case.

23             AGT. M▬▬▬▬:  Okay.  And I understand that.

24    You know, you want to protect your friends and that's

25    admirable.  Just, you know, just so that we can, you know,
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE – Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

```
 1   we can be sure, do you know if -- do you remember any of

 2   those people that you didn't want to, you know, I guess,

 3   be guilty by association, for lack of a better term?

 4            MR. ROSKE:  Just the people that I mentioned.

 5            AGT. M███████:  Okay.  Kind of the folks online

 6   and █████ and ██████.

 7            MR. ROSKE:  Correct.

 8            AGT. M███████:  Did you delete any other, you

 9   know, accounts or data recently, other than, you know,

10   your Discord on your laptop?

11            MR. ROSKE:  No.

12            AGT. H████████:  I want to go back to the friends

13   online really quickly.  Do you have any -- do you have

14   names or user names of those friends that you chatted

15   with?

16            MR. ROSKE:  They always change their name.

17            AGT. H████████:  Okay.

18            MR. ROSKE:  Yeah.  I mean, these are -- the

19   friends online that I had are people, honestly, that I

20   just, like, play video games with.

21            AGT. M███████:  Okay.  They weren't -- like, I've

22   never met any of them in person.  I only got like a pretty

23   shallow view of their personal lives.  So the vast

24   majority of their conversations was like, do you want to

25   play X video game, what time, you know.
```

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE – Axon_Interview_–_2D_Interview_Room_207_–_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1       AGT. M▮▮▮▮▮:  Okay.

2       MR. ROSKE:  You know, what did you have for

3   food.  Like, just very like basic stuff.

4       AGT. M▮▮▮▮▮:  Is there anybody that you met

5   online that, you know, you maybe said, hey, and you

6   exchanged information and talked on a different platform

7   via text or phone, anything like that?

8       MR. ROSKE:  No.

9       AGT. M▮▮▮▮▮:  No?  Okay.  Again, I, you know, I

10  appreciate you providing us with answers to our questions.

11  Do you have anything else that you can think of that might

12  be able to help us with?

13      AGT. ▮▮▮▮▮:  No, I think that's it.  I mean,

14  I agree with what Ian said.  We appreciate your

15  cooperation.  I understand it's a difficult time currently

16  but , you know, we want to make sure, you know,

17  everybody's all right, like Ian said, you included, so.

18      AGT. M▮▮▮▮▮:  Can you think of anything else

19  that maybe we didn't ask you about that we should know or

20  that, you know, you want to tell us that, you know, we

21  should be thinking about?

22      MR. ROSKE:  Since like the beginning of the

23  year, at least, I've known that they were going on

24  vacation and my thoughts most of the time were that I

25  would kill myself when they were gone.  So my suicidal

1  thoughts have always been present and homicide thoughts

2  are much more fleeting.

3          AGT. M████:  Okay.  I know that everybody is

4  -- it's going to be a tough time, but I'm sure that

5  they'll work through it.  And I know that you're sister's

6  happy that you're safe now, and I'm sure your parents will

7  be, too, so.  So I think we're going to take our stuff and

8  we've got to, you know, just let everybody know that, hey,

9  you know, Nick was very helpful and he said that nobody

10 else is major.  So we want to make sure that they know

11 that's the case, like that's what you're saying and you're

12 telling us the truth, so.  So we're going to go do that,

13 and is there anything else that we can get you, you know,

14 when we step out?

15          MR. ROSKE:  No.  I need to use the restroom.

16          AGT. M████:  Okay.

17          MR. ROSKE:  Anybody that I even vaguely implied

18 violent action would be good idea, immediately told me

19 that that would not be a good idea.

20          AGT. M████:  Okay.

21          MR. ROSKE:  That good people don't do that kind

22 of thing and that it wouldn't really accomplish anything

23 positive.  There was literally zero people that I talked

24 to that even implied that it would -- it would be

25 something admirable or worthwhile.

1          AGT. M███████:  Okay.

2          MR. ROSKE:  Or any of that.

3          AGT. M███████:  Okay.  All right.  Well, I'm glad

4    that's the case and nobody else is, you know, there's

5    nothing else that we need to be worried about, so I'm

6    going to go -- we're going to step out and we'll make sure

7    that somebody comes back so that they can take you to the

8    restroom.  Again, thank you.  Thank you. I appreciate it.

9    And we'll get somebody over here to take you to the

10   restroom.  Okay?

11         MR. ROSKE:  Okay.

12         AGT. M███████:  Thank you.

13         AGT. H███████:  Thanks, Nick.

14      (Special Agents M███████ and H███████ exit the room at

15   10:57:36.)

16      (Detective D███████ enters the room at 10:57:36.)

17         DET. D███████:  All done?

18         AGT. M███████:  Yeah, all done.  He said he just

19   needs to use the restroom.

20         DET. D███████:  Okay.  All right.  Nick, I got to

21   take the blanket real quick.  I'll get an officer to come

22   in here and get you to the restroom.  I got to take the

23   blanket because obviously you won't -- you might hurt

24   yourself with it.

25      (Detective D███████ exists the room at 10:38:03)

1          (Pause.)

2      (Detective D█████ enters the room at 10:39:03)

3          DET. D█████:  Nick, (indiscernible) now, than

4   make you wait.  All right.  Let's see here.  Go ahead and

5   stand up or least so I can reach this.  I can't see.  Go

6   ahead and stand up.  Turn around.  All right.  Come this

7   way.

8      (Detective D█████ and Mr. Roske exit the room at

9   10:40:06 a.m.)

10      (Detective D█████ and Mr. Roske return to the room at

11   10:43:40.)

12          DET. D█████:  You can go ahead and have a seat.

13      (Detective D█████ exits the room at 10:44:33)

14      (Detective D█████ enters the room at 10:54:55)

15          DET. D█████:  Hey Nick, I'm going to give you

16   this blanket.  Oops.  There you go.  They're still

17   talking.  They're not done.

18      (Detective D█████ exits the room at 10:55:06)

19      (Detective D█████ and Special Agent H████████ enter

20   the room at 11:29:30.)

21          DET. D█████:  All right.  We're almost there.  I

22   think you've met this gentleman.

23          AGT. H████████:  We have.

24          DET. D█████:  We're taking you so you can get

25   processed and all that.  Be right back.

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1           AGT. ██████:  Okay.

2      (Detective exits the room at 11:29:56.)

3           AGT. ██████:  So, Nick, where we're headed,

4   we're going to be heading to the courthouse for your

5   initial appearance.  So what happens when you get there is

6   just, the Judge is going to explain to you, you know, why

7   you're there, any charges you're going to be looking at,

8   things like that.  So that's where we're headed right now.

9   We're going to hook you up and we're just going to drive

10  you over there.  It's not too far from where we're at

11  right now.

12          MR. ROSKE:  Okay.

13          DET. D██████:  Let me get the shoes.  Once I get

14  your shoes on.

15     (Detective D██████ exits at 11:30:34)

16          AGT. ██████:  You don't have any -- you don't

17  have any necklace or any jewelry or anything like that?

18          MR. ROSKE:  (Shakes head "no")

19     (Detective D██████ returns with shoes at 11:30:48)

20          DET. D██████:  You want to put your shoes on?

21  (indiscernible).

22          AGT. ██████:  You can stay seated for a

23  minute.  If you can just take your leg out.  The right

24  one.  Okay.  And  stand up.  Just put your arms like that.

25  You all right?  Is that too tight?

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

1          MR. ROSKE:  No, sir.

2          DET. D█████:  Go ahead and take a step forward.

3          AGT. H███████:  Yeah.  Step forward, please.  Do

4    you mind dragging this around?  Can you hold this latch

5    here?  Thanks.  Put your hands out.  You can

6    (indiscernible).  Okay, Nick.  (indiscernible).

7       (End of interview at 11:35:15)

1               TRANSCRIBER'S CERTIFICATE

2          This is to certify that the foregoing interview

3    of Nicholas Roske in the matter of USA v. Nicholas Roske,

4    Case No. PJM-22-209, was recorded on digital media with

5    video on June 8, 2022.

6          I hereby certify that the interview herein

7    contained was transcribed by me or under my direction.

8    That said transcript is a true and accurate record to the

9    best of my ability and constitutes the official transcript

10   thereof.

11         In witness thereof, I have hereunto subscribed

12   my name this 20th day of December, 2024.

