June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0147_X60309450

BODY WORN CAMERA FOOTAGE

NICOLAS ROSKE

FILE NAME: Axon_Body_3_Video_2022-06-08_0147_X60309450

- - - - -

IN RE: USA V. NICHOLAS ROSKE

CASE: PJM-22-209

DATE: June 8, 2022

INTERVIEWERS: L██████  C██████

Transcriptionist: Terri McNulty

Transcription Service: AMICUS TRANSCRIPTION, LLC

320 Townsend Road

Baltimore, Maryland 21221

(410)585-5422

Interview recorded by digital media with video.

Transcript produced by transcription service.

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0147_X60309450

```
 1           Axon_Body_3_Video_2022-06-08_0147_X60309450
 2       (Recording begins - 01:47:40 a.m.)
 3            MALE VOICE:  Delta 12, on scene.
 4            DISPATCHER:  Delta 12, on scene.
 5            MALE VOICE:  Hey, Jim.
 6            MALE VOICE:  You have a long gun?
 7            MALE VOICE:  No.  You have a long gun?
 8            MALE VOICE:  Yup.
 9            MALE VOICE:  Okay.
10            MALE VOICE:  I got a shotgun.
11            MALE VOICE:  Okay.  Can you see him from here?
12            MALE VOICE:  No, he's --
13            MALE VOICE:  So --
14            MALE VOICE:  -- (indiscernible 01:51:42) said
15   there was a guy walking in the intersection.
16            MALE VOICE:  To the left?
17            MALE VOICE:  Yeah.
18            MALE VOICE:  Okay.
19            MALE VOICE:  Stay to the right, use these cars
20   as cover.
21            MALE VOICE:  I see one.
22            MALE VOICE:  Where?
23            MALE VOICE:  See in that corner right there?
24   Sitting up.
25            MALE VOICE:  7 Delta 13, what's your caller's
```

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0147_X60309450

1  name?
2      DISPATCHER: Nicholas Roske.
3      MALE VOICE: (Indiscernible. 01:52:30)
4      DISPATCHER: (Indiscernible 01:52:36) ▇▇▇▇▇
5  Street, restricted air, 152.
6      OFFICER C▇▇▇: Nicholas.
7      MR. ROSKE: Yeah.
8      OFFICER D▇▇▇: Please put the phone down, keep
9  your hands up where we can see them. Do me a favor, stand
10 up and turn away from us. Get down on one -- on both
11 knees. Put your hands on the ground. Walk your knees
12 back towards us. No --
13     OFFICER C▇▇▇: That's fine.
14     OFFICER D▇▇▇: Sit still.
15     OFFICER C▇▇▇: That's fine. Put him down.
16     OFFICER D▇▇▇: Lay flat on your stomach. Hands
17 far apart. Don't move.
18     OFFICER C▇▇▇: Ready?
19     OFFICER D▇▇▇: Ready. Come on. Got your hands
20 on --
21     MALE VOICE: Yeah, I got 'em. Put your other
22 hand back for me.
23     OFFICER C▇▇▇: 7 Delta 32, got one in custody.
24     DISPATCHER: Copy. One in custody. Restricted
25 air remains.

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0147_X60309450

```
 1              OFFICER D        :  Where's your bag, Nicholas?
 2              MR. ROSKE:  What?
 3              OFFICER D        :  Where's your bag?
 4              MR. ROSKE:  Down the street, on the left.  It
 5   should be pretty obvious.
 6              MALE VOICE:  You good?
 7              MALE VOICE:  Yup.
 8              OFFICER D        :  You have I.D. on you?
 9              MR. ROSKE:  I lost my wallet.  I -- I -- I don't
10   know where it went, but it might be further down the
11   street.  I'm not sure.
12              OFFICER D        :  Okay.
13              MALE VOICE:  Okay.
14              MALE VOICE:  All right.
15              OFFICER D        :  You think it's in your suitcase?
16              MR. ROSKE:  I don't know.  I checked -- I
17   thought I might have put it in the backpack, but it's not
18   in the backpack.
19              OFFICER D        :  Okay.
20              MALE VOICE:  Okay.
21              OFFICER D        :  What's your last name?
22              MR. ROSKE:  Roske, R-O-S-K-E.
23              OFFICER D        :  How did you get up here,
24   Nicholas?
25              MR. ROSKE:  I flew.
```

