BODY WORN CAMERA FOOTAGE

NICOLAS ROSKE

FILE NAME: Axon_Body_3_Video_2022-06-08_0206_X60309450

- - - - -

IN RE: USA V. NICHOLAS ROSKE

CASE: PJM-22-209

DATE:              June 8, 2022

INTERVIEWERS:      L███████   O███████

Transcriptionist:  Terri L. McNulty

Transcription
  Service:         AMICUS TRANSCRIPTION, LLC

                   320 Townsend Road

                   Baltimore, Maryland 21221

                   (410)585-5422

Interview recorded by digital media with video.
Transcript produced by transcription service.

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0206_X60309450

```
 1            Axon_Body_3_Video_2022-06-08_0206_X60309450
 2        (Recording begins - 02:06:04 a.m.)
 3              OFFICER C▓▓▓▓:  What's your sister's name?
 4              MR. ROSKE:  ▓▓▓▓ Roske.
 5              OFFICER C▓▓▓▓:  Okay.
 6              MR. ROSKE:  ▓▓▓▓, ▓▓▓▓▓▓▓.  And then Roske
 7    is spelled the same way.
 8              OFFICER C▓▓▓▓:  Do you know her phone number on
 9    the top of your head?
10              MR. ROSKE:  I don't know her address, she moved
11    to San Francisco recently, I haven't ever been there.
12              OFFICER C▓▓▓▓:  Okay.  Her phone number?
13              MR. ROSKE:  Her phone number is ▓▓▓.
14              OFFICER C▓▓▓▓:  ▓▓▓.
15              MR. ROSKE:  ▓▓▓.
16              OFFICER C▓▓▓▓:  ▓▓▓.
17              MR. ROSKE:  ▓▓▓.
18              OFFICER C▓▓▓▓:  ▓▓▓  Okay.  You know her date
19    of birth?
20              MR. ROSKE:  ▓▓▓▓▓ ▓▓▓, 1998.
21              OFFICER C▓▓▓▓:  1998.  Okay.  And what did you
22    tell her specifically?  You told her your plans?
23              MR. ROSKE:  Correct.
24              OFFICER C▓▓▓▓:  Okay.  All right.  And that she
25    was the one to convince you to not go with it or what?
```

1          MR. ROSKE:  Correct.
2          OFFICER C▮▮▮▮:  Okay.  All right.
3          MR. ROSKE:  She -- yes.
4          OFFICER C▮▮▮▮:  All right.
5          DISPATCHER:  (Indiscernible 02:07:41) negative
6  and no registration information.
7          MALE VOICE:  10-4.
8          OFFICER C▮▮▮▮:  All right.  You sit tight for
9  me.  All right?
10         OFFICER C▮▮▮▮:  '96, so 26?  I'll just call his
11 sister, see what she has to say.
12         MALE VOICE:  Okay.
13    (Officer C▮▮▮ calling ▮▮▮▮▮▮▮Roske - 02:08:35 --
14 ▮▮▮▮▮'s side of conversation not recorded.)
15         OFFICER C▮▮▮▮:  Hi, ▮▮▮▮▮▮, this is Officer
16 Claver with Montgomery County Police.  I believe your
17 brother Nicholas called you.  Yeah, we have him here with
18 us and I'm just wondering what he told you.
19         Okay.  Did he specify who?  No?  Okay.  Because
20 what he's telling us is something else.  All right.  I
21 know he's -- you know, he's fine, by the way.  Just so you
22 know.  He's in custody.  He's in the car, sitting down.
23 He's talking to us.  And I'm just -- did he, you know, did
24 he say he was going to kill himself or going to kill
25 somebody or what?

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0206_X60309450

1    He didn't say he was going to kill himself? He
2 didn't say that? He didn't say he was going to kill
3 somebody else? No? Okay. Do you know why he's here,
4 because he lives there in California? You know why he's
5 here? No? Okay. All right. Is there anything you want
6 to tell me, what's going on?
7    Okay. Okay. Do you what he's diagnosed with?
8 That's it? As far as you know? Okay. Do you know if
9 he's been taking his medications? You believe so? Okay.
10 Do you know if he's been seeing therapy or a psychologist?
11 Okay. All right. Okay.
12    Has he ever thought about this before? Like --
13 because he said that he once, you know, he had thoughts
14 about hurting himself. Has this ever happened before in
15 California? It has? And did it involve the police
16 (indiscernible 02:11:28)? Okay. All right. Okay. Like
17 he voluntarily went? It was court-ordered. Okay. All
18 right.
19    So, just letting you know, if I have any
20 questions or somebody else may have any questions, they
21 might give you a call. Okay? All right. So don't be
22 afraid to pick up if it's an unknown number. All right?
23    Right now, maybe. We don't know yet. He'll
24 probably -- yeah, when he gets a chance. Okay? All
25 right. Bye.

