# ATTACHMENT 16
## (Public filing of last 3 pages of Attachment 4)

| 582 | Creation time<br>5/21/2021<br>10:34:57 PM(UTC+0)<br>Username:<br>Narrow_Frosting_1539<br><br>Source: Reddit | User ID:<br>User Id c9dqz5l2<br><br>Email:<br>Email [REDACTED]@gmail.com | | Source Extraction: File System (1)<br>Source file:<br>EXTRACTION_FFS.zip/data/data/com.reddit.frontpage/shared_prefs/com.reddit.storage.account.xml : 0xE28 (Size: 10992 bytes)<br>EXTRACTION_FFS.zip/data/data/com.reddit.frontpage/databases/reddit_db_Narrow_Frosting_1539 : 0x1BF1193 (Table: subreddit; Size: 34967552 bytes) | Subreddit: r/religiousfruitcake<br><br>Subreddit: r/Sissykik2<br><br>Subreddit: r/sissypersonals<br><br>Subreddit: r/Sissydating<br><br>Subreddit: r/CaliSissies<br><br>Subreddit: r/bimbofetish<br><br>Subreddit: r/BimboSissyDolls<br><br>Subreddit: r/PornIsCheating<br><br>Subreddit: r/jerkbudss<br><br>Subreddit: r/BimbosInTraining<br><br>Subreddit: r/sissyology<br><br>Subreddit: r/WinStupidPrizes<br><br>Subreddit: r/WhatsWrongWithYourCat<br><br>Subreddit: r/Whatcouldgowrong<br><br>Subreddit: r/Tinder<br><br>Subreddit: r/AskReddit<br><br>Subreddit: r/AnimalsBeingBros<br><br>Subreddit: r/gaybdsmpersonals<br><br>Subreddit: r/losangelespersonals<br><br>Subreddit: r/NoFap<br><br>Subreddit: r/TwoXChromosomes<br><br>Subreddit: r/Edelgard<br><br>Subreddit: r/LateStageCapitalism<br><br>Subreddit: r/CrazyFuckingVideos<br><br>Subreddit: r/confidentlyincorrect | |

| 71 | Creation time<br>1/10/2021<br>8:15:55 AM(UTC+0)<br>Username:<br>██████@gmail.com<br><br>Password: ██████<br><br>Service Type:<br>https://discord.com/<br><br>Source: Chrome | | | Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0x13660 (Table: logins; Size: 294912 bytes) | | |

| 167 | Creation time<br>1/13/2021<br>8:52:38 AM(UTC+0)<br>Username:<br>███████@gmail.com<br><br>Password: ███████<br><br>Service Type:<br>https://www.paypal.com/<br><br>Source: Chrome | | | Source Extraction: File System (1)<br>Source file:<br>EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0x1438D (Table: logins; Size: 294912 bytes) | | |