IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| v. | : | **Case No. DLB-22-0209** |
| | : | |
| **NICHOLAS ROSKE** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Upon consideration of the Defendant's Motion to Amend Judgment, it is this _____ day of December, 2025, hereby:

**ORDERED**, that the motion is granted; and it is further

**ORDERED**, that an Amended Judgment shall issue.

_____
Deborah L. Boardman
United States District Judge

1