IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | Crim. No. DLB-22-0209 |
| : | |
| **NICHOLAS ROSKE** : | |
| : | |
| **Defendant** : | |

## ORDER

Upon consideration of the defendant's unopposed motion to amend judgment, ECF 132, it is this **11th** day of December, 2025, hereby:

**ORDERED**, that the motion is granted; and it is further

**ORDERED**, that an Amended Judgment shall issue.

Deborah L. Boardman
United States District Judge

1