13

14

15

16

17   _____

18         Kelly Taylor-Marshall, President

19

20

21

22

23

24

25

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

70

**A**

**A-l-e-j-a-n-d-** 51:23
**a.m** 22:13,16 66:9
**ability** 69:9
**able** 16:3,5,15 32:13
    39:25 40:1 45:15
    48:24 49:12,13
    51:16 57:12,14
    58:11 60:10,25
    63:12
**Absolutely** 25:10,19
**abusive** 45:10
**access** 60:15
**accessible** 12:10
**accomplish** 64:22
**account** 42:11,22
    43:8 44:14
**accounts** 42:7 43:10
    43:12 62:9
**accurate** 69:8
**Acer** 60:20
**acknowledges** 18:4
**action** 29:14 46:11
    53:17 64:18
**actively** 16:9
**activity** 53:23
**address** 9:14 14:8
    47:6,13 50:16 56:19
**addresses** 47:13 57:7
    57:8
**administer** 7:13 23:8
**admirable** 61:25
    64:25
**Adrian** 19:13,13,17
    19:20,22,25 20:4,7
    20:10,14,21,25 21:3
    21:8,12,17 22:1,3,6
    22:9,14,17,19,21,23
    23:4,9,16,23 24:2
    24:11,13,16,20,23
    25:1,6,10,12,17,19
**adult** 32:24
**advice** 39:18
**advise** 5:2,3
**advised** 5:12
**afford** 4:17 39:21

**Agent** 1:11,12 50:24
    66:19
**Agents** 38:17 65:14
**ages** 30:14,15
**ago** 10:2,3 15:2,12
    20:2,4 26:17,18,19
    28:5,10 52:21
**agree** 63:14
**AGT** 38:18,20,21
    39:1 40:5,20,25
    41:7,18,21,25 42:4
    42:9,14,18,22 43:1
    43:4,7,11,15,17,19
    43:22 44:1,6,9,12
    44:16,18,22 45:2,6
    45:12,19,25 46:3,8
    46:10,15,24 47:2,5
    47:8,15,18 48:10
    49:3,16,18,21,23
    50:8,14 51:2,5,9,13
    51:25 52:2,6,11,12
    52:18,22,23 53:7,11
    53:16,20 54:2,7,12
    54:14,17,20 55:1,6
    55:9,11,13,17,22
    56:2,11,16,18,21,24
    57:3,8,11,21 58:4
    58:18,20,23 59:1,5
    59:16,25 60:5,18,21
    60:24 61:3,5,23
    62:5,8,12,17,21
    63:1,4,9,13,18 64:3
    64:16,20 65:1,3,12
    65:13,18 66:23 67:1
    67:3,16,22 68:3
**ahead** 3:24 6:18
    34:14,15 35:10 66:4
    66:6,12 68:2
**airport** 5:22,25 8:17
    11:19
**alcohol** 2:23
    ▮▮▮▮▮▮▮▮51:23 52:2
    ▮▮▮▮52:5,7,14,21
    53:3 54:4 62:6
**alive** 44:20
**allowed** 23:7
**Amazon** 28:4,5

**ambition** 38:8
**AMICUS** 1:17
**Android** 34:4,5
**angry** 29:7 31:18
    51:20
**anonymously** 55:10
**answer** 26:21 29:8
    39:22 59:15
**answering** 39:24
**answers** 63:10
    ▮▮▮▮21:15
**anybody** 6:6,8 11:1
    12:20 16:20 27:15
    29:11 31:2 40:16
    41:22 51:15,18
    53:24 55:1,3 57:16
    59:21 63:4 64:17
**anybody's** 57:15
**anymore** 37:21 44:20
    58:17
**anyway** 15:10
**appearance** 67:5
**appointed** 4:17 39:21
**appreciate** 20:6
    26:21 39:2 40:2,8
    57:12 63:10,14 65:8
**appreciative** 60:9
    61:9
**appropriate** 19:7
    27:8
**approximately** 22:12
**area** 10:5 51:14
**areas** 55:20
**arms** 67:24
**arrest** 27:4
**arrested** 18:12
**arrive** 8:22
**arrived** 8:17,21,25
    9:19 10:13 13:21
**article** 9:13 56:25
**arts** 4:6,7
**asked** 12:6 40:6
    46:21 56:7
**asking** 17:3 48:4,9
    55:3
**associates** 17:23
**association** 62:3

**assume** 35:14
**authorized** 25:7
**Avenue** 28:25
**avoid** 12:13 18:16
**aware** 54:4,4
**Axon_Interview_-...**
    1:4

**B**

**bachelor** 4:6
**bachelors** 4:4,8
**back** 19:8 25:13 33:8
    33:13 34:13 36:7
    46:24 49:4 54:7
    59:6 62:12 65:7
    66:25
**backpack** 3:9 7:10,12
    17:4,6,7,8
**bad** 9:25 47:25 48:1
    48:2 51:19 61:13
**badges** 14:19
**bag** 8:18 17:4 34:18
**bags** 18:24
**Baltimore** 1:18 8:22
**based** 29:20 57:17
**basic** 63:3
**basically** 8:10
**basics** 6:5
**bat** 6:4
**bathroom** 39:5
**Beg** 19:24
**beginning** 63:22
**begins** 2:2
**behavior** 50:23
**beliefs** 46:4
**believe** 17:11 61:7
**belong** 29:23
**best** 69:9
**bet** 5:24
**better** 2:6 11:5 26:24
    35:17,19 40:12 41:6
    50:19 60:12 62:3
**big** 4:18 11:12 17:4
    19:5 24:22 40:11
**biggest** 15:3
**bit** 8:14 34:23 36:9
    48:18 49:4 54:9

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

71

59:10
**blanket** 35:22,23,24
  36:3,20 37:7 38:2
  38:14,22,24,25
  65:21,23 66:16
**blankets** 37:10,20
**blood** 23:2
**blue** 3:9 19:11,11,12
**books** 50:20
███████ 21:16
**bottle** 23:10
**bottles** 24:17
**bought** 10:2,6 14:16
**box** 19:9,12
**Boy** 14:16
**break** 15:25 35:2
**breathing** 22:1
**briefly** 40:21
**bring** 26:1
**brought** 9:25 26:7
**Buffalo** 31:22
**bunch** 55:15
**burglary** 27:23,24
**buy** 8:19
**buying** 10:7

**C**

**California** 5:14 7:9
  13:4 22:13 29:2
  32:25 46:25 48:6
  49:8 51:16
**call** 11:9 18:16 19:4
  27:24 30:7 31:3,3,5
  34:1 35:16 48:6
  52:24
**called** 10:5 11:2,13
  11:25 13:11,18,20
  18:10 33:24,24
  43:13 46:21
**calling** 12:12
**calm** 6:17
**Camarino** 10:4,5
**can't** 7:24 21:9 23:5
  23:14,14 32:15 37:9
  42:9 43:25 44:2
  58:15 66:5
**capable** 16:12

**car** 13:18 37:8,18
**care** 12:20 27:9 33:8
**caring** 13:23 16:15
**case** 1:7 12:10 35:5
  53:13 61:15,22
  64:11 65:4 69:4
**casual** 43:20
**causing** 21:22
**cell** 42:19
**center** 26:8,9
**certain** 10:5 50:20
**certainly** 38:10 41:10
**CERTIFICATE** 69:1
**certify** 69:2,6
**chance** 18:17 57:22
**change** 49:3 62:16
**channel** 48:17 59:9
**charged** 4:25 27:5
**charges** 5:1 27:9 67:7
**Chase** 10:14
**chat** 42:6
**chatted** 39:1,2 62:14
**chatting** 41:23
**check** 8:17 20:15
  54:3 59:12
**chest** 22:3
**Chevy** 10:14
**chief** 6:4
**child** 15:6
**circumstances** 12:15
**civil** 29:10
**clear** 15:23 59:23
**cliff** 13:18
**close** 51:12
**code** 34:7
**cold** 21:24 36:24,25
  37:13
**college** 16:21 29:25
  49:22 50:25 51:10
  51:11,22 52:3,4
**come** 3:23,25 6:9
  7:13,23 10:1 16:22
  17:14 27:22 33:7
  38:15 49:4 59:6
  65:21 66:6
**comes** 65:7
**coming** 6:23

**comment** 48:16
**comments** 42:12
**Commissioner** 4:22
  4:24
**completely** 40:18
**computer** 28:20,21
  28:22 47:10,10 48:8
  48:15 59:6,14,18
  60:2,7
**computer's** 60:13
**concern** 6:4 17:13
  19:5
**concerned** 6:20 11:2
  33:25 48:21
**condition** 27:7
**conditions** 2:18 7:6
**connected** 4:23 43:8
**consistent** 31:7 45:11
**consistently** 21:2
**constitutes** 69:9
**constructive** 15:15
**contact** 58:3
**contained** 69:7
**context** 56:11
**continue** 17:16
**control** 32:1,5
**conversation** 48:17
  56:12
**conversations** 44:25
  57:18 61:12,18
  62:24
**converse** 42:12
**convicted** 15:9
**cooperating** 24:3
**cooperation** 63:15
**cooperative** 18:15
  26:22 34:11 61:8
**copy** 5:1
**corner** 16:23
**correct** 5:10 6:15
  16:7 20:18 21:13
  24:14,24 28:10 47:4
  54:6 56:20 59:4
  62:7
**counsel** 5:2
**County** 2:12
**couple** 52:16,19,19

58:9
**course** 27:10
**court** 4:22 9:8 31:21
  32:5 39:18 46:17
**courthouse** 67:4
**cover** 40:7
**covered** 39:8
**Covering** 35:2
**crazy** 5:24
**crime** 31:10
**crowbar** 26:4,5
**crowded** 17:1
**cuff** 57:23
**cuffs** 36:8
**curiosity** 29:3 32:19
  34:10
**curious** 15:24 29:8
  50:24
**current** 19:14 31:21
  46:18
**currently** 20:11
  25:13 63:15
**custody** 5:3 12:19