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0147_X60309450

1    OFFICER D▮▮▮▮:  You flew?
2    MR. ROSKE:  Correct.
3    OFFICER D▮▮▮▮:  When did you leave?
4    MR. ROSKE:  Earlier today.
5    OFFICER D▮▮▮▮:  Okay.
6    MR. ROSKE:  Or yesterday, since it's past
7 midnight.
8    OFFICER D▮▮▮▮:  Today.  And you got in today?
9    MR. ROSKE:  Correct.
10   OFFICER D▮▮▮▮:  Okay. All right.  We're going
11 to stand you up.
12   MR. ROSKE:  Okay.
13   OFFICER D▮▮▮▮:  One, two, three.  We're going to
14 walk back to where all those cars are.  Okay?
15   MR. ROSKE:  Okay.
16   OFFICER D▮▮▮▮:  All right.  So you live in
17 California, right?
18   MR. ROSKE:  Correct.
19   MALE VOICE:  Putting that shield in my car.
20   MALE VOICE:  All right.
21   MALE VOICE:  Throw it in the backseat.
22   MALE VOICE:  Very carefully search it.
23   MALE VOICE:  10-4.
24   OFFICER D▮▮▮▮:  I'm just going to turn your
25 wrist, okay?  Make it a little bit comfortable.  Is that

```
 1  good?
 2          MR. ROSKE:  Okay.
 3          OFFICER C▮▮▮▮▮:  I'll have him sit in my car
 4  while we talk to him.
 5          MALE VOICE:  Okay.
 6          OFFICER C▮▮▮▮▮:  Let me just move my stuff.
 7  Right here.  Is he clean?
 8          OFFICER D▮▮▮▮:  Yeah, he's searched.
 9          OFFICER C▮▮▮▮▮:  Okay.  All right.  All right,
10  Nicholas.  How do you spell Nicholas?
11          MR. ROSKE:  N-I-C-H-O-L-A-S.
12          OFFICER C▮▮▮▮▮:  I'm sorry, you have to go a
13  little slower for me.
14          MR. ROSKE:  N-I-C-H-O-L-A-S.
15          OFFICER C▮▮▮▮▮:  Do you have a middle name?
16          MR. ROSKE:  John, J-O-H-N.
17          OFFICER C▮▮▮▮▮:  J-O-H-N.  Last name?
18          MR. ROSKE:  R-O-S-K-E, Roske.
19          OFFICER C▮▮▮▮▮:  R-O-S-K?
20          MR. ROSKE:  E.  E.
21          OFFICER C▮▮▮▮▮:  Sorry.  Roske, R-O-S-K-E.  And
22  what's your date of birth?
23          MR. ROSKE:  ▮▮▮▮▮▮▮ ▮▮▮ 1996.
24          OFFICER C▮▮▮▮▮:  1996?
25          MR. ROSKE:  Mm-hmm.
```

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0147_X60309450

```
1              OFFICER C████:  Okay.  Where do you live?
2              MR. ROSKE:  Simi Valley, California.  S-I-M-I
3    and then Valley.
4              OFFICER C████:  What's the address?
5              MR. ROSKE:  ████ ██████ ██████.
6              OFFICER C████:  ████.
7              MR. ROSKE:  ███████.
8              OFFICER C████:  How do you spell that?  ███- --
9              MR. ROSKE:  ██ ████████
10             OFFICER C████:  ████████ ████████.  And where is
11   this?
12             MR. ROSKE:  This is in Simi Valley.  S-I-M-I.
13             OFFICER C████:  S-I-M-I.
14             MR. ROSKE:  And then --
15             OFFICER C████:  Valley?
16             MR. ROSKE:  Yeah.
17             OFFICER C████:  California?
18             MR. ROSKE:  Uh-huh.
19             OFFICER C████:  Is there a zip code?
20             MR. ROSKE:  █████.
21             OFFICER C████:  ████--
22             MR. ROSKE:  ████
23             OFFICER C████:  ███.  ██████
24             MR. ROSKE:  Correct.
25             OFFICER C████:  Best number to contact you?
```