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0206_X60309450

```
1         (Call concluded - 02:12:20)
2              OFFICER C▮▮▮▮:  Have you been seeing a
3    therapist or a psychologist?
4              MR. ROSKE:  I saw one for five years after my
5    first suicide attempt.
6              OFFICER C▮▮▮▮:  Okay.  So you had a first
7    suicide attempt?
8              MR. ROSKE:  Yes.
9              OFFICER C▮▮▮▮:  Okay.  When was that?
10             MR. ROSKE:  I was 19.  So 2015, I believe.
11             OFFICER C▮▮▮▮:  2015.  Okay.  What's your
12   therapist's name?
13             MR. ROSKE:  Dr. ▮▮▮▮ ▮▮▮.  ▮▮▮▮ spelled
14   the normal way.  And then ▮▮▮ spelled ▮▮▮▮▮.
15             OFFICER C▮▮▮▮:  And you've been seeing him for
16   the past five years?
17             MR. ROSKE:  Not the past five years.  I saw him
18   for five years after.  And I haven't seen him since COVID
19   started.
20             OFFICER C▮▮▮▮:  Okay.  And you haven't seen him
21   since then?
22             MR. ROSKE:  Correct.
23             OFFICER C▮▮▮▮:  So 2020?
24             MR. ROSKE:  Yes.
25             OFFICER C▮▮▮▮:  All right.  Is there a reason
```

```
 1   why you stopped seeing him?
 2          MR. ROSKE:  The sessions were going to move to
 3   online, due to the pandemic.  And I didn't feel like that
 4   would be effective for me.  And at the same time, I had
 5   also been considering not seeing him anymore.
 6          OFFICER C_____:  Okay.
 7          MR. ROSKE:  Yeah.  He -- I -- I -- I got the
 8   feeling he was telling me what I wanted to hear and I
 9   didn't feel like that was helpful.
10          OFFICER C_____:  Okay.  All right.  Sit tight.
11          MALE VOICE:  All right.  So we are at -- right
12   by Connecticut.
13          OFFICER C_____:  Thornapple.  Thornapple and
14   Connecticut.
15          MALE VOICE:  Yeah.  We're at -- and his location
16   is about 40 yards closer.
17      (Video concluded - 02:15:20 a.m.)
18
19
20
21
22
23
24
25
```

June 8, 2022
USA v. NICHOLAS ROSKE Axon_Body_3_Video_2022-06-08_0206_X60309450

```
 1                  TRANSCRIBER'S CERTIFICATE
 2          This is to certify that the foregoing Body Worn
 3  Camera Footage in the matter of USA v. Nicholas Roske,
 4  Case No. PJM-22-209, file
 5  Axon_Body_3_Video_2022-06-08_0206_X60309450 was recorded
 6  on digital media with video on June 8, 2022.
 7          I hereby certify that the Body Worn Camera
 8  Footage herein contained was transcribed by me or under my
 9  direction.  That said transcript is a true and accurate
10  record to the best of my ability and constitutes the
11  official transcript thereof.
12          In witness thereof, I have hereunto subscribed
13  my name on October 11, 2024.
14
15
16
17
18
19
20
21
22          _____
23              Kelly Taylor-Marshall, President
24
25
```

Case 8:22-cr-00209-DLB    Document 106-11    Filed 09/19/25    Page 8 of 10

**A**
a.m 2:2 6:17
ability 7:10
accurate 7:9
address 2:10
afraid 4:22
AMICUS 1:16
anymore 6:5
attempt 5:5,7
August 2:20
Axon_Body_3_Vid... 1:3 2:1 7:5

**B**
Baltimore 1:18
begins 2:2
believe 3:16 4:9 5:10
best 7:10
birth 2:19
Body 1:1 7:2,7
brother 3:17
Bye 4:25

**C**
California 4:4,15
call 3:10 4:21 5:1
called 3:17
calling 3:13
Camera 1:1 7:3,7
car 3:22
Case 1:6 7:4
CERTIFICATE 7:1
certify 7:2,7
chance 4:24
C▮ 1:10 2:3,5,8 2:12,14,16,18,21,24 3:2,4,8,10,13,15,16 5:2,6,9,11,15,20,23 5:25 6:6,10,13
closer 6:16
concluded 5:1 6:17
Connecticut 6:12,14
considering 6:5
constitutes 7:10
contained 7:8
conversation 3:14

convince 2:25
Correct 2:23 3:1 5:22
County 3:16
court-ordered 4:17
COVID 5:18
custody 3:22

**D**
date 1:9 2:18
diagnosed 4:7
digital 1:24 7:6
direction 7:9
DISPATCHER 3:5
Dr 5:13
due 6:3

**E**
effective 6:4

**F**
far 4:8
feel 6:3,9
feeling 6:8
file 1:3 7:4
fine 3:21
first 5:5,6
five 5:4,16,17,18
Footage 1:1 7:3,8
foregoing 7:2
Francisco 2:11