**D**

**D.C** 8:22 40:22
**daily** 20:17
**danger** 40:14 53:24
  57:15,16 60:11
**dangerous** 48:20
**dangers** 59:20
**data** 61:2,10,15 62:9
**DATE** 1:10
**day** 29:19,19 35:8
  69:12
**days** 3:10
**deal** 41:9 45:12
**December** 52:15
  69:12
**decide** 39:22
**decided** 6:13 11:9
  12:4
**decision** 6:13 11:11
  11:12 12:14,16,18
  29:7
**declared** 11:20
**definitely** 3:21 27:7

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

29:21 47:19
**degree** 4:4,9 16:21
**delete** 44:18,24 62:8
**deleted** 44:14,16
**delusion** 41:5
**department** 28:1
**depending** 55:16
██████ 3:3 15:4
21:7,13
**depressive** 21:15
**describe** 24:20 45:7
55:17 60:14
**DET** 2:5,8,11,14,20
2:25 3:4,8,11,15,19
3:22 4:5,8,11 5:8
5:11,16,19,22,24
6:8,12,16,23 7:1,3,5
7:12,16,20,22 8:4,6
8:19,21,24 9:2,4,7
9:11,18,21,23 10:3
10:6,10,13 11:1,10
11:16,22,25 12:2,4
12:11,14,23,25 13:5
13:9,11,14,16,22
14:1,3,5,8,13,18,21
15:13,19,23 16:2,7
16:13 17:5,7,9,12
17:18,20,24 18:2,5
18:9,13,18,20,22,25
19:4 24:7,12 25:15
25:18,21 26:1,4,6,9
26:12,16,19 27:3,19
28:2,5,8,12,19,22
29:2,6,11,14,17,20
30:2,4,6,9,13,15,18
30:23 31:2,8,11,13
31:17,19 32:1,4,9
32:12,18,22,25 33:3
33:7,23 34:5,7,9,18
34:21,25 35:3,7,13
35:16,23 36:2 37:5
37:9,13,16,19,24
38:5,8,10,13,19,24
65:17,20 66:3,12,15
66:21,24 67:13,20
68:2
**detective** 1:11 2:4,11

17:2 27:17,18 33:10
33:22 35:12,25 36:1
36:5 37:4 65:16,25
66:2,8,10,13,14,18
66:19 67:2,15,19
**determination** 5:3
**determine** 13:8
**diagnosed** 21:14
**didn't** 11:6 16:13
20:18 30:1 44:20,23
46:13,20 48:15 50:4
53:2 55:2 56:8 59:8
61:12,16,20 62:2
63:19
**die** 8:16
**different** 3:10 31:5,6
51:15 55:15 63:6
**difficult** 63:15
**digital** 1:24 69:4
**direction** 31:7 69:7
**directly** 47:20
**discomfort** 21:22
**Discord** 42:7 44:14
46:16 48:17 57:5
62:10
**discuss** 45:16,19
46:20 50:5,5 53:8
**discussed** 49:10
50:10
**discussing** 41:16
55:20 61:12
**discussions** 51:18
**disorder** 21:15,15,16
**district** 4:21,22 31:1
**diverse** 30:18
**doctor** 3:25
**document** 41:8
**doesn't** 40:4,5 47:2
53:4,5 57:15 58:15
58:15,16
**doing** 8:7 11:3 15:5
15:17 16:12,16
20:16 28:9 37:6
40:17 46:11 48:1,25
55:25 56:1,10
**don't** 2:16,22,23 4:1
4:19 6:1,18 7:12,13

7:18 12:16 13:5
16:9,11,17 17:11,25
18:3 20:11,22,23
22:25 23:2,11,23
24:16 26:21 28:17
29:8,18,18,19 32:6
34:23 37:10,21 41:4
42:11 43:9 44:5
48:13 49:3 53:5
58:22 60:7,23 61:6
61:6,7 64:21 67:16
67:16
**Donna** 1:15
**door** 9:14 17:2
**dose** 3:13,18 22:12
**doses** 21:1
**double** 54:3 59:12
**draft** 8:14 41:3,17
**dragging** 68:4
**drama** 45:5,7
**drink** 2:23
**drive** 10:21 13:18
58:22 67:9
**driver's** 14:9
**dropped** 10:16
**D**█████ 1:11 2:5,8,11
2:11,14,20,25 3:4,8
3:11,15,19,22 4:5,8
4:11 5:8,11,16,19
5:22,24 6:8,12,16
6:23 7:1,3,5,12,16
7:20,22 8:4,6,19,21
8:24 9:2,4,7,11,18
9:21,23 10:3,6,10
10:13 11:1,10,16,22
11:25 12:2,4,11,14
12:23,25 13:5,9,11
13:14,16,22 14:1,3
14:5,8,13,18,21
15:13,19,23 16:2,7
16:13 17:5,7,9,12
17:18,20,24 18:2,5
18:9,13,18,20,22,25
19:4 24:7,12 25:15
25:18,21 26:1,4,6,9
26:12,16,19 27:3,17
27:18,19 28:2,5,8

28:12,19,22 29:2,6
29:11,14,17,20 30:2
30:4,6,9,13,15,18
30:23 31:2,8,11,13
31:17,19 32:1,4,9
32:12,18,22,25 33:3
33:7,10,22,23 34:5
34:7,9,18,21,25
35:3,7,12,13,16,23
35:25 36:1,2,5 37:4
37:5,9,13,16,19,24
38:5,8,10,13,19,24
65:16,17,20,25 66:2
66:3,8,10,12,13,14
66:15,18,19,21,24
67:13,15,19,20 68:2
**duct** 34:25
**Dulles** 8:23,24,25
**duty** 23:17

─────────────

**E**

**ear** 45:14
**earlier** 39:9 58:5
**early** 15:1
**easier** 31:25 32:7
**easy** 36:18
**educational** 4:3
**either** 23:2 53:9 57:4
57:18
**elementary** 30:16,20
**email** 42:20,20 43:10
43:12 47:12
**emergency** 13:12
**emotional** 29:21
**empty** 10:19
**EMS** 7:13,15,23
25:16
**EMT** 19:13,14,17,20
19:22,25 20:4,6,7
20:10,14,21,25 21:3
21:8,12,17,18,22,25
22:1,3,6,7,9,14,17
22:19,20,21,22,23
23:4,9,16,23 24:1,2
24:11,13,16,20,23
25:1,6,10,12,17,19
25:20

Case 8:22-cr-00209-DLB    Document 106-7    Filed 09/19/25    Page 73 of 82

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

73

**EMTs** 18:24 24:5
**encounter** 12:8,13
**enforcement** 12:8
**engage** 53:22
**engaged** 51:18
**English** 5:9
**enjoy** 16:11
**enter** 18:24 36:13
    38:17 66:19
**entering** 26:14,14
**enters** 2:3,4 27:18
    33:11,22 36:1,6
    37:4 65:16 66:2,14
**entire** 4:20
    ██████ 2:19 3:21
    6:21 7:6 19:18 21:7
    21:12
**episode** 27:14
**essentially** 17:23
    53:12
**ethics** 50:19
**evaluation** 13:12
**evening** 20:20
**event** 41:16
**events** 46:18 49:12
**eventually** 27:21
**everybody** 15:13
    16:18,19 48:23 54:1
    58:9 64:3,8
**everybody's** 48:11,12
    49:14,14 63:17
**everyday** 29:19
**exact** 44:3 53:7
**exactly** 4:19 12:15
    15:17 27:5 34:1
**example** 50:15
**exchanged** 63:6
**excite** 29:22
**excited** 46:12
**exist** 36:5
**exists** 65:25
**exit** 24:5 25:20 33:17
    36:10 65:14 66:8
**exits** 27:17 33:10,21
    35:25 66:13,18 67:2
    67:15
**experience** 34:24

**explain** 67:6
**extremely** 14:25

**F**
**face** 36:18
**Facebook** 42:2,3,5
    53:3
**factor** 31:20
**family's** 57:1
**far** 34:14,15 58:18,20
    67:10
**father** 14:1
**fears** 6:17
**feel** 19:15 31:17
**feeling** 6:25 20:10
    27:13 36:23 45:17
**feelings** 53:11
**feels** 16:18
**Fifty-one** 13:7
**figured** 12:18
**FILE** 1:3
**find** 15:15 35:24 36:3
    57:20,21
**fine** 20:11
**finger** 22:24
**fingers** 22:24
**finishing** 38:1
**firearm** 10:7 14:15
    14:20 32:15,19
**firearms** 14:14 32:3,8
**fired** 14:16,17
**first** 3:18 14:15 22:12
    40:15 42:25
**five** 32:15,17 58:22
**fix** 50:21
**flames** 41:11
**Flat** 26:2
**fleeting** 64:2
**flicking** 41:11
**flight** 8:16 58:24
**focus** 59:19
**focused** 47:20,22
    48:4 53:25
**folks** 33:24 44:9
    45:20 47:11 57:14
    59:2,11 62:5
**follow** 29:4

**food** 17:9 63:3
**foregoing** 69:2
**foremost** 27:12
**forget** 53:7
**Forgive** 53:7
**forums** 42:6
**forward** 40:17 68:2,3
**found** 50:22 51:11
**Francisco** 58:19
**friend** 49:24
**friends** 29:23,25 45:4
    45:6 49:9 61:24
    62:12,14,19
**friendship** 50:2 52:7
**front** 9:14
**frustrated** 53:13
    61:19
**future** 16:18