amicustranscription@gmail.com   410-585-5422

1    MR. ROSKE: My -- my phone --
2    OFFICER C▮▮▮▮: Is that your phone that you
3 dropped there?
4    MR. ROSKE: Yes. ▮▮▮.
5    OFFICER C▮▮▮▮: ▮▮▮.
6    MR. ROSKE: ▮▮▮
7    OFFICER C▮▮▮▮: ▮▮.
8    MR. ROSKE: ▮▮▮.
9    OFFICER C▮▮▮▮: ▮▮▮. ▮▮▮▮▮▮?
10   MR. ROSKE: Correct.
11   OFFICER C▮▮▮▮: Okay. So what's going on here?
12   MR. ROSKE: I've been mentally ill, basically as
13 long as I've been an adult.
14   OFFICER C▮▮▮▮: Okay. (Indiscernible?
15 02:00:34)
16   MALE VOICE: Yeah.
17   OFFICER C▮▮▮▮: Can you run him for me?
18   MALE VOICE: Yup, I got (indiscernible
19 02:00:40).
20   MR. ROSKE: And I've been wanting to have a
21 sense of purpose for a long time.
22   OFFICER C▮▮▮▮: Okay. And what's that purpose
23 you're trying to do today?
24   MR. ROSKE: I was thinking about -- I was
25 thinking about killing Brett Kavanaugh and then killing

```
 1  myself.
 2              OFFICER C▇▇▇:  Okay.  That was your plan
 3  today?
 4              MR. ROSKE:  Yes.  And then I texted my sister
 5  that I loved her.  And then she called me and she told me
 6  not to do it.  And then i called 9-1-1.
 7              OFFICER C▇▇▇:  Okay.  All right.  And that's
 8  why you called us and -- to come here.
 9              MR. ROSKE:  Correct.
10              OFFICER C▇▇▇:  Okay.  Do you know where he
11  lives?
12              MR. ROSKE:  Brett Kavanaugh?
13              OFFICER C▇▇▇:  Yeah.
14              MR. ROSKE:  ▇▇▇▇ ▇▇▇▇▇▇▇▇.
15              OFFICER C▇▇▇:  Okay.  All right.  And that
16  suitcase that you have, what was in there?
17              MR. ROSKE:  Various equipment.  There is a
18  firearm, a knife, a tactical vest, magazines, ammunition.
19              OFFICER C▇▇▇:  Tactical vest?
20              MR. ROSKE:  Yeah.  And some tools for -- for
21  breaking in.  Lock picks.
22              OFFICER C▇▇▇:  Okay.  All right.  Are you
23  diagnosed with anything?
24              MR. ROSKE:  ▇▇▇▇ ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇.
25  ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇▇.  ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇
```

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0147_X60309450

```
 1    ▓▓▓▓▓▓.
 2           OFFICER ▓▓▓▓▓▓:  ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ and --
 3    what's the other one?
 4           MR. ROSKE:  ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓.
 5           OFFICER ▓▓▓▓▓▓:  ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓
 6    disorder.
 7           MR. ROSKE:  Oh, I'm also ▓▓▓▓▓▓▓▓, but that's
 8    not psychiatric.  It's neurological.
 9           OFFICER ▓▓▓▓▓▓:  Okay.  Have you been taking
10    your meds?
11           MR. ROSKE:  Yes.
12           OFFICER ▓▓▓▓▓▓:  You have?
13           MR. ROSKE:  Mm-hmm.
14           OFFICER ▓▓▓▓▓▓:  Okay.  You have those
15    medications with you in the suitcase?
16           MR. ROSKE:  Yes.
17           OFFICER ▓▓▓▓▓▓:  You do?
18           MR. ROSKE:  Mm-hmm.
19           OFFICER ▓▓▓▓▓▓:  You have an explosive in that
20    suitcase?
21           MR. ROSKE:  No.
22           OFFICER ▓▓▓▓▓▓:  No explosives?
23           MR. ROSKE:  No.
24           OFFICER ▓▓▓▓▓▓:  Just go over it with me again.
25    You said you have the firearm, knife, tactical vest, tools
```