**G**
give 4:21
go 2:25
going 3:24,24 4:1,2,6 6:2

**H**
happened 4:14
He'll 4:23
head 2:9
hear 6:8
helpful 6:9
hereunto 7:12
Hi 3:15
hurting 4:14

**I**
indiscernible 3:5 4:16
information 3:6
Interview 1:24
INTERVIEWERS 1:10
involve 4:15

**J**
June 1:9 7:6

**K**
Kelly 7:23
kill 3:24,24 4:1,2
know 2:8,10,18 3:21 3:21,22,23 4:3,4,8,8 4:10,13,19,23

**L**
L 1:13
▮ 5:14
letting 4:19
lives 4:4
LLC 1:16
location 6:15
Ludovicus 1:10
▮ 5:13,14

**M**
MALE 3:7,12 6:11 6:15
Maryland 1:18
matter 7:3
McNulty 1:13
media 1:24 7:6
medications 4:9
Montgomery 3:16
move 6:2
moved 2:10

**N**
name 1:3 2:3 5:12 7:13
negative 3:5
Nicholas 1:5 3:17 7:3

NICOLAS 1:2
normal 5:14
number 2:8,12,13 4:22

**O**
▮ 2:6
October 7:13
Officer 2:3,5,8,12,14 2:16,18,21,24 3:2,4 3:8,10,13,15,15 5:2 5:6,9,11,15,20,23 5:25 6:6,10,13
official 7:11
Okay 2:5,12,18,21,24 3:2,12,19,19 4:3,5,7 4:7,8,9,11,11,16,16 4:17,21,24 5:6,9,11 5:20 6:6,10
▮ 2:4,6 3:13,15
▮'s 3:14
once 4:13
online 6:3

**P**
pandemic 6:3
phone 2:8,12,13
pick 4:22
PJM-22-209 1:6 7:4
plans 2:22
police 3:16 4:15
President 7:23
probably 4:24
produced 1:25
psychologist 4:10 5:3

**Q**
questions 4:20,20

**R**
reason 5:25
record 7:10
recorded 1:24 3:14 7:5
Recording 2:2
registration 3:6

9

■ 5:13,13
**right** 2:24 3:2,4,8,9
  3:20 4:5,11,16,18
  4:21,22,23,25 5:25
  6:10,11,11
**Road** 1:17
**Roske** 1:2,5 2:4,4,6,6
  2:10,13,15,17,20,23
  3:1,3,13 5:4,8,10,13
  5:17,22,24 6:2,7
  7:3

### S

**San** 2:11
**saw** 5:4,17
**see** 3:11
**seeing** 4:10 5:2,15
  6:1,5
**seen** 5:18,20
**service** 1:16,25
**sessions** 6:2
**side** 3:14
**sister** 3:11
**sister's** 2:3
**sit** 3:8 6:10
**sitting** 3:22
**somebody** 3:25 4:3
  4:20
**specifically** 2:22
**specify** 3:19
**spelled** 2:7 5:13,14
**started** 5:19
**stopped** 6:1
**subscribed** 7:12
**suicide** 5:5,7

### T

**talking** 3:23
**Taylor-Marshall**
  7:23
**tell** 2:22 4:6
**telling** 3:20 6:8
**Terri** 1:13
**therapist** 5:3
**therapist's** 5:12
**therapy** 4:10

**thereof** 7:11,12
**Thornapple** 6:13,13
**thought** 4:12
**thoughts** 4:13
**tight** 3:8 6:10
**time** 6:4
**told** 2:22 3:18
**top** 2:9
**Townsend** 1:17
**transcribed** 7:8
**TRANSCRIBER'S**
  7:1
**transcript** 1:25 7:9
  7:11
**transcription** 1:15,16
  1:25
**Transcriptionist** 1:13
**true** 7:9

### U

**unknown** 4:22
**USA** 1:5 7:3

### V

**v** 1:5 7:3
**video** 1:24 6:17 7:6
**VOICE** 3:7,12 6:11
  6:15
**voluntarily** 4:17

### W

**want** 4:5
**wanted** 6:8
**way** 2:7 3:21 5:14
**We're** 6:15
**went** 4:17
**witness** 7:12
**wondering** 3:18
**Worn** 1:1 7:2,7

### X

### Y

**yards** 6:16
**yeah** 3:17 4:24 6:7,15
**years** 5:4,16,17,18

### Z

### 0

**02:06:04** 2:2
**02:07:41** 3:5
**02:08:35** 3:13
**02:11:28** 4:16
**02:12:20** 5:1
**02:15:20** 6:17

### 1

**10-4** 3:7
**11** 7:13
**13th** 2:20
**19** 5:10
**1998** 2:20,21

### 2

**2015** 5:10,11
**2020** 5:23
**2022** 1:9 7:6
**2024** 7:13
**21221** 1:18
**26** 3:10

### 3

**304** 2:15,16
**320** 1:17

### 4

**40** 6:16
**410)585-5422** 1:19

### 5

### 6

**6453** 2:17,18

### 7

### 8

**8** 1:9 7:6
**805** 2:13,14

### 9

**96** 3:10