**G**
**game** 62:25
**games** 44:4,6,10
    62:20
**gears** 49:3
**general** 24:17 41:9
    49:12 50:7
**generalized** 21:15
**generally** 6:25 9:9
    46:6 50:4 52:13
    55:18
**generated** 42:17
**gentleman** 24:9
    66:22
**gentlemen** 19:6 38:15
**getting** 34:9
**give** 4:1 22:24 24:9
    66:15
**given** 27:6
**giving** 16:16 23:19
    38:21
**glad** 16:13,15 65:3
**Gmail** 42:21,22
**gmail.com** 42:25
    43:18
**go** 2:14 3:24 6:18
    11:4 17:21 25:8
    37:15,17,25 39:5,7

39:13 42:10 58:13
    60:6 62:12 64:12
    65:6 66:4,5,12,16
    68:2
**goes** 16:21 52:5
**going** 2:15 3:22 4:11
    4:18,19,20 6:2,3
    7:22 8:8 11:22
    13:17 15:16 16:3,17
    16:22 17:14 19:4,6
    20:15,15 22:23,24
    22:25 24:9 25:22
    26:12,24 27:1,2,5,8
    27:9,25 32:5 33:4
    33:12 34:2,13,14
    35:1,4,17,18 36:7
    36:18 37:1 39:7
    40:7,17 44:19 46:22
    57:17 58:6 59:11
    60:8,12 63:23 64:4
    64:7,12 65:6,6
    66:15 67:4,6,7,9,9
**good** 2:23 11:10
    12:14,18 13:23 15:7
    18:5,5 20:16 23:19
    45:14 56:10 64:18
    64:19,21
**Google** 9:15 54:16
    56:19 57:3
**Googled** 9:12
**Gotcha** 59:1,5 60:18
**gotten** 35:9 47:25
**grab** 37:17
**graduated** 17:23
**gray** 17:6,7,8
**great** 23:16
**group** 30:18 49:9
**groups** 29:23 52:25
**grow** 51:9
**guarantee** 24:13
**guess** 11:17 28:18
    33:24 46:4 53:4
    62:2
**guessing** 42:18
**guilty** 62:3
**gun** 9:25 10:1,4
    11:17 12:2 31:22

Case 8:22-cr-00209-DLB    Document 106-7    Filed 09/19/25    Page 74 of 82

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

74

32:1,5,5 33:1
**guy** 16:14,20,21
**guys** 23:7 34:11,12
    49:25 50:10 51:9
    52:12

---

**H**

**hadn't** 34:15
**hair** 39:14
**hammer** 26:2
**hand** 33:13
**handed** 36:15,15,16
**handle** 42:15
**hands** 68:5
**hang** 24:4
**happen** 16:18
**happened** 8:1 10:15
    31:14
**happening** 50:6
**happens** 20:22 48:2
    67:5
**happy** 9:24 24:8
    27:20 64:6
**hard** 11:11
**haven't** 2:24 3:14
    25:23 35:9 42:2
    58:3
**Hawaii** 35:14
**he's** 7:17 34:10 37:12
    58:6,6
**head** 34:17 42:15
    67:18
**headed** 67:3,8
**heading** 67:4
**health** 10:23 13:19
    17:13 27:12
**heard** 8:13 31:21
    40:18 41:14,15
**hearing** 5:4 31:23
**help** 6:9 15:14 16:23
    16:23 23:7,14 37:19
    55:19 57:12 60:10
    60:12 61:5,9 63:12
**helpful** 61:8 64:9
**here's** 20:14 24:12
**hereunto** 69:11
**hey** 2:5 7:3 31:3 36:2

37:5,7 39:4 63:5
    64:8 66:15
**Hi** 19:13 24:7 38:18
**high** 30:16,22
**hit** 34:16 54:3
**hobbies** 30:4
**hold** 13:3,8 32:16
    59:13 68:4
**holds** 15:1
**hole** 26:11
**home** 47:13 54:7
    55:19 59:3
**homicidal** 11:15
**homicide** 64:1
**honestly** 34:16 60:7
    62:19
**hook** 67:9
**hopefully** 39:14
**horrific** 31:14
**hospital** 23:18 27:1
**H████** 1:12 38:17
    38:20 49:18 50:24
    51:9 52:12,18,22
    53:7 54:2,17,20
    56:18 59:16,25
    62:12,17 63:13
    65:13,14 66:19,23
    67:1,3,16,22 68:3
**hour** 7:2 58:22,24
**hours** 3:17 7:7 22:12
    22:15 25:11,12
**house** 8:10 9:12,14
    9:15,16,17 10:17,20
    14:12 15:19 16:6
    28:23 47:16 57:1,2
    58:12,13
**How's** 2:20 14:3 38:3
**human** 50:22
**hung** 52:13,15,20
**hurt** 65:23

---

**I**

**I'd** 34:1 40:8 50:13
**I'll** 3:24 6:17 19:8
    23:24 25:17 33:7,8
    33:14 35:16,18 36:8
    37:17 65:21

**I'm** 2:11,15 3:3,22,25
    4:11,18,19 6:20 7:9
    8:10 9:24 13:5 14:7
    15:4,24 16:13,15
    19:4,13 20:14,15
    21:19,24 22:23,24
    22:25 27:3,3,4,21
    29:7 32:2 33:12
    34:9 36:2,14 39:7
    40:7 42:2,6,18
    45:12 47:21 48:3
    53:6 58:14 61:19
    64:4,6 65:3,5 66:15
**I've** 5:6 8:2 10:24
    13:3 16:8 19:17
    21:1,14 25:6 32:24
    41:2 43:9 62:21
    63:23
**Ian** 1:11 38:18 39:4
    59:19 63:14,17
**ice** 26:10
**idea** 15:13 32:2 46:22
    56:10 64:18,19
**idealistic** 50:12
**ideas** 16:3 46:4
**identifying** 57:8
**ill** 27:13
**imagine** 7:24
**immediately** 10:17
    11:9 64:18
**implied** 64:17,24
**important** 58:8
**improvement** 55:19
**inclination** 31:8
**included** 63:17
**indicated** 56:9
**indiscernible** 8:9,15
    11:23 15:22 22:25
    27:20 30:11,25
    31:23 33:13,15,16
    33:20 35:8,11 43:3
    54:13 60:16 66:3
    67:21 68:6,6
**individuals** 57:6
**inflamed** 51:20
**inform** 4:13,24
**information** 25:16

56:22 57:6,9 63:6
**initial** 5:9,11 13:17
    67:5
**inmates** 50:17
**insight** 29:22
**instructed** 11:16 12:5
**intention** 10:8 12:12
**intentions** 61:21
**interested** 59:21
**International** 8:23
**internet** 41:19 55:8
**interpreted** 61:17
**interview** 1:1,13,24
    2:1 36:11,12 68:7
    69:2,6
**INTERVIEWERS**
    1:11
**investigators** 38:19
**involuntary** 13:7
**Iphone** 34:3
**ironic** 32:12,14,14
**isn't** 34:16 47:20
    60:11
**isolated** 14:25
**issues** 16:24 19:14
    20:11 23:2 27:6
    32:23
**it's** 6:13 7:19,20 9:10
    10:5 11:12 12:18
    13:2,7,11,14 16:11
    17:1,4,6,8,25 19:2
    21:10,22 23:9,16
    25:3,10 26:10,11
    27:9 30:17 31:3,6
    32:16,23 34:4 37:6
    39:8 40:12 47:17,18
    47:19 48:12,13,21
    48:22 51:13 59:7
    60:16,16 63:15 64:4
    67:10

---

**J**

**jewelry** 67:17
**judge** 5:4 67:6
**Judge's** 56:18
**judicial** 4:23
**June** 1:10 69:5

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

75

**Justice** 9:8

**K**

████ 49:20
**Kavanaugh** 10:11
  40:23
**keep** 60:2
**keeping** 10:20 48:23
**keeps** 17:3
**Kelly** 69:18
████ 49:17
████ 3:2 21:6
  24:21 25:3
**kept** 13:20 61:14
**key** 58:12,16,16
**kill** 10:11 16:8 40:23
  63:25
**killing** 15:2 41:6
**kind** 8:13 12:8 14:19
  15:24 18:16 21:4
  26:1,10 31:6,10
  40:9,15,21 41:13,22
  42:4,5,11 44:1,6,23
  45:16 47:9 48:3,4
  48:19 49:5,7,24,24
  50:8,9 51:13,17,20
  52:6 53:22,24 54:2
  54:8,17,21,24 55:7
  56:2,11 57:6,22,23
  57:24 59:6 60:6,10
  60:14,18,25 61:21
  62:5 64:21
**kinds** 44:2,8 46:1
  55:13,20
**knee** 36:19
**knew** 9:9 13:18,19
  34:16 51:16 55:5,7
**know** 2:16 4:1,19 6:1
  6:2,4,23 7:12,14,18
  8:12 9:7,25 11:5,6
  11:7,11,19,19 12:9
  12:16 13:5 16:9,11
  16:17,22 17:1,25
  18:3,5,13 19:5,6
  20:21 22:10 23:11
  23:15 24:8,16 26:11
  26:21,22,23,24 27:5