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0147_X60309450

```
 1   for breaking in.  What else do you have in there?
 2              MR. ROSKE:  Pepper spray.
 3              OFFICER C▮:  Pepper spray.  What kind of
 4   firearm do you have?
 5              MR. ROSKE:  It's a Glock 17.
 6              OFFICER C▮:  A what?
 7              MR. ROSKE:  A Glock 17.
 8              OFFICER C▮:  Glock 17.  You have any
 9   ammunitions?
10              MR. ROSKE:  Pardon?
11              OFFICER C▮:  Ammunitions.  Ammo, magazines?
12              MR. ROSKE:  Yes.  Two -- two 10-round magazines
13   that I have loaded.
14              OFFICER C▮:  Okay.  That you did what?  You
15   bought it?
16              MR. ROSKE:  Yes.
17              OFFICER C▮:  In California?
18              MR. ROSKE:  Correct.
19              OFFICER C▮:  Is it registered under you?
20              MR. ROSKE:  Yes.
21              OFFICER C▮:  It is?
22              MR. ROSKE:  Yes, it was all obtained legally.
23              OFFICER C▮:  It's all what?
24              MR. ROSKE:  It was all obtained legally.
25              OFFICER C▮:  Okay.  Okay.  Just so you know,
```

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0147_X60309450

```
 1  you're being recorded.  Okay?  I don't know if we
 2  mentioned that when we --
 3          MR. ROSKE:  By the body cam?
 4          OFFICER C▇▇▇:  Yeah.
 5          MR. ROSKE:  Yup.
 6          OFFICER C▇▇▇:  And also in the vehicle now.
 7          MR. ROSKE:  Oh, okay.
 8          OFFICER C▇▇▇:  All right.  Okay.  What other
 9  plans did you have for tonight?  Other than what you
10  mentioned?
11          MR. ROSKE:  Well, I mean, I was planning on
12  killing myself.
13          OFFICER C▇▇▇:  Okay.  And that's because
14  you're feeling depressed?
15          MR. ROSKE:  I'm feeling -- yes.  That would be a
16  fair way of putting it.
17          OFFICER C▇▇▇:  Okay.  All right.  Let me just
18  go down and see about -- sit back for me.  Okay?
19          DISPATCHER:  He's got a middle name of John, J-
20  O-H-N.  Address on ▇▇▇▇ ▇▇▇▇ in Simi Valley,
21  California.  Got a valid license and nothing through
22  (indiscernible 02:04:47), he's negative.
23          MALE VOICE:  All right.  Thank you.
24     (Video concludes - 02:04:56 a.m.)
25
```

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0147_X60309450

TRANSCRIBER'S CERTIFICATE

This is to certify that the foregoing Body Worn Camera Footage in the matter of USA v. Nicholas Roske, Case No. PJM-22-209, file Axon_Body_3_Video_2022-06-08_0147_X60309450 was recorded on digital media with video on June 8, 2022.

I hereby certify that the Body Worn Camera Footage herein contained was transcribed by me or under my direction.  That said transcript is a true and accurate record to the best of my ability and constitutes the official transcript thereof.

In witness thereof, I have hereunto subscribed my name on October 11, 2024.