27:7,11,13,15 28:17
  31:25 32:6,21 33:2
  33:25 34:1,19 35:7
  35:17,18 37:10 39:1
  39:3,4,5,10,11 40:9
  40:13,16,21 41:4,11
  41:19,21 42:6,7,11
  42:14,19 43:9,21,24
  44:5,5,16 45:5,7,9
  45:10,13,14,15,20
  45:21 46:4,4,16,17
  46:23 47:11,23,23
  47:25 48:3,5,12,12
  48:14,14,15,16,21
  48:24 49:6,11,12,13
  49:14,14,18,24 50:4
  50:5,6,9,21 51:14
  51:16,17,17,19,20
  52:23 53:5,18,22,24
  54:8,24 55:10,18,18
  57:13,14,17,22 58:4
  58:5,6,11,22 59:11
  59:17,18 60:8,11,14
  60:18 61:6,6,10,11
  61:13,16,17,18,22
  61:24,25,25 62:1,2
  62:9,9,25 63:2,5,9
  63:16,16,19,20,20
  64:3,5,8,8,9,10,13
  65:4 67:6
**knowledge** 53:3
  54:25
**known** 8:8 10:25
  63:23
**knows** 58:7

**L**

**L.A** 5:23,24
**lack** 62:3
**laptop** 60:17,19
  62:10
**latch** 68:4
**late** 8:17 52:15
**Lately** 50:2
**law** 12:8
**laws** 32:5 33:1
**lawyer** 4:16,17 39:18

39:20,21,23
**leading** 41:13
**leak** 56:9,12
**leaked** 8:13 29:6 41:3
**leave** 44:21,23
**left** 36:15,19
**leg** 67:23
**legally** 11:19
**Let's** 66:4
**level** 4:3
**license** 14:9
**life** 11:7 26:24 50:6
**light** 19:11 51:17
**line** 13:20 53:8
**linked** 42:19
**literally** 64:23
**little** 8:14 15:2 22:25
  34:23 36:9 48:18
  49:4 54:9 59:10,18
**live** 10:5 14:11 47:2
  51:5,6 58:15
**lived** 9:8,10 51:12
**lives** 46:24 47:5 51:7
  58:19 62:23
**living** 14:9,24,24
**LLC** 1:17
**LOCATION** 1:13
**lock** 34:19
**locks** 34:19
**log** 60:25
**logged** 47:12
**long** 2:24 7:1 8:2,4,9
  16:9 21:10 22:9
  26:17 28:5 32:24
  35:8 41:2
**look** 23:5,12 25:8
  29:18 35:10 48:7
  59:13 60:2
**looked** 9:15 25:23
  57:1
**looking** 34:18 36:2
  50:22 67:7
**lookout** 10:20
**loosen** 32:5
**loosening** 31:21
**lost** 16:18
**lot** 2:16 39:11 41:7,9

41:11 45:5 47:21
  48:4 52:9 53:5
  54:10 59:6
**love** 10:24
**loved** 10:22

**M**

**main** 48:3
**major** 21:14 41:20,20
  64:10
**majority** 62:24
**making** 31:24 48:22
  54:1
**MALE** 7:4,15,19,21
**maps** 9:15
**Mark** 1:11 39:2,8,25
  40:6,10 47:9 54:9
  58:5
████ 28:25
**Maryland** 1:18 9:5
  13:11 40:22
**matched** 9:17
**Matt** 1:12 39:4
**matter** 40:4,5 69:3
**matters** 15:5
**McCormick** 1:15
**mean** 3:5,19 15:18
  16:6,13,14 24:24
  26:21 31:10,13
  32:23 34:22 41:9
  43:24 46:2,6 47:21
  50:4 58:1 61:20,20
  62:18 63:13
**means** 13:6 60:5
**media** 1:24 41:23
  42:1,10 50:5 53:4,5
  69:4
**medical** 3:23 7:5
  12:20 27:6
**medically** 37:1
**medicated** 20:7
**medication** 2:22 3:1
  3:1,4,12,21 4:1 7:7
  7:8,10 17:5,15 19:7
  19:9 20:17,22,24
  22:10 23:6,20,22
  24:10,14 25:7

Case 8:22-cr-00209-DLB    Document 106-7    Filed 09/19/25    Page 76 of 82

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

76

medications 21:4
meds 38:3
meet 38:20 49:25
    52:2,23
mental 10:23 13:19
    20:11
mentioned 46:5 56:8
    62:4
merit 14:19
met 49:9,22 51:10,11
    62:22 63:4 66:22
methods 8:12
middle 10:24 30:21
    30:21
mind 8:1 22:25 34:13
    68:4
mindset 56:6
    ████ 49:17,21 51:2
    51:5,5,15 52:8,15
    52:20 53:2 54:4
    62:6
mine 19:2
minute 67:23
missed 21:1
moment 27:3,11
    35:20 41:12
Monday 61:4,5
month 8:5,6 26:18,19
    28:10 52:21
months 8:9 20:2,4
    50:3 52:19
M████ 1:11 38:17
    38:18,21 39:1 40:5
    40:20,25 41:7,18,21
    41:25 42:4,9,14,18
    42:22 43:1,4,7,11
    43:15,17,19,22 44:1
    44:6,9,12,16,18,22
    45:2,6,12,19,25
    46:3,8,10,15,24
    47:2,5,8,15,18
    48:10 49:3,16,21,23
    50:8,14 51:2,5,13
    51:25 52:2,6,11,23
    53:11,16,20 54:7,12
    54:14 55:1,6,9,11
    55:13,17,22 56:2,11

56:16,21,24 57:3,8
57:11,21 58:4,18,20
58:23 59:1,5 60:5
60:18,21,24 61:3,5
61:23 62:5,8,21
63:1,4,9,18 64:3,16
64:20 65:1,3,12,14
65:18
morning 3:13,13 7:8
    7:8,25 20:19 58:6
mother 14:1
motivating 31:20
motivation 32:10,10
    32:11
multiple 8:12 15:11
    50:3

_____

**N**

N-i-c-k 43:15
naive 50:13
name 1:3 2:11 17:16
    19:1 42:15,23,24,25
    43:10 44:3 49:19
    51:23 62:16 69:12
name's 19:13 38:18
names 62:14,14
nature 28:14 38:1
nearby 51:6
necessarily 47:20
    48:21 49:10
necklace 67:17
need 3:15 4:13 5:8,11
    5:12 7:18 17:9 29:8
    31:3,4 35:21 37:21
    38:10,22 39:3,4,5,5
    64:15 65:5
needed 30:7
needs 7:13 15:15
    65:19
neighborhood 9:10
    9:16 10:19 56:23
neither 53:13
never 5:25 14:20
    16:22 53:16 62:22
news 28:15 29:11,18
    29:20,21 31:14
    41:20 49:11 50:6

nice 34:10 38:20,24
    38:25 51:13
Nicholas 1:6 2:1,5
    5:25 7:5,16 14:6
    27:19 40:3 69:3,3
Nick 4:3 24:7 36:2
    37:5,20 38:15,18
    40:3,3 43:14 60:3
    64:9 65:13,20 66:3
    66:15 67:3 68:6
NICOLAS 1:2
night 9:2 10:24 17:1
nine 20:2,4
normal 23:2
normally 42:20 44:12
    49:9 50:9 55:11
notes 28:13
noticed 10:17
nowadays 38:11
number 4:18 9:15,16
    18:18 25:16 34:5
    42:19 57:2

_____

**O**

oblong 24:21
obtain 32:7
obvious 37:6
obviously 2:15 13:23
    15:16 23:14 31:13
    37:12 41:14 65:23
offenders 15:11
offense 4:24,25 15:11
OFFICE 37:17
officer 2:13 4:23 17:3
    17:8 19:9,11 23:7
    23:13,17,21 24:4,5
    25:20,23,24 33:7,11
    33:12,16,17,18,20
    33:21 36:6,7,10,13
    36:14,17,23,25 37:3
    37:7,12,14 65:21
official 69:9
Oh 4:11 7:20,24 8:24
    32:21
okay 2:8,17,25,25
    3:11,19 4:2,13 5:8
    5:24 6:12,16 7:3,16

8:6,21,24 9:4,11,23
10:6,19 11:10,16
12:11 13:13 14:5,8
14:13 16:2 17:12
18:2,5,7,13 19:5,7
19:17,22 20:4,10,14
20:21,25 21:8,12,17
21:20 22:14,17
23:13 24:4,9,21,24
25:2,12,14 26:9,12
26:16 27:10,15 28:8
29:3,11,17 30:2
31:2,13,19 32:9,22
33:9,25 34:21 35:3
35:13 36:4,8,9,22
37:16,24 38:3,5,23
40:3,5,20,25,25
41:21,25 42:4,9,14
42:18,22 43:1,4,7
43:17 44:9,12,22
45:2,6 46:8,10,15
47:2,5,8,15,18 48:5
48:7 49:14,23 50:14
52:6,11,22 53:20
55:6,9,13,17 56:2
56:16,24 57:3,4,11
57:11,21 58:4,4,20
58:23 59:1,5 60:21
61:5,23 62:5,17,21
63:1,9 64:3,16,20
65:1,3,10,11,20
67:1,12,24 68:6
old 14:5 17:18
    ████ 17:17,18 18:25
    33:24
    ████s 18:25
once 9:18 13:4 30:20
    34:1 67:13
one-two 31:22
ones 15:10 55:16
online 28:1,2 44:10
    45:4,7 47:11 52:25
    53:1 57:18 62:5,13
    62:19 63:5
Oops 66:16
opens 17:2 60:24
operator 11:13,25