Kelly Taylor-Marshall, President

**A**
**a.m** 2:2 12:24
**ability** 13:10
**accurate** 13:9
**address** 7:4 12:20
**adult** 8:13
**air** 3:5,25
**AMICUS** 1:16
**Ammo** 11:11
**ammunition** 9:18
**ammunitions** 11:9,11
▉ 9:25 10:2
**apart** 3:17
**Avenue** 7:5,10 12:20
**Axon_Body_3_Vid...**
   1:3 2:1 13:5

**B**
**back** 3:12,22 5:14
   12:18
**backpack** 4:17,18
**backseat** 5:21
**bag** 4:1,3
**Baltimore** 1:18
**basically** 8:12
**begins** 2:2
**best** 7:25 13:10
**birth** 6:22
**bit** 5:25
**body** 1:1 12:3 13:2,7
▉ 9:25 10:4
   10:5
**bought** 11:15
**breaking** 9:21 11:1
**Brett** 8:25 9:12

**C**
**California** 5:17 7:2
   7:17 11:17 12:21
**called** 9:5,6,8
**caller's** 2:25
**cam** 12:3
**Camera** 1:1 13:3,7
**car** 5:19 6:3
**carefully** 5:22
**cars** 2:19 5:14

**Case** 1:6 13:4
**CERTIFICATE** 13:1
**certify** 13:2,7
**checked** 4:16
**C**▉ 1:10 3:6,13,15
   3:18,23 6:3,6,9,12
   6:15,17,19,21,24
   7:1,4,6,8,10,13,15
   7:17,19,21,23,25
   8:2,5,7,9,11,14,17
   8:22 9:2,7,10,13,15
   9:19,22 10:2,5,9,12
   10:14,17,19,22,24
   11:3,6,8,11,14,17
   11:19,21,23,25 12:4
   12:6,8,13,17
**clean** 6:7
**code** 7:19
**come** 3:19 9:8
**comfortable** 5:25
**concludes** 12:24
**constitutes** 13:10
**contact** 7:25
**contained** 13:8
**Copy** 3:24
**corner** 2:23
**Correct** 5:2,9,18 7:24
   8:10 9:9 11:18
**cover** 2:20
**custody** 3:23,24

**D**
**date** 1:9 6:22
**D**▉ 3:8,14,16,19
   4:1,3,8,12,15,19,21
   4:23 5:1,3,5,8,10,13
   5:16,24 6:8
**Delta** 2:3,4,25 3:23
**depressed** 12:14
▉ 10:2
**depressive** 9:24
**diagnosed** 9:23
**digital** 1:24 13:6
**direction** 13:9
**disorder** 9:24,25 10:1
   10:4,6

**DISPATCHER** 2:4
   3:2,4,24 12:19
**dropped** 8:3

**E**
**E** 6:20,20
**Earlier** 5:4
**em** 3:21
▉ 10:7
**equipment** 9:17
**explosive** 10:19
**explosives** 10:22

**F**
**fair** 12:16
**far** 3:17
**favor** 3:9
**February** 6:23
**feeling** 12:14,15
**file** 1:3 13:4
**fine** 3:13,15
**firearm** 9:18 10:25
   11:4
**flat** 3:16
**flew** 4:25 5:1
**Footage** 1:1 13:3,8
**foregoing** 13:2
**further** 4:10

**G**
**Generalized** 9:25
**Glock** 11:5,7,8
**go** 6:12 10:24 12:18
**going** 5:10,13,24 8:11
**good** 4:6 6:1
**ground** 3:11
**gun** 2:6,7
**guy** 2:15

**H**
**hand** 3:22
**hands** 3:9,11,16,19
**hereunto** 13:12
**Hey** 2:5

**I**
**I.D** 4:8

**ill** 8:12
**indiscernible** 2:14
   3:3,4 8:14,18 12:22
**intersection** 2:15
**Interview** 1:24
**INTERVIEWERS**
   1:10

**J**
**J-** 12:19
**J-O-H-N** 6:16,17
**Jim** 2:5
**John** 6:16 12:19
**June** 1:9 13:6

**K**
**Kavanaugh** 8:25
   9:12
**keep** 3:8
**Kelly** 13:23
**killing** 8:25,25 12:12
**kind** 11:3
**knees** 3:11,11
**knife** 9:18 10:25
**know** 4:10,16 9:10
   11:25 12:1