Case 8:22-cr-00209-DLB   Document 106-7   Filed 09/19/25   Page 77 of 82
June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

77

**opinions** 46:7
**order** 28:3
**ordering** 28:20
**original** 23:10
**originally** 28:8
**outcome** 26:22
**outcomes** 55:21,22
 55:23,25
**outside** 10:17,18
 11:20 53:18
**owned** 14:20

**P**

**P-y-r-o** 43:13
**p.m** 5:19 9:2
**page** 9:10
**pain** 20:12 22:3
**paperwork** 38:1
**paragraph** 4:18 40:1
**pardon** 19:24
**parents** 8:8 14:11
 35:13 47:7,8 64:6
**part** 32:10,11 36:11
 36:12
**particular** 54:11
**particularly** 29:13
**partner** 23:24
**pass** 34:7
**passing** 47:24
**passions** 41:12
**password** 60:22
**Pause** 24:6 66:1
**peacefully** 16:17
**pedofiles** 15:3
**penalties** 4:25
**people** 3:23 10:18
 15:9,15 25:22 30:18
 31:6,25 32:7 41:8
 41:10,16,23 42:12
 45:1,10,14 46:14
 50:19,20 55:6,7,8
 56:5,8 57:5,17 58:2
 58:13 62:2,4,19
 64:21,23
**pepper** 40:11
**perception** 50:20
**perfect** 22:6 23:4

25:1,6,13,17
**period** 8:11 14:24
 50:3
**periods** 43:1
**person** 31:23 51:22
 52:24 57:19 62:22
**personal** 62:23
**personality** 21:16
**personally** 23:5,11
 25:7 30:1
**perspective** 8:15 11:9
 29:10 32:3 53:14
**petition** 13:12
**pharmacist** 23:11
**philosophy** 4:10
 50:17 51:1,3
**phone** 18:9,11,18
 28:20 34:3,5 42:19
 48:6 63:7
**photo** 35:10
**physical** 2:18
**pick** 26:10 34:19 60:6
**picks** 34:19
**picture** 9:13,13 35:12
 57:1
**pill** 3:10 19:9,12
**pills** 17:4 21:4 23:12
 24:18
**pin** 60:22
**PJM-22-209** 1:7 69:4
**place** 11:5 33:13 41:6
 47:25 51:15 56:22
**placed** 27:10
**places** 42:7 54:23
**plan** 15:24 29:23
 40:23 54:5
**plane** 5:16,17
**planned** 6:10
**planner** 20:17
**planning** 15:17 18:14
 18:15 26:17 31:24
 40:16 44:20 48:19
 61:13
**plans** 14:21 28:12
**platform** 63:6
**play** 44:7 62:20,25
**please** 68:3

**point** 11:12 51:21
 59:22
**police** 2:12 4:23
 12:19 13:20,21
**political** 46:7
**politics** 29:4 46:18
 55:19
**positive** 8:16 64:23
**possession** 3:5
**possibility** 59:20
**possible** 39:10
**post** 42:3 53:5 56:3
**posting** 42:12 57:6
**posts** 53:2
**practiced** 34:22
**prefer** 40:3
**preliminary** 5:4
**prescribed** 24:14
**present** 39:23 64:1
**President** 69:18
**pretrial** 5:2
**pretty** 24:22 45:1
 50:3 53:3,25 61:8
 61:19 62:22
**prevent** 15:6
**previously** 14:16
**prick** 22:24 23:1
**primarily** 30:21 43:5
**primary** 17:12
**prior** 9:21,22 12:17
**priority** 58:10
**prison** 27:2 50:16
**private** 59:17
**probably** 3:20 22:15
 24:16 27:21 39:12
 43:8,9 59:17 60:5
**problems** 16:23
**procedure** 7:9
**process** 32:2 37:25
**processed** 66:25
**produced** 1:25
**project** 28:17
**promptly** 4:22
**property** 49:7
**protect** 61:24
**protesting** 53:19
**provide** 4:25

**providing** 63:10
**psychiatric** 13:8 15:1
 32:16
**psychiatrist** 12:23
 13:1
**Psychiatrists** 13:2
**psychologist** 12:25
**punch** 26:8,9 31:22
**purchase** 32:19
**purpose** 10:7 15:4,14
**purposes** 15:15
**put** 11:20 21:18,19
 22:7 25:13 32:16
 67:20,24 68:5
**Pyro** 43:13

**Q**

**question** 11:24 23:16
 27:23 32:20 34:9
 55:3,16 56:7
**questioning** 4:16
 39:20,22
**questions** 25:22
 26:20,25 39:9,15,19
 39:23 40:6,12 47:21
 48:4 55:2,4,14 56:3
 56:4 57:13 63:10
**quick** 22:24 27:16
 35:10 38:14 39:10
 65:21
**quickly** 39:8,13
 62:13
**quite** 53:6

**R**

**R** 1:15
**r-a** 51:24
███████████ 52:1
**R-o-s-k-e** 19:2
**radio** 23:19
**random** 43:23
**randomly** 42:16
**range** 23:1
**raped** 15:6
**reach** 66:5
**read** 4:18,20 5:9
 39:25 40:1 50:20

Case 8:22-cr-00209-DLB    Document 106-7    Filed 09/19/25    Page 78 of 82

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

78

**real** 27:16 34:17 35:10 38:14 65:21
**realistic** 50:22
**realized** 15:8
**really** 4:12 10:17 32:24 34:20 39:7,13 45:13 46:13 47:22 48:20 53:4,14 59:21 60:7 61:9 62:13 64:22
**reasons** 48:3
**record** 69:8
**recorded** 1:24 69:4
**Recording** 2:2
**Reddit** 42:13,14 43:8 48:16 55:12,13,14 57:4
**redirected** 30:20
**reform** 50:16
**regret** 48:25
**regularly** 53:3
**relate** 54:25
**related** 45:20
**relationship** 11:8 13:23 14:3 52:7 61:20
**relationships** 45:10
**relieved** 24:7
**remain** 4:14 39:16
**remember** 21:10 24:18 41:13,15 43:11,22,25 44:1,2 45:25 48:13 56:21 58:16 62:1
**remembering** 57:24
**rescheduled** 8:18
**research** 9:23 28:19 47:10 54:15,22
**researched** 8:12 55:4
**researching** 16:10,10 54:10,18
**residence** 26:15
**respectful** 49:7
**response** 29:22 49:2 59:24
**rest** 11:7
**restrain** 35:5

**restrictions** 31:22
**restroom** 33:6 64:15 65:8,10,19,22
**return** 33:18 66:10
**returns** 67:19
**rifles** 14:17
**right** 3:5,19,22 4:11 4:14,16,21 5:2,4 6:4 7:22 11:10 17:13,14,20,22 18:2 19:8,14 20:10,16 21:18,19,25 22:6,7 23:1,4,16 24:2,11 24:23 25:1,6,13 26:19,20 27:15,19 29:3,3 32:19 33:3,8 33:23 35:7,23 36:3 36:8,15,16,17,21,23 37:3,9,17,19,20 38:22 39:16,18,19 39:23 40:5 45:17 46:25 47:3,19 53:22 57:11 58:8 59:2 63:17 65:3,20 66:4 66:6,21,25 67:8,11 67:23,25
**rights** 4:13 29:10 39:16
**riled** 29:12
**risk** 40:13
**Road** 1:18
**rocky** 50:3
**roll** 21:19
**room** 1:3 2:3,4 3:6 18:24 24:5 25:20 27:17,18 33:10,11 33:17,18,21,22 35:25 36:1,5,6,10 36:13 37:4 38:17 47:16,17,18 60:13 60:14 65:14,16,25 66:2,8,10,13,14,18 66:20 67:2
**rooms** 42:6
███████ 51:23
**Roske** 1:2,6 2:1,3,7 2:10,19,22 3:2,7,9

3:13,17,20 4:4,7,10 5:7,10,15,18,20,23 6:7,11,15,22,25 7:2 7:11 8:2,5,8,20,23 9:1,3,6,9,12,20,22 10:2,4,8,11,16 11:2 11:14,18,23 12:1,3 12:6,12,22,24 13:2 13:7,10,13,15,17,25 14:2,4,7,11,15,19 14:23 15:18,22,25 16:5,8 17:6,11,17 17:19,22,25 18:3,8 18:11,14,19,21,23 19:2,3,10,12,16,19 19:21,24 20:2,9,13 20:19,23 21:1,6,9 21:14,21,24 22:2,5 22:8,11,15,18 23:3 24:15,19,21,25 25:3 25:9,11,14,25 26:2 26:5,8,10,14,18 27:1 28:1,4,7,11,15 28:21,24 29:1,5,10 29:13,16,18,25 30:3 30:5,8,11,14,17,19 30:25 31:5,10,12,16 31:18,20 32:3,7,11 32:14,21,23 33:2,6 33:9,15,17,18 34:4 34:6,8,15,20,22 35:2,5,12,15,22 36:4,10,13,16,22,24 37:2,23 38:4,7,9,12 40:4,19,23 41:2,17 41:19,24 42:2,8,13 42:16,21,24 43:2,6 43:9,13,16,18,20,24 44:4,8,11,14,17,19 44:25 45:4,9,18,23 46:2,6,9,13,20 47:1 47:4,7,14,17 48:9 49:2,15,17,20,22 50:2,12,15 51:1,4,7 51:11,22 52:1,4,8 52:14,20 53:2,10,12 53:18 54:6,11,13,16