**L**
**Lay** 3:16
**leave** 5:3
**left** 2:16 4:4
**legally** 11:22,24
**license** 12:21
**little** 5:25 6:13
**live** 5:16 7:1
**lives** 9:11
**LLC** 1:16
**loaded** 11:13
**Lock** 9:21
**long** 2:6,7 8:13,21
**lost** 4:9
**loved** 9:5
**Ludovicus** 1:10

**M**
**M-A-** 7:8

15

magazines 9:18
  11:11,12
Major 9:24
MALE 2:3,5,6,7,8,9
  2:10,11,12,13,14,16
  2:17,18,19,21,22,23
  2:25 3:3,21 4:6,7
  4:13,14,20 5:19,20
  5:21,22,23 6:5 8:16
  8:18 12:23
Marsha 7:5,7,10
  12:20
Maryland 1:18
matter 13:3
McNulty 1:13
mean 12:11
media 1:24 13:6
medications 10:15
meds 10:10
mentally 8:12
mentioned 12:2,10
middle 6:15 12:19
midnight 5:7
Mm-hmm 6:25 10:13
  10:18
move 3:17 6:6

**N**

N-I-C-H-O-L-A-S
  6:11,14
name 1:3 3:1 4:21
  6:15,17 12:19 13:13
negative 12:22
neurological 10:8
Nicholas 1:5 3:2,6
  4:1,24 6:10,10 13:3
NICOLAS 1:2
number 7:25

**O**

O-H-N 12:20
obtained 11:22,24
obvious 4:5
October 13:13
OFFICER 3:6,8,13
  3:14,15,16,18,19,23

  4:1,3,8,12,15,19,21
  4:23 5:1,3,5,8,10,13
  5:16,24 6:3,6,8,9,12
  6:15,17,19,21,24
  7:1,4,6,8,10,13,15
  7:17,19,21,23,25
  8:2,5,7,9,11,14,17
  8:22 9:2,7,10,13,15
  9:19,22 10:2,5,9,12
  10:14,17,19,22,24
  11:3,6,8,11,14,17
  11:19,21,23,25 12:4
  12:6,8,13,17
official 13:11
Oh 10:7 12:7
okay 2:9,11,18 4:12
  4:13,19,20 5:5,10
  5:12,14,15,25 6:2,5
  6:9 7:1 8:11,14,22
  9:2,7,10,15,22 10:9
  10:14 11:14,25,25
  12:1,7,8,13,17,18

**P**

Pardon 11:10
Pepper 11:2,3
personality 9:25 10:4
  10:5
phone 3:8 8:1,2
picks 9:21
PJM-22-209 1:6 13:4
plan 9:2
planning 12:11
plans 12:9
Please 3:8
President 13:23
pretty 4:5
produced 1:25
psychiatric 10:8
purpose 8:21,22
put 3:8,11,15,21 4:17
putting 5:19 12:16

**Q**

**R**

R-O-S-K 6:19
R-O-S-K-E 4:22
  6:18,21
R-S-H-A 7:9
Ready 3:18,19
record 13:10
recorded 1:24 12:1
  13:5
Recording 2:2
registered 11:19
remains 3:25
restricted 3:5,24
right 2:19,23 4:14
  5:10,16,17,20 6:7,9
  6:9 9:7,15,22 12:8
  12:17,23
Road 1:17
Roske 1:2,5 3:2,7 4:2
  4:4,9,16,22,22,25
  5:2,4,6,9,12,15,18
  6:2,11,14,16,18,18
  6:20,21,23,25 7:2,5
  7:7,9,12,14,16,18
  7:20,22,24 8:1,4,6,8
  8:10,12,20,24 9:4,9
  9:12,14,17,20,24
  10:4,7,11,13,16,18
  10:21,23 11:2,5,7
  11:10,12,16,18,20
  11:22,24 12:3,5,7
  12:11,15 13:3
run 8:17