54:19,23 55:5,8,10 55:12,15,21,25 56:7 56:14,17,20,23,25 57:7,10,20 58:1,14 58:19,22,24 59:4,15 59:24 60:4,16,20,23 61:1,4,16 62:4,7,11 62:16,18 63:2,8,22 64:15,17,21 65:2,11 66:8,10 67:12,18 68:1 69:3,3
**ruling** 61:19
**rumor** 32:4
**run** 27:10
**running** 34:12

**S**

**sadly** 23:5,9
**safe** 48:12,23 54:1 58:7,8,9 64:6
**safety** 27:12
**San** 58:19
**Sarg** 7:3
**Saturday** 8:20
**save** 15:20
**saved** 48:16
**saw** 28:15 34:11 41:3 41:16 52:14
**saying** 5:13 55:23 64:11
**says** 10:24 58:15
**school** 16:14 17:21 17:22 30:16,20,21 30:21,22 31:9
**schools** 31:6
**science** 4:6
**Scouts** 14:17
**search** 56:19 57:3
**searching** 59:7
**seat** 3:8 36:17 66:12
**seated** 67:22
**Seattle** 14:24
**second** 33:12
**security** 34:11
**see** 16:25 20:21 22:23 23:17,19,24 27:15 33:3 35:23 36:3,20

Case 8:22-cr-00209-DLB    Document 106-7    Filed 09/19/25    Page 79 of 82

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE – Axon_Interview_–_2D_Interview_Room_207_–_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

79

48:15 57:5 59:8,8
  66:4,5
**seizure** 19:20,23 20:1
  20:23,24 21:2
**seizures** 6:21
**self** 55:19
**sense** 15:4,4
**serious** 8:11
**server** 48:17 59:9
**service** 1:17,25
**settings** 61:1
**Seven** 43:18
**Shakes** 67:18
**shallow** 62:23
**share** 40:9 50:9
**she's** 10:22 13:25
  17:19,22 18:3 24:8
  27:20 50:12
**shed** 51:17
**Shit** 25:4
**shoes** 67:13,14,19,20
**shoot** 15:25,25
**shotguns** 14:17
**showed** 15:19
**sibling** 11:7 13:25
**siblings** 13:24
**sick** 2:9 19:15
**side** 10:21 36:8
**sign** 5:8,13 40:2
**significant** 8:11
**signs** 20:15 23:5 25:8
  27:14
**silent** 4:14 39:17
**Simi** 5:15 29:2 30:25
**similar** 39:8 42:5
  46:4 52:8 56:5 58:3
  61:21
**simple** 56:19
**sir** 19:13 20:6 22:9
  24:4 25:17 36:7
  40:2 68:1
**sister** 10:22 12:18
  13:22 16:15 24:8
  27:20 46:21,24 58:5
  58:11
**sister's** 17:16 64:5
**sites** 41:20,23 42:1,10

**sitting** 10:18
**six** 52:21
**skill** 54:24
**skips** 43:2
**Slash-anxiety** 21:9
**sleep** 2:23 35:9
**sleeve** 21:20
**smart** 16:14,20,21
  18:3,4
**sneak** 34:13
**sober** 2:25
**social** 41:22,25 42:10
  53:4,4
**sociology** 18:1
**sole** 59:19
**solely** 6:12
**somebody** 7:3 16:25
  27:22 38:13 47:24
  48:6,25 51:14 56:12
  59:1 60:5 65:7,9
**somebody's** 37:14
**soon** 18:17
**sorry** 13:5 36:14
  45:12
**sort** 14:22 27:14
  47:10 56:12
**sorts** 54:19
**sound** 9:25 57:15
**sounds** 45:13 49:4
  57:13,24 61:14
**speaking** 3:1 52:13
  52:15
**Special** 1:11,12 38:17
  65:14 66:19
**specific** 46:9 50:11
  54:20,21
**specifically** 55:24
**specified** 12:9
**spell** 49:18
**spelled** 51:23
**spend** 29:19 30:1
  59:10
**spent** 52:9
**spoke** 54:9 58:5
**stable** 23:5
**stand** 66:5,6 67:24
**start** 26:11 27:13

36:12 54:10,20,21
**started** 26:16 28:9
**state** 7:25
**stating** 5:12
**station** 37:11,21
**stay** 67:22
**step** 3:24 37:25 64:14
  65:6 68:2,3
**stick** 2:13
**stop** 39:24 48:24
**stopped** 45:23 52:14
**store** 10:4 28:1
**straight** 35:10
**Strained** 14:4
**street** 51:8
**strict** 32:25 33:1
**struggles** 10:23 13:19
  15:3
**struggling** 16:19
**study** 18:1 50:25
  51:3
**stuff** 8:13 15:10
  17:15 31:25 39:7
  40:7,8 41:22 46:11
  48:1 54:10,11,19
  55:4 63:3 64:7
**subscribed** 69:11
**substance** 4:13
**substitute** 30:5,6,13
  38:5
**substituting** 30:10
**suffers** 7:6
**sugar** 23:2
**suggestion** 50:17
**suicidal** 8:11 11:14
  16:9 28:16 37:12
  41:2 63:25
**suicide** 13:16
**suitcase** 11:18,21
  12:2
**Sunday** 8:20 34:23
  44:17,18
**supervisor** 36:20
**suppose** 42:13
**supposed** 22:10,11
  23:12
**Supreme** 9:7 46:17

**sure** 7:9,23 17:14
  19:6 20:16 25:15
  27:3,4,4,8,11 28:25
  40:10,13 47:21,22
  48:10,11,19,22 49:6
  49:13 53:6 54:1
  58:7,14 59:12 62:1
  63:16 64:4,6,10
  65:6
**surprises** 12:16
**switched** 21:10

**T**
**take** 2:22 3:1,2,17,20
  5:20 7:6,24 12:19
  17:9 20:18,22,23
  21:5 22:10,11 24:10
  29:14 33:8,14 36:8
  36:9 53:16 64:7
  65:7,9,21,22 67:23
  68:2
**taken** 3:14 4:21
  13:21 27:9
**takes** 35:12
**talk** 2:17 6:3 16:16
  23:17,18,24 36:19
  38:14,16 39:18
  40:16,20 41:22 44:9
  45:15,15 46:10,13
  48:2,6 49:13 50:1,4
  50:10,18 57:14
**talked** 24:8 27:19
  33:23 46:16 49:10
  59:6 61:13 63:6
  64:23
**talking** 4:12 6:9
  12:17 32:20 45:8,23
  47:11 66:17
**tape** 34:25
**taxi** 9:6 10:16,21
**taxicab** 15:20
**Taylor-Marshall**
  69:18
**teach** 38:6 50:17
**teacher** 30:5,7 38:8
**teachers** 38:10
**teaching** 38:6

Case 8:22-cr-00209-DLB    Document 106-7    Filed 09/19/25    Page 80 of 82

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

80

**tell** 6:18 7:25 11:13 18:6 24:17 55:2 63:20
**telling** 64:12
**ten** 15:12
**tend** 13:2 20:24
**tended** 30:19
**term** 62:3
**Texas** 31:15
**text** 6:17 10:23 52:24 63:7
**texted** 10:21
**thank** 20:6 21:12,22 24:1,2 25:8,9,18 37:5,23 40:2 65:8,8 65:12
**Thanks** 65:13 68:5
**that's** 2:16 5:24 6:2 7:18 11:10,11 14:12 14:15,25 23:1 24:23 25:1 27:24 29:22 30:18 34:10 36:25 38:24 40:15 42:4 48:3,20,20 53:20,25 58:7,10 59:10,18 61:24 63:13 64:11 64:11 65:4 67:8
**themself** 53:24
**there's** 3:7 7:17 10:4 21:3 25:24 29:25 31:6 40:8 43:13 45:5 48:14 51:18 57:13,22,22 59:8,17 60:10 65:4
**thereof** 69:10,11
**they'll** 60:6,6 64:5
**they're** 6:23 7:22 10:19 17:14 20:16 21:6 23:12,19 33:25 38:19,21 59:2 60:8 66:16,17
**they've** 6:2
**thing** 3:10,25 4:20 13:14 14:20,22 23:21 31:14 40:11 40:15 48:24 58:8 64:22