**S**

S-I-M-I 7:2,12,13
scene 2:3,4
search 5:22
searched 6:8
see 2:11,21,23 3:9
  12:18
sense 8:21
service 1:16,25
shield 5:19
shotgun 2:10
Simi 7:2,12 12:20
sister 9:4

sit 3:14 6:3 12:18
Sitting 2:24
slower 6:13
sorry 6:12,21
spell 6:10 7:8
spray 11:2,3
stand 3:9 5:11
Stay 2:19
stomach 3:16
street 3:5 4:4,11
stuff 6:6
subscribed 13:12
suitcase 4:15 9:16
  10:15,20
sure 4:11

**T**

tactical 9:18,19 10:25
talk 6:4
Taylor-Marshall
  13:23
Terri 1:13
texted 9:4
Thank 12:23
thereof 13:11,12
think 4:15
thinking 8:24,25
Thornapple 3:4
thought 4:17
three 5:13
Throw 5:21
time 8:21
today 5:4,8,8 8:23
  9:3
told 9:5
tonight 12:9
tools 9:20 10:25
Townsend 1:17
transcribed 13:8
TRANSCRIBER'S
  13:1
transcript 1:25 13:9
  13:11
transcription 1:15,16
  1:25
Transcriptionist 1:13

| | | |
|---|---|---|
| **true** 13:9<br>**trying** 8:23<br>**turn** 3:10 5:24<br>**two** 5:13 11:12,12 | **Yup** 2:8 4:7 8:18<br>  12:5 | **7**<br>**7** 2:25 3:23 |
| **U** | **Z** | **8** |
| **Uh-huh** 7:18<br>■■■■■■ 9:14<br>**USA** 1:5 13:3<br>**use** 2:19 | **zip** 7:19 | **8** 1:9 13:6<br>**805** 8:4,5<br>**805-304-8773** 8:9<br>**8773** 8:8,9 |
| | **0** | |
| | **01:47:40** 2:2<br>**01:51:42** 2:14<br>**01:52:30** 3:3<br>**01:52:36** 3:4<br>**02:00:34** 8:15<br>**02:00:40** 8:19<br>**02:04:47** 12:22<br>**02:04:56** 12:24<br>**063** 7:22,23 | **9** |
| **V** | | **9-1-1** 9:6<br>**93063** 7:20,23<br>**936** 7:21 |
| **v** 1:5 13:3<br>**valid** 12:21<br>**Valley** 7:2,3,12,15<br>  12:20<br>**Various** 9:17<br>**vehicle** 12:6<br>**vest** 9:18,19 10:25<br>**video** 1:24 12:24 13:6<br>**VOICE** 2:3,5,6,7,8,9<br>  2:10,11,12,13,14,16<br>  2:17,18,19,21,22,23<br>  2:25 3:3,21 4:6,7<br>  4:13,14,20 5:19,20<br>  5:21,22,23 6:5 8:16<br>  8:18 12:23 | | |
| | **1** | |
| | **10-4** 5:23<br>**10-round** 11:12<br>**11** 13:13<br>**12** 2:3,4<br>**13** 2:25<br>**152** 3:5<br>**17** 11:5,7,8<br>**1996** 6:23,24 | |
| **W** | **2** | |
| **walk** 3:11 5:14<br>**walking** 2:15<br>**wallet** 4:9<br>**wanting** 8:20<br>**way** 12:16<br>**We're** 5:10,13<br>**went** 4:10<br>**witness** 13:12<br>**Worn** 1:1 13:2,7<br>**wrist** 5:25 | **2022** 1:9 13:6<br>**2024** 13:13<br>**21221** 1:18 | |
| | **3** | |
| | **304** 8:6,7<br>**32** 3:23<br>**320** 1:17<br>**3706** 9:14 | |
| | **4** | |
| | **410)585-5422** 1:19 | |
| **X** | **5** | |
| | **5th** 6:23 | |
| **Y** | **6** | |
| **Yeah** 2:17 3:7,21 6:8<br>  7:16 8:16 9:13,20<br>  12:4<br>**yesterday** 5:6 | **6239** 7:5,6 | |