**things** 9:24 16:10 38:1 41:9,10 42:6 45:13 46:1 47:10 50:8,10 54:17 59:17 60:7 67:8
**think** 11:11 16:20 25:21 26:25 32:18 38:13,21 40:11 42:9 43:7 47:9,25 54:2 57:16 58:5 59:1 60:20,23 61:7 63:11 63:13,18 64:7 66:22
**thinking** 8:2,7,14 12:17 15:2 28:9 31:21 42:6 45:16 49:5 54:8 56:1 60:1 63:21
**thought** 14:23 15:5,7 32:2 34:14,15 48:1 50:16
**thoughts** 8:12 11:15 45:21 63:24 64:1,1
**thread** 59:9
**threads** 55:14 56:2,5
**threat** 13:9
**threats** 59:20
**three** 13:3 15:1 52:8
**ticket** 8:19
**tie** 11:20
**ties** 35:3
**tight** 24:4 67:25
**time** 2:24 3:11 4:14 5:5,17 7:7 8:3,9,10 8:11,15,25 13:17 14:25 15:11 16:9 19:22,25 21:10 22:13,18 30:1,9 39:3,24 41:2 45:24 49:6 52:9,12,18 53:8 59:10 62:25 63:15,24 64:4
**times** 3:21 8:12 13:4 16:19 52:16 58:9
**today** 2:5 5:16,17 19:20 40:17
**told** 11:3,4 12:7 18:14,16 19:17

40:10 47:9 64:18
**tonight** 2:16 16:16
**tools** 25:24,24 26:1,6 26:13 27:23,24
**top** 42:15
**topic** 45:22
███████ 3:2 21:6 25:5
**touch** 27:21 40:8
**tough** 45:13 64:4
**Townsend** 1:18
**transcribed** 69:7
**TRANSCRIBER'S** 69:1
**transcript** 1:25 69:8 69:9
**transcription** 1:17,17 1:25
**Transcriptionist** 1:15
**travel** 46:16,20 54:5 54:21
**traveling** 54:8
**tried** 13:16
**trigger** 27:14
**triggered** 2:20
**trouble** 22:1
**true** 19:18 69:8
**truth** 64:12
**try** 39:9 40:7 48:1
**trying** 11:4 18:15 21:19 32:2
**Tuesday** 8:18 24:24
**Tuesday's** 20:18,19
**Tuesdays** 20:20
**turn** 36:19 66:6
**turned** 9:24
**twelve** 22:12 25:11 25:12
**Twenty-three** 17:20
**two** 10:2,3 14:25 15:20,20,22 38:15 58:24

**U**
**Uh-huh** 14:18 18:20 18:22 22:22 29:1 38:12 41:18 43:16

51:25
**uncomfortable** 59:18
**unconnected** 40:18
**understand** 5:6,13 6:5 15:13 20:18 23:23 39:11,12,16 40:6,12 41:7,11 59:16 60:8,10 61:10 61:23 63:15
**understandable** 53:21
**understanding** 35:18 35:19
**Understood** 21:3
**unhappy** 26:22
**unloaded** 12:9
**upset** 2:18 8:14 31:24 41:3,8,10 46:17,18 58:2
**upsetting** 6:1 28:16 45:1,3
**USA** 1:6 69:3
**use** 26:12 33:6 35:1,4 42:20,21 43:4,12,19 47:9 53:4 56:3 64:15 65:19
**user** 42:15 62:14
**uses** 53:4

**V**
**v** 1:6 69:3
**vacation** 8:9 35:14 58:13 59:2 63:24
**vaguely** 64:17
**Valley** 5:15 29:2 30:25
**value** 26:23
**vast** 62:23
**vet** 59:19
**video** 1:24 44:4,6,10 62:20,25 69:5
**videos** 15:21
**view** 50:18 62:23
**violence** 18:16
**violent** 12:8,13 64:18
**vital** 20:15 23:5 25:8
**VOICE** 7:4,15,19,21

Case 8:22-cr-00209-DLB   Document 106-7   Filed 09/19/25   Page 81 of 82

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

81

**W**

wait 66:4
waiting 27:22 33:5
walked 34:12
want 2:13 4:1 6:3
  11:6 23:21,25 24:13
  25:22 27:11 38:15
  39:13,25 40:10 41:1
  41:4 44:20,23 48:1
  48:10,11,18,24 49:6
  58:2 59:5,11,22
  60:9 61:6,7,10,20
  61:24 62:2,12,24
  63:16,20 64:10
  67:20
wanted 2:17 11:6
  28:13 35:5 40:15
  50:16 53:16
wanting 12:7 60:2
wants 15:14 16:25
  18:1 27:16 38:13
warm 38:2
wasn't 11:4 12:10
  16:5 61:11
watch 15:10 29:21
  31:14
water 24:12 35:21
  37:22 39:5
way 9:24 10:14 11:4
  29:7 50:12,22 66:7
we'll 4:2 17:16 38:2
  39:9 49:4 54:20
  65:6,9
we're 27:7 32:20
  33:4 34:13 37:24
  48:20,23 53:21,23
  53:25 59:21 61:9
  64:7,12 65:6 66:21
  66:24 67:3,4,8,9,9
  67:10
we've 64:8
weapons 12:6
website 44:3 56:21
websites 43:21,23
  44:2
week 3:10 28:7 30:3

53:8
weeks 10:2,3 52:19
  52:21
went 10:20 24:9 48:7
  61:1
weren't 10:17 16:3
  51:19 55:6 62:21
what's 2:15 4:3
  16:17,22 17:16
  18:25 24:19 26:2
  33:3 34:2,5,7 35:17
  35:18 42:22
When's 3:11 19:22
  19:25 30:9 52:12
where's 17:5 28:22
Wikipedia 9:10
  56:23 57:4
willing 59:13
windows 35:2
wipe 61:2,11,15
wish 39:22
witness 69:11
won't 65:23
wood 26:11
words 6:18
work 30:4,17 64:5
worked 30:5,6,20,24
working 7:19,20 38:3
world 11:5 41:5
worried 53:21,23
  60:1 65:5
worthwhile 64:25
wouldn't 15:8 64:22
write 5:9 28:12
written 5:1

**X**

X 62:25

**Y**

yeah 2:7 3:7,21 4:5
  5:20 7:4,11,15,21
  11:1 12:24 13:15
  21:21 23:21,23,24
  24:23 25:1,25 26:5
  28:4 29:5,14,20
  30:19 31:11 32:4,25

33:7,14 36:18 37:9
  37:19 38:7,9 44:4
  44:11 45:18 49:15
  52:4 53:10,20 57:8
  61:19 62:18 65:18
  68:3
year 15:2 63:23
years 15:12 32:15,17
  42:3
yellow 24:21 25:4
yesterday 5:17 7:8
  8:16
you'd 59:13
you'll 24:7 27:21
  35:19 37:25
you're 2:9 4:3 6:5,12
  14:9 16:14,20 18:13
  19:5 20:10 26:23,24
  27:4,5,16 32:1
  33:25 36:7 40:1
  41:23 45:7 48:22
  49:5 51:14 55:23
  57:24 58:7,8 60:1,1
  60:24 64:5,6,11,11
  67:7,7
you've 5:12 6:8
  16:14 19:22 20:4,7
  39:11,11 57:12,18
  61:8 66:22
YouTube 44:5
Yup 38:4

**Z**

zero 64:23
zip 11:20 23:25 35:3
zipper 11:23
  ██████ 3:3 21:7 25:4

**0**

04:10:28 2:2

**1**

1 36:11
1/2 22:15
1:00 5:18,19 22:15
1:40 5:20
10:00 22:13

10:38:03 65:25
10:39:03 66:2
10:40:06 66:9
10:43:40 66:11
10:44:33 66:13
10:54:55 66:14
10:55:06 66:18
10:57:36 65:15,16
11:00 9:1,2
11:29:30 66:20
11:29:56 67:2
11:30:34 67:15
11:30:48 67:19
11:35:15 68:7
11:45 9:3
12 3:17 7:7
140 22:20
170 22:20,21

**2**

2 36:12
20 15:1
2022 1:10 69:5
2024 69:12
20th 69:12
21 15:1
21221 1:18
23 17:19
26 14:7

**3**

304 18:21
320 1:18

**4**

4:12:53 2:3
4:25:10 2:4
4:57:14 24:5
4:57:28 24:6
4:59:41 24:6
410)585-5422 1:19

**5**

5 4:18 22:15
5:01 25:12
5:04:36 27:17
5:13:37 27:18

June 8, 2022
UNITED STATES V. NICHOLAS ROSKE - Axon_Interview_-_2D_Interview_Room_207_-_MainCam-Covert INTERVIEW OF NICOLAS ROSKE

82

**5:21:07** 33:10
**5:21:33** 33:11
**5:22:13** 33:17
**5:26:41** 33:19
**5:27:12** 33:21
**5:57:29** 33:22
**51-50** 13:3,3

---

**6**

**6** 22:15
**6:00:47** 35:25
**6:12:52** 36:1
**6:13:00** 36:5
**6:32:05** 36:6
**6:32:45** 36:10,11
**6239** 28:25
**6453** 18:23

---

**7**

**72-hour** 13:3

---

**8**

**8** 1:10 69:5
**805** 18:19
**805-304-8773** 34:6
**8291** 34:8,9
**83** 23:1

---

**9**

**9:48:46** 36:12,13
**9:50:04** 37:4
**911** 11:9,13,13,25
  12:12 18:10,11
**93063** 